Filed 24-CI-00853 07/29/2024 Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT
07/30/2024 07:54:45
PM
LINDSEY.HOWARD

## IN THE 6th JUDICIAL CIRCUIT COURT OF DAVIESS COUNTY, KENTUCKY

**WEST LOUISVILLE
PRESERVATION HALL, LLC,**

      **Plaintiff,**

**v.**                                  **No: _____**

                                          **JURY DEMAND**

**SECURA INSURANCE COMPANY,**

      **Defendant.**

## COMPLAINT

COMES NOW the Plaintiff, West Louisville Preservation Hall, LLC, by and through counsel, and for its Complaint against SECURA Insurance Company would respectfully states as follows:

### PARTIES AND JURISDICTION

1. The Plaintiff, West Louisville Preservation Hall, LLC ("West Louisville"), is a Kentucky Limited Liability Company with its principal place of business located in Owensboro, Daviess County, Kentucky. West Louisville has two members, both of whom are residents and citizens of Daviess County, Kentucky. At all times relevant hereto, West Louisville was the owner of the realty and commercial structure located at 9661 State Route 56, Owensboro, Kentucky (the "Insured Premises").

2. The Defendant, SECURA Insurance Company ("Secura"), is an insurance company conducting business in the Commonwealth of Kentucky with its principal place of business located in Wisconsin. Secura is incorporated in the State of Wisconsin.

Presiding Judge: HON. LISA P. JONES (606394)

COM : 000001 of 000007

Filed          24-CI-00853          07/29/2024          Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT
07/30/2024 07:54:45
PM
LINDSEY.HOWARD

3.      This Complaint originates from a claim made by West Louisville for damages to the Insured Premises sustained from a storm involving hail and wind on or about July 31, 2022, August 1, 2022, and/or other dates within the Policy period, which caused substantial damage (the "Loss").

4.      Jurisdiction and venue are proper in this Court because the Insured Premises giving rise to the insurance dispute in controversy is located in Owensboro, Daviess County, Kentucky.

## FACTS

5.      At all times relevant hereto, West Louisville was insured pursuant to an insurance contract whereby Secura agreed to insure the structure located at the Insured Premises against property damage, bearing Policy No. 20-CP-003215597-11 (the "Policy").   The Policy is incorporated herein by reference as if set forth verbatim herein and is attached as **Exhibit 1** hereto. As relevant hereto, the Policy's term was November 22, 2021 through November 22, 2022.

6.      The Insured Premises consists of a commercial structure.

7.      The Policy provides insurance coverage for direct physical loss or damage to the Insured Premises and such other insurance coverage as specifically set forth in the Policy.

8.      The Policy is an "all-risk" policy with regard to the Insured Premises, which means that it provides insurance coverage for all direct physical loss to covered property unless specifically excluded or limited by the Policy.

9.      The Policy's coverage for the Insured Premises was on a "replacement cost" valuation basis, which means that coverage is provided on a replacement cost basis without deduction for depreciation.

10.     With regard to the commercial structure located on the Insured Premises, the Policy provided coverage in the amount of $3,753,063.00.

Presiding Judge: HON. LISA P. JONES (606394)

COM : 000002 of 000007

2

Filed          24-CI-00853     07/29/2024       Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT
07/30/2024 07:54:45
PM
LINDSEY.HOWARD

11.     Pursuant to the Policy, West Louisville paid an annual premium to Secura in exchange for insurance coverage.  West Louisville paid the required premiums at all times relevant to this Complaint.

12.     On or about July 31, 2022, August 1, 2022, and/or other dates in the Policy period, a hail and windstorm damaged the Insured Premises.

13.     Prior to the Loss, the Insured Premises had no defects and was well-maintained.

14.     The damage to the Insured Premises was typical of damages caused by a severe hail and windstorm.

15.     West Louisville took immediate action to mitigate its losses.

16.     West Louisville promptly reported the Loss to Secura.

17.     The Policy was in full force and effect at the time of the Loss, and the Loss is a compensable claim under the terms of the Policy.  As it relates to the Loss, there is no applicable exclusion or limitation.

18.     After the Loss, West Louisville fulfilled all duties imposed upon it by the Policy.

19.     Secura acknowledged that the Loss is a compensable claim and made partial payment on the claim.

20.     West Louisville disagreed with the amount paid by Secura and believes the amount of loss to be much greater than estimated by Secura.

21.     In order to resolve this dispute, the Parties agreed to enter into the appraisal process, as provided for in the Policy.

22.     As part of the appraisal process, the Policy states that "each party will select a competent and disinterested appraiser." (*See* Policy, attached as **Exhibit 1**, at pdf p. 64).

Presiding Judge: HON. LISA P. JONES (606394)

COM : 000003 of 000007

Filed          24-CI-00853     07/29/2024       Jennifer Besecker, Daviess Circuit Clerk

Filed          24-CI-00853     07/29/2024       Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT
07/30/2024 07:54:45
PM
LINDSEY.HOWARD

23.     Pursuant to this requirement, West Louisville appointed Travis Robertson of Omega Insurance Appraisals as its appraiser, and Secura appointed Danny Winters as its appraiser.

24.     The Policy also provides that "[t]he two appraisers will select an umpire." (*See Id.*). The Policy's Appraisal provision, however, also states: "If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction." (*Id.*).

25.     To date, the parties' chosen appraisers, Mr. Robertson and Mr. Winters, have been unable to agree upon an Umpire for the appraisal process to proceed.

26.     Pursuant to the appraisal provision of the Policy issued by Secura, West Louisville filed a Petition on January 11, 2024, requesting that this Court appoint an Umpire and allow the Parties to move forward with the appraisal process as set forth in the Policy.

27.     In an effort to avoid potentially unnecessary litigation, West Louisville requested that Secura execute a Tolling Agreement that would extend the Policy's contractual suit limitations period until after the completion of the aforementioned appraisal.

28.     Defendant refused to enter a Tolling Agreement.

29.     Although the appraisal process is still ongoing and West Louisville desires to resolve its claim through the appraisal process outlined in the Policy, West Louisville files this lawsuit out of an abundance of caution to avoid any claim by Secura that West Louisville failed to comply with the terms and conditions of the Policy.

30.     To date, Secura has failed to pay West Louisville's claim in full for its covered loss.

31.     Secura's refusal to promptly and fully pay West Louisville the amount owed pursuant to the terms of the Policy is without justification.

Presiding Judge: HON. LISA P. JONES (606394)

COM : 000004 of 000007

4

Filed 24-CI-00853 07/29/2024 Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT
07/30/2024 07:54:45
PM
LINDSEY.HOWARD

32. Secura's failure to pay the money due and owing to West Louisville under the Policy has caused West Louisville to initiate this Complaint to protect its rights and recover the insurance proceeds to which it is entitled.

## CAUSES OF ACTION

### Count I – Breach of Contract

33. The allegations contained in the paragraphs above are incorporated herein by reference as if set forth verbatim.

34. The Policy issued by Secura is a binding contract and is supported by valid consideration.

35. Secura is in total material breach of the Policy and is liable to West Louisville in the maximum amount allowed by the Policy for the Loss. Specifically, Secura's breach of contract includes the following, without limitation, Secura's failure and refusal to pay the amounts owed to West Louisville for the Loss pursuant to the insurance coverage afforded by the Policy.

36. As a result of Secura's breach of contract, West Louisville has sustained substantial compensable losses for the amounts claimed under the Policy.

37. Secura is liable to West Louisville for its losses.

### Count II – Violations of KRS 304.12-235

38. The allegations contained in the paragraphs above are incorporated herein by reference as if set forth verbatim.

39. Secura's failure to promptly and fully pay West Louisville's claim was and is without reasonable foundation. Secura failed to make a good faith attempt to settle West Louisville's claim within 30 days, and Secura owes West Louisville interest at the rate of 12% from 30 days after the filing of notice and proof of West Louisville's claim until paid on the final

Presiding Judge: HON. LISA P. JONES (606394)

COM : 000005 of 000007

5

Filed          24-CI-00853     07/29/2024          Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT
07/30/2024 07:54:45
PM
LINDSEY.HOWARD

claim payment.

40.     Secura failed to settle West Louisville's claim within 30 days of being provided

adequate information to adjust the claim, and its delay was without reasonable foundation. West

Louisville is entitled to recovery of its attorneys' fees and costs incurred in obtaining a claim

settlement.

WHEREFORE, as a result of the foregoing, West Louisville would respectfully request

that this Honorable Court grant it the following relief:

A.     For specific performance of the insurance policy issued by Secura to West
       Louisville;

B.     For compensatory damages under the Policy in an amount not to exceed Two
       Million Dollars ($2,000,000.00);

C.     For consequential damages related to Secura's breach of contract;

D.     For reasonable attorneys' fees pursuant to KRS § 304.12-235 and other laws;

E.     For all costs incurred by West Louisville as a result of this action;

F.     For pre- and post-judgment interest;

G.     For statutory interest on the final claim payment for West Louisville at 12%
       interest; and

H.     For such other further and general relief as this Court deems just and equitable.

### JURY DEMAND

Plaintiff demands a jury of its peers.

Presiding Judge: HON. LISA P. JONES (606394)

COM : 000006 of 000007

6

Filed          24-CI-00853    07/29/2024          Jennifer Besecker, Daviess Circuit Clerk

DOCUMENT

PM

NOT ORIGINAL

07/30/2024 07:54:45

LINDSEY HOWARD

Respectfully submitted,

McWHERTER SCOTT & BOBBITT, PLC

s/Baker G. Evans
BAKER G. EVANS (KYBN #100187)
baker@msb.law
CLINTON H. SCOTT (KYBN #95862)
clint@msb.law
54 Exeter Road, Suite D
Jackson, TN 38305
Telephone: (731) 664-1340
Fax: (731) 664-1540

*ATTORNEYS FOR PLAINTIFF*

## COST BOND

This Firm stands as a surety for the costs in this matter.

McWHERTER SCOTT & BOBBITT, PLC

s/Baker G. Evans
Baker G. Evans

Presiding Judge: HON. LISA P. JONES (606394)

COM : 000007 of 000007

Filed          24-CI-00853    07/29/2024          Jennifer Besecker, Daviess Circuit Clerk

Filed        24-CI-00853    07/29/2024    Jennifer Besecker, Daviess Circuit Clerk

Policy

1925 Frederica Street
Owensboro KY 42301
P: (270) 926-4550
F: (270) 663-6714

NOT ORIGINAL

08/01/2024 09:27:35

**AssuredPartners**

87453-1

www.assuredpartners.com

11/4/2021

Debbie
West Louisville Preservation Hall, LLC
9708 Mulligan Road
Owensboro, KY  42301

RE:     Commercial Package Policy
        Policy #:  3215597

Dear Debbie & Jennifer:

Enclosed is the insurance policy referenced above. Upon review, we have found everything to be in order; however, please examine your policies carefully and let us know if you find any items requiring correction.

Your policy has been renewed with Secura Insurance A Mutual Company and has been set up as a direct bill account; therefore, you will receive premium invoices directly from them.

I also checked the price if the Contents were increased from $300,000 to $500,000 and the additional premium would be $706.71.  If you need to up the coverage please let me know.

Several weeks back you returned the renewal questionnaire you indicated that employees or volunteers use their own personal auto for business.  You do have hired/non owned auto liability coverage on your policy so there is coverage there if they are doing errands during work time.  Just to note we do not have any autos listed on your policy under the business name.

Should you have any questions regarding your policies or insurance coverage, please do not hesitate to contact us.  Thank you for allowing AssuredPartners the opportunity to service your account.

Sincerely,

*Donetta Crawford*
CL Account Executive
Direct Line: (270) 298-3242
Email: donetta.crawford@assuredpartners.com

Enclosure

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000001 of 000168

Filed          24-CI-00853   07/29/2024   Jennifer Besecker, Daviess Circuit Clerk

DOCUMENT

AM

NOT ORIGINAL

08/01/2024 09:27:35

87453-1



**SECURA**
INSURANCE COMPANIES

PO Box 819
Appleton, WI 54912-0819
(920) 739-3161

## COMMERCIAL LINES INSURANCE PROVISIONS
This information page with "Policy Provisions" completes the below numbered

Company:  **SECURA Insurance Company**

| |
|---|
| Policy Number: 20-CP-003215597-11            Account Number: 7281368 |
| Renewal of: 20-CP-003215597-10 |

Named Insured and Mailing Address

**WEST LOUISVILLE PRESERVATION HALL
LLC
9708 MULLIGAN RD
OWENSBORO, KY 42301**

Producer and Mailing Address

**ASSURED PARTNERS NL
1925 FREDERICA ST
OWENSBORO, KY 42301**

### OFFICER SIGNATURE PAGE

In Witness Whereof, we have caused this policy to be executed and attested. If required by statute, it is countersigned by our authorized representative.

_____
Secretary

_____
President and CEO

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000002 of 000168

Filed          24-CI-00853   07/29/2024      Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL

DOCUMENT

AM

08/01/2024 09:27:35

87453-1

SECURA Insurance Company
## COMMERCIAL PROTECTION POLICY
### Commercial General Liability Coverage Part
RENEWAL DECLARATIONS

| POLICY NO. 20-CP-003215597-11 | EFFECTIVE DATE: 11/22/2021 |
|---|---|
| INSURED: WEST LOUISVILLE PRESERVATION HALL LLC | AGENCY: ASSURED PARTNERS NL |

| POLICY OPTIONAL COVERAGES | | |
|---|---|---|
| COVERAGE | LIMIT | FORM |
| Hired Auto and Non-Owned Liability | View Form | CGE 0404 |
| Employment- Related Practices Exclusion | View Form | CG2147 |
| Amendment of Insured Contract Definition | View Form | CG2426 |
| Exclusion Fungi or Bacteria | View Form | CG2167 |
| Communicable Disease Exclusion | View Form | CG2132 |

TERRORISM COVERAGE IS REJECTED

| PREMIUM | | |
|---|---|---|
| COMMERCIAL GENERAL LIABILITY ADVANCE PREMIUM | $ | 2,167 |
| KY LOCAL GOVERNMENT PREMIUM COUNTY TAX | $ | 156.03 |
| KY LOCAL GOVERNMENT PREMIUM COUNTY TAX COLLECTION FEE | $ | 23.41 |
| KY STATE SURCHARGE | $ | 39.00 |
| COMMERCIAL GENERAL LIABILITY ADVANCE TOTAL | $ | 2,385.44 |

| FORMS AND ENDORSEMENTS
APPLYING TO THIS COVERAGE PART AND MADE PART OF THIS POLICY AT TIME OF ISSUE:
See Forms Schedule

NOTE: IF NO ENTRY APPEARS ON THE ABOVE ENDORSEMENTS, INFORMATION REQUIRED TO COMPLETE THE FORM WILL BE SHOWN ON THE SUPPLEMENTAL FORM DECLARATION IMMEDIATELY FOLLOWING THE APPLICABLE ENDORSEMENT. |

THESE DECLARATIONS AND THE COMMON POLICY DECLARATIONS, IF APPLICABLE, TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE FORM(S) AND ENDORSEMENTS, AND SUPPLEMENTAL FORM DECLARATION(S), IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000003 of 000168

10-18-21          am02571           1500DM

Filed          24-CI-00853   07/29/2024      Jennifer Besecker, Daviess Circuit Clerk

Filed          24-CI-00853   07/29/2024          Jennifer Besecker, Daviess Circuit Clerk



**SECURA**
INSURANCE COMPANIES

PO Box 819
Appleton, WI 54912-0819
(920) 739-3161

NOT ORIGINAL

08/01/2024 09:27:35

87453-1

SECURA Insurance Company
**COMMERCIAL PROTECTION POLICY**
**Common Policy**
RENEWAL DECLARATIONS

| POLICY NO. 20-CP-003215597-11 |
|---|
| **RENEWAL OF** 20-CP-003215597-10 |

**ACCOUNT NUMBER:** 7281368
**NAMED INSURED AND MAILING ADDRESS**

WEST LOUISVILLE PRESERVATION HALL LLC
9708 MULLIGAN RD
OWENSBORO, KY 42301

**AGENCY AND MAILING ADDRESS**          160047

ASSURED PARTNERS NL
1925 FREDERICA ST
OWENSBORO, KY 42301

(270) 926-4550

**POLICY PERIOD**: FROM 11/22/2021 TO 11/22/2022 AT 12:01 AM STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

**THE NAMED INSURED IS:** Limited Liability Company (LLC)

**BUSINESS DESCRIPTION:** Buildings or Premises - bank or office - mercantile or manufacturing (lessor's risk only) - maintained by the insured - Other than Not-For-Profit

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

| THIS POLICY CONSISTS OF THE COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT | |
|---|---|
| | **PREMIUM** |
| COMMERCIAL PROPERTY | $ 12,509 |
| COMMERCIAL GENERAL LIABILITY | $ 2,167 |
| COMMERCIAL CRIME AND FIDELITY | $ Not Covered |
| COMMERCIAL INLAND MARINE | $ Not Covered |
| EMPLOYMENT PRACTICES LIABILITY | $ Not Covered |
| CYBER SECURITY | $ Not Covered |
| ESTIMATED POLICY PREMIUM | $ 14,676 |
| KY LOCAL GOVERNMENT PREMIUM COUNTY TAX | $ 1,056.67 |
| KY LOCAL GOVERNMENT PREMIUM COUNTY TAX COLLECTION FEE | $ 158.51 |
| KY STATE SURCHARGE | $ 264.17 |

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000004 of 000168

ILD 0003 2004                                                                 Page 1 of 2

Filed          24-CI-00853   07/29/2024   am02571   1500DM          Jennifer Besecker, Daviess Circuit Clerk
10-18-21

Filed          24-CI-00853   07/29/2024     Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL

DOCUMENT

AM

**SECURA Insurance Company**
**COMMERCIAL PROTECTION POLICY**
**Common Policy**
RENEWAL DECLARATIONS

08/01/2024 09:27:35

87453-1

| | |
|---|---|
| **POLICY NO.** 20-CP-003215597-11 <br> **INSURED:** WEST LOUISVILLE PRESERVATION HALL LLC | **EFFECTIVE DATE:** 11/22/2021 <br> **AGENCY:** ASSURED PARTNERS NL |

ESTIMATED POLICY TOTAL   $   16,155.35

This is not a bill - Invoice to follow.
Total premium is payable in monthly installments.

**FORMS AND ENDORSEMENTS APPLICABLE TO ALL COVERAGE PARTS**
See Forms Schedule
**NOTE:  IF NO ENTRY APPEARS ON THE ABOVE ENDORSEMENTS, INFORMATION REQUIRED TO COMPLETE THE FORM WILL BE SHOWN ON THE SUPPLEMENTAL FORM DECLARATION IMMEDIATELY FOLLOWING THE APPLICABLE ENDORSEMENT.**

**THESE DECLARATIONS, IF APPLICABLE, TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE FORM(S) AND ENDORSEMENTS, AND SUPPLEMENTAL FORM DECLARATION(S), IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.**

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000005 of 000168

Filed   24-CI-00853   07/29/2024   Jennifer Besecker, Daviess Circuit Clerk


**SECURA**
INSURANCE COMPANIES

PO Box 819
Appleton, WI 54912-0819
(920) 739-3161

NOT ORIGINAL
DOCUMENT
08/01/2024 09:27:35
AM

SECURA Insurance Company
# COMMERCIAL PROTECTION POLICY
## Commercial Property Coverage Part
RENEWAL DECLARATIONS

87453-1

| POLICY NO. 20-CP-003215597-11 |
| RENEWAL OF 20-CP-003215597-10 |

**ACCOUNT NUMBER:** 7281368
**NAMED INSURED AND MAILING ADDRESS**

WEST LOUISVILLE PRESERVATION HALL LLC
9708 MULLIGAN RD
OWENSBORO, KY 42301

**AGENCY AND MAILING ADDRESS**        160047

ASSURED PARTNERS NL
1925 FREDERICA ST
OWENSBORO, KY 42301

(270) 926-4550

**POLICY PERIOD:** FROM 11/22/2021 TO 11/22/2022 AT 12:01 AM STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

**LOCATION:** 1  **BUILDING:** 1

DESCRIPTION OF PREMISES
ADDRESS: 9661 STATE ROUTE 56, OWENSBORO, KY 42301
BUILDING DESCRIPTION: INSURED OFFICE & LESSORS RISK-HALLS,OFFICES,BEAUTY & GIFT SHOP
PROTECTION CLASS: 5   CONSTRUCTION: MASONRY NON-COMBUSTIBLE

**COVERAGES PROVIDED**
**Insurance At The Described Premises Applies Only For Coverages For Which A Limit Of Insurance Is Shown**

| COVERAGE | COVERED CAUSE OF LOSS | DEDUCTIBLE | COINSURANCE | LIMIT OF INSURANCE |
|---|---|---|---|---|
| **Building** | Special Including Theft | $2,500 | 80% | $3,753,063 |
| | Earthquake | | 10% | |
| | | | View Form | |
| Inflation Guard: 6% | | | | |
| Actual Cash Value | | | | |
| Mine Subsidence | | | | $300,000 |
| **Business Personal Property** | Special Including Theft | $2,500 | 80% | $300,000 |
| | Earthquake | | 10% | |
| | | | View Form | |
| Including Stock | | | | |

CPD 0001 1301

Page 1 of 2

10-18-21        am02571        1500DM

Filed   24-CI-00853   07/29/2024   Jennifer Besecker, Daviess Circuit Clerk

Presiding Judge: HON. LISA P. JONES (663591)        EXH : 000006 of 000168

Filed          24-CI-00853      07/29/2024      Jennifer Besecker, Daviess Circuit Clerk

DOCUMENT

AM

NOT ORIGINAL

08/01/2024 09:27:35

87453-1

SECURA Insurance Company
**COMMERCIAL PROTECTION POLICY**
**Commercial Property Coverage Part**
RENEWAL DECLARATIONS

| | |
|---|---|
| **POLICY NO.** 20-CP-003215597-11 | **EFFECTIVE DATE:** 11/22/2021 |
| **INSURED:** WEST LOUISVILLE PRESERVATION HALL LLC | **AGENCY:** ASSURED PARTNERS NL |

| COVERAGE | COVERED CAUSE OF LOSS | DEDUCTIBLE | COINSURANCE | LIMIT OF INSURANCE |
|---|---|---|---|---|
| Actual Cash Value | | | | |

| OPTIONAL COVERAGES PERSONAL PROPERTY | LIMIT | FORM |
|---|---|---|
| Spoilage | View Form | CP 04 40 |

| POLICY OPTIONAL COVERAGES | LIMIT | FORM |
|---|---|---|
| Water Back-up and Sump Overflow | View Form | CPE 0696 |
| Equipment Breakdown Wrap | View Form | HSB 5000 |
| Restaurant Wrap | View Form | CPT 4500 |
| | | CPT 9099 |
| | | CPT 9000 |

TERRORISM COVERAGE IS REJECTED

| PREMIUM | |
|---|---|
| COMMERCIAL PROPERTY PREMIUM | $12,509 |
| KY LOCAL GOVERNMENT PREMIUM COUNTY TAX | $900.64 |
| KY LOCAL GOVERNMENT PREMIUM COUNTY TAX COLLECTION FEE | $135.10 |
| KY STATE SURCHARGE | $225.17 |
| COMMERCIAL PROPERTY TOTAL | $13,769.91 |

**FORMS AND ENDORSEMENTS**
**APPLYING TO COMMERCIAL PROPERTY AND MADE PART OF THIS POLICY AT TIME OF ISSUE:**
See Forms Schedule
**NOTE: IF NO ENTRY APPEARS ON THE ABOVE ENDORSEMENTS, INFORMATION REQUIRED TO COMPLETE THE FORM WILL BE SHOWN ON THE SUPPLEMENTAL FORM DECLARATION IMMEDIATELY FOLLOWING THE APPLICABLE ENDORSEMENT.**

**THESE DECLARATIONS, IF APPLICABLE, TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE FORM(S) AND ENDORSEMENTS, AND SUPPLEMENTAL FORM DECLARATION(S), IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY**

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000007 of 000168

CPD 0001 1301

Page 2 of 2

10-18-21          am02571          1500DM

Filed          24-CI-00853      07/29/2024      Jennifer Besecker, Daviess Circuit Clerk

Filed 24-CI-00853 07/29/2024 Jennifer Besecker, Daviess Circuit Clerk



SECURA
**INSURANCE COMPANIES**

PO Box 819
Appleton, WI 54912-0819
(920) 739-3161

NOT ORIGINAL

08/01/2024 09:27:35

SECURA Insurance Company
## COMMERCIAL PROTECTION POLICY
**Commercial General Liability Coverage Part**
RENEWAL DECLARATIONS

87453-1

| POLICY NO. 20-CP-003215597-11 |
|---|
| RENEWAL OF 20-CP-003215597-10 |

**ACCOUNT NUMBER:** 7281368

**NAMED INSURED AND MAILING ADDRESS**

WEST LOUISVILLE PRESERVATION HALL
LLC
9708 MULLIGAN RD
OWENSBORO, KY 42301

**AGENCY AND MAILING ADDRESS**   160047

ASSURED PARTNERS NL
1925 FREDERICA ST
OWENSBORO, KY 42301

(270) 926-4550

**POLICY PERIOD:** FROM 11/22/2021 TO 11/22/2022 AT 12:01 AM STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

### COMMERCIAL GENERAL LIABILITY COVERAGE

| LIMITS OF INSURANCE | | |
|---|---|---|
| GENERAL AGGREGATE LIMIT | $2,000,000 | |
| PRODUCTS – COMPLETED OPERATIONS AGGREGATE LIMIT | $2,000,000 | |
| PERSONAL INJURY & ADVERTISING INJURY LIMIT | $1,000,000 | |
| EACH OCCURRENCE LIMIT | $1,000,000 | |
| DAMAGE TO PREMISES RENTED TO YOU LIMIT | $100,000 | ANY ONE PREMISES |
| MEDICAL EXPENSE LIMIT | $5,000 | ANY ONE PERSON |

### LIQUOR LIABILITY COVERAGE

| LIMITS OF INSURANCE | |
|---|---|
| EACH COMMON CAUSE LIMIT | $1,000,000 |
| AGGREGATE LIMIT | $2,000,000 |

| ALL PREMISES YOU OWN, RENT OR OCCUPY: | |
|---|---|
| LOC | ADDRESS |
| 1 | 9661 State Route 56, Owensboro, KY 42301 |

CGD 0001 1301

10-18-21      am02571      1500DM

Page 1 of 3

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000008 of 000168

Filed 24-CI-00853 07/29/2024 Jennifer Besecker, Daviess Circuit Clerk

Filed        24-CI-00853    07/29/2024    Jennifer Besecker, Daviess Circuit Clerk

DOCUMENT

AM

NOT ORIGINAL

08/01/2024 09:27:35

87453-1

SECURA Insurance Company
## COMMERCIAL PROTECTION POLICY
### Commercial General Liability Coverage Part
RENEWAL DECLARATIONS

| | |
|---|---|
| **POLICY NO.** 20-CP-003215597-11<br>**INSURED:** WEST LOUISVILLE PRESERVATION HALL LLC | **EFFECTIVE DATE:** 11/22/2021<br>**AGENCY:** ASSURED PARTNERS NL |

**STATE:** KY

| | | CLASSIFICATION | | | | | |
|---|---|---|---|---|---|---|---|
| **LOC** | **CLASSIFICATION** | **CODE** | **PREMIUM BASIS** | **EXPOSURE** | **PMS RATE** | **PDTS RATE** | **OTHER RATE** |
| 1 | Caterers | 11039 | Gross Sales | 9,000 | 1.596 | .125 | |
| 1 | Restaurants - with sales of alcoholic beverages that are 30% or more but less than 75% of the total annual receipts of the restaurants - without dance floor | 16916 | Gross Sales | 120,000 | 1.966 | .093 | |
| 1 | Halls (For-Profit) | 44276 | Square Feet | 2,500 | 109.466 | Included | |
| 1 | All States - except Michigan - Restaurants, Taverns, Hotels, Motels, including package sales | 58161 | Gross Sales | 24,000 | | | 4.618 |
| 1 | Buildings or Premises - bank or office - mercantile or manufacturing - maintained by the insured (Lessor's risk only) (For-Profit) | 61217 | Square Feet | 39,981 | 29.087 | Included | |

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000009 of 000168

CGD 0001 1301

Page 2 of 3

10-18-21        am02571        1500DM

Filed        24-CI-00853    07/29/2024    Jennifer Besecker, Daviess Circuit Clerk

Filed          24-CI-00853   07/29/2024          Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL

08/01/2024 09:27:35 AM

87453-1



SECURA
INSURANCE COMPANIES

PO Box 819
Appleton, WI 54912-0819
(920) 739-3161

## COMMERCIAL LINES INSURANCE PROVISIONS

This information page with "Policy Provisions" completes the below numbered

Company: SECURA Insurance Company

Policy Number: 20-CP-003215597-11        Account Number: 7281368

Renewal of  20-CP-003215597-10

| Named Insured and Mailing Address | Producer and Mailing Address |
|---|---|
| WEST LOUISVILLE PRESERVATION HALL LLC<br>9708 MULLIGAN RD<br>OWENSBORO, KY 42301 | ASSURED PARTNERS NL<br>1925 FREDERICA ST<br>OWENSBORO, KY 42301 |

## OFFICER SIGNATURE PAGE

In Witness Whereof, we have caused this policy to be executed and attested. If required by statute, it is countersigned by our authorized representative.

_____
Secretary

_____
President and CEO

jaron@cmsroofing.com

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000010 of 000168

Filed          24-CI-00853    07/29/2024    Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL

08/01/2024 09:27:35

87453-1

DOCUMENT

AM

SECURA Insurance Company
## COMMERCIAL PROTECTION POLICY
## Commercial General Liability Coverage Part
RENEWAL DECLARATIONS

**POLICY NO.** 20-CP-003215597-11
**INSURED:** WEST LOUISVILLE PRESERVATION HALL LLC

**EFFECTIVE DATE:** 11/22/2021
**AGENCY:** ASSURED PARTNERS NL

### POLICY OPTIONAL COVERAGES

| COVERAGE | LIMIT | FORM |
|---|---|---|
| Hired Auto and Non-Owned Liability | View Form | CGE 0404 |
| Employment- Related Practices Exclusion | View Form | CG2147 |
| Amendment of Insured Contract Definition | View Form | CG2426 |
| Exclusion Fungi or Bacteria | View Form | CG2167 |
| Communicable Disease Exclusion | View Form | CG2132 |

TERRORISM COVERAGE IS REJECTED

### PREMIUM

| | | |
|---|---|---|
| COMMERCIAL GENERAL LIABILITY ADVANCE PREMIUM | $ | 2,167 |
| KY LOCAL GOVERNMENT PREMIUM COUNTY TAX | $ | 156.03 |
| KY LOCAL GOVERNMENT PREMIUM COUNTY TAX COLLECTION FEE | $ | 23.41 |
| KY STATE SURCHARGE | $ | 39.00 |
| COMMERCIAL GENERAL LIABILITY ADVANCE TOTAL | $ | 2,385.44 |

**FORMS AND ENDORSEMENTS**
APPLYING TO THIS COVERAGE PART AND MADE PART OF THIS POLICY AT TIME OF ISSUE:
See Forms Schedule

**NOTE:** IF NO ENTRY APPEARS ON THE ABOVE ENDORSEMENTS, INFORMATION REQUIRED TO COMPLETE THE FORM WILL BE SHOWN ON THE SUPPLEMENTAL FORM DECLARATION IMMEDIATELY FOLLOWING THE APPLICABLE ENDORSEMENT.

THESE DECLARATIONS AND THE COMMON POLICY DECLARATIONS, IF APPLICABLE, TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE FORM(S) AND ENDORSEMENTS, AND SUPPLEMENTAL FORM DECLARATION(S), IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

CGD 0001 1301

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000011 of 000168

10-18-21          am02571          1500DM

Filed          24-CI-00853    07/29/2024    Jennifer Besecker, Daviess Circuit Clerk

Filed          24-CI-00853   07/29/2024      Jennifer Besecker, Daviess Circuit Clerk



PO Box 819
Appleton, WI 54912-0819
(920) 739-3161

NOT ORIGINAL

08/01/2024 09:27:35
AM

87453-1

### SECURA Insurance Company
## COMMERCIAL PROTECTION POLICY
### Common Policy
RENEWAL DECLARATIONS

**POLICY NO.** 20-CP-003215597-11

**RENEWAL OF** 20-CP-003215597-10

**ACCOUNT NUMBER:** 7281368

**NAMED INSURED AND MAILING ADDRESS**

WEST LOUISVILLE PRESERVATION HALL LLC
9708 MULLIGAN RD
OWENSBORO, KY 42301

**AGENCY AND MAILING ADDRESS**          160047

ASSURED PARTNERS NL
1925 FREDERICA ST
OWENSBORO, KY 42301

(270) 926-4550

**POLICY PERIOD:** FROM 11/22/2021 TO 11/22/2022 AT 12:01 AM STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

**THE NAMED INSURED IS:**  Limited Liability Company (LLC)

**BUSINESS DESCRIPTION:** Buildings or Premises - bank or office - mercantile or manufacturing (lessor's risk only) - maintained by the insured - Other than Not-For-Profit

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

| THIS POLICY CONSISTS OF THE COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED.THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT | |
|---|---|
| | **PREMIUM** |
| COMMERCIAL PROPERTY | $ 12,509 |
| COMMERCIAL GENERAL LIABILITY | $ 2,167 |
| COMMERCIAL CRIME AND FIDELITY | $ Not Covered |
| COMMERCIAL INLAND MARINE | $ Not Covered |
| EMPLOYMENT PRACTICES LIABILITY | $ Not Covered |
| CYBER SECURITY | $ Not Covered |
| ESTIMATED POLICY PREMIUM | $ 14,676 |
| KY LOCAL GOVERNMENT PREMIUM COUNTY TAX | $ 1,056.67 |
| KY LOCAL GOVERNMENT PREMIUM COUNTY TAX COLLECTION FEE | $ 158.51 |
| KY STATE SURCHARGE | $ 264.17 |

ILD 0003 2004

10-18-21

Filed          24-CI-00853   07/29/2024  am02571   Jennifer Besecker, Daviess Circuit Clerk
1500DM

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000012 of 000168

Filed          24-CI-00853   07/29/2024   Jennifer Besecker, Daviess Circuit Clerk

DOCUMENT

AM

NOT ORIGINAL

08/01/2024 09:27:35

87453-1

SECURA Insurance Company
**COMMERCIAL PROTECTION POLICY**
**Common Policy**
RENEWAL DECLARATIONS

| | |
|---|---|
| **POLICY NO.** 20-CP-003215597-11 | **EFFECTIVE DATE:** 11/22/2021 |
| **INSURED:** WEST LOUISVILLE PRESERVATION HALL LLC | **AGENCY:** ASSURED PARTNERS NL |

ESTIMATED POLICY TOTAL  $     16,155.35

This is not a bill - Invoice to follow.
Total premium is payable in monthly installments.

**FORMS AND ENDORSEMENTS APPLICABLE TO ALL COVERAGE PARTS**
See Forms Schedule
**NOTE:  IF NO ENTRY APPEARS ON THE ABOVE ENDORSEMENTS, INFORMATION REQUIRED TO COMPLETE THE FORM WILL BE SHOWN ON THE SUPPLEMENTAL FORM DECLARATION IMMEDIATELY FOLLOWING THE APPLICABLE ENDORSEMENT.**

THESE DECLARATIONS, IF APPLICABLE, TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE FORM(S) AND ENDORSEMENTS, AND SUPPLEMENTAL FORM DECLARATION(S), IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000013 of 000168

Filed          24-CI-00853     07/29/2024          Jennifer Besecker, Daviess Circuit Clerk



**SECURA**
INSURANCE COMPANIES

PO Box 819
Appleton, WI 54912-0819
(920) 739-3161

NOT ORIGINAL
DOCUMENT

08/01/2024 09:27:35
AM

SECURA Insurance Company
## COMMERCIAL PROTECTION POLICY
### Commercial Property Coverage Part
RENEWAL DECLARATIONS

87453-1

| POLICY NO. 20-CP-003215597-11 |
| --- |
| RENEWAL OF 20-CP-003215597-10 |

**ACCOUNT NUMBER:** 7281368
**NAMED INSURED AND MAILING ADDRESS**

WEST LOUISVILLE PRESERVATION HALL LLC
9708 MULLIGAN RD
OWENSBORO, KY 42301

**AGENCY AND MAILING ADDRESS**          160047

ASSURED PARTNERS NL
1925 FREDERICA ST
OWENSBORO, KY 42301

(270) 926-4550

**POLICY PERIOD:** FROM 11/22/2021 TO 11/22/2022 AT 12:01 AM STANDARD TIME AT YOUR MAILING ADDRESS
SHOWN ABOVE.

**LOCATION: 1  BUILDING: 1**

DESCRIPTION OF PREMISES
ADDRESS: 9661 STATE ROUTE 56, OWENSBORO, KY 42301
BUILDING DESCRIPTION: INSURED OFFICE & LESSORS RISK-HALLS,OFFICES,BEAUTY & GIFT SHOP
PROTECTION CLASS: 5   CONSTRUCTION: MASONRY NON-COMBUSTIBLE

**COVERAGES PROVIDED**
**Insurance At The Described Premises Applies Only For Coverages For Which A Limit Of Insurance Is Shown**

| COVERAGE | COVERED CAUSE OF LOSS | DEDUCTIBLE | COINSURANCE | LIMIT OF INSURANCE |
| --- | --- | --- | --- | --- |
| **Building** | Special Including Theft | $2,500 | 80% | $3,753,063 |
|  | Earthquake | 10% |  |  |
|  | View Form |  |  |  |
| Inflation Guard: 6% |  |  |  |  |
| Actual Cash Value |  |  |  |  |
| Mine Subsidence |  |  |  | $300,000 |
| **Business Personal Property** | Special Including Theft | $2,500 | 80% | $300,000 |
|  | Earthquake | 10% |  |  |
|  | View Form |  |  |  |
| Including Stock |  |  |  |  |

CPD 0001 1301

Page 1 of 2

10-18-21          am02571          1500DM

Filed          24-CI-00853     07/29/2024          Jennifer Besecker, Daviess Circuit Clerk

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000014 of 000168

Filed        24-CI-00853        07/29/2024        Jennifer Besecker, Daviess Circuit Clerk

DOCUMENT

AM

NOT ORIGINAL

08/01/2024 09:27:35

87453-1

SECURA Insurance Company
## COMMERCIAL PROTECTION POLICY
### Commercial Property Coverage Part
RENEWAL DECLARATIONS

| POLICY NO. 20-CP-003215597-11 | EFFECTIVE DATE: 11/22/2021 |
| INSURED: WEST LOUISVILLE PRESERVATION HALL LLC | AGENCY: ASSURED PARTNERS NL |

| COVERAGE | COVERED CAUSE OF LOSS | DEDUCTIBLE | COINSURANCE | LIMIT OF INSURANCE |
|---|---|---|---|---|
| Actual Cash Value | | | | |
| | | | | |
| | | | | |

**OPTIONAL COVERAGES**

| PERSONAL PROPERTY | LIMIT | FORM |
|---|---|---|
| Spoilage | View Form | CP 04 40 |

| POLICY OPTIONAL COVERAGES | LIMIT | FORM |
|---|---|---|
| Water Back-up and Sump Overflow | View Form | CPE 0696 |
| Equipment Breakdown Wrap | View Form | HSB 5000 |
| Restaurant Wrap | View Form | CPT 4500 |
| | | CPT 9099 |
| | | CPT 9000 |

TERRORISM COVERAGE IS REJECTED

| PREMIUM | |
|---|---|
| COMMERCIAL PROPERTY PREMIUM | $12,509 |
| KY LOCAL GOVERNMENT PREMIUM COUNTY TAX | $900.64 |
| KY LOCAL GOVERNMENT PREMIUM COUNTY TAX COLLECTION FEE | $135.10 |
| KY STATE SURCHARGE | $225.17 |
| COMMERCIAL PROPERTY TOTAL | $13,769.91 |

**FORMS AND ENDORSEMENTS**
**APPLYING TO COMMERCIAL PROPERTY AND MADE PART OF THIS POLICY AT TIME OF ISSUE:**
See Forms Schedule
NOTE: IF NO ENTRY APPEARS ON THE ABOVE ENDORSEMENTS, INFORMATION REQUIRED TO COMPLETE THE FORM WILL BE SHOWN ON THE SUPPLEMENTAL FORM DECLARATION IMMEDIATELY FOLLOWING THE APPLICABLE ENDORSEMENT.

**THESE DECLARATIONS, IF APPLICABLE, TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE FORM(S) AND ENDORSEMENTS, AND SUPPLEMENTAL FORM DECLARATION(S), IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY**

CPD 0001 1301

Page 2 of 2

10-18-21        am02571        1500DM

Filed        24-CI-00853        07/29/2024        Jennifer Besecker, Daviess Circuit Clerk

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000015 of 000168

Filed         24-CI-00853   07/29/2024         Jennifer Besecker, Daviess Circuit Clerk



**SECURA**
INSURANCE COMPANIES

PO Box 819
Appleton, WI 54912-0819
(920) 739-3161

NOT ORIGINAL

08/01/2024 09:27:35

87453-1

SECURA Insurance Company
## COMMERCIAL PROTECTION POLICY
**Commercial General Liability Coverage Part**
RENEWAL DECLARATIONS

| POLICY NO. 20-CP-003215597-11 |
| RENEWAL OF 20-CP-003215597-10 |

**ACCOUNT NUMBER:** 7281368

| NAMED INSURED AND MAILING ADDRESS | AGENCY AND MAILING ADDRESS     160047 |
|---|---|
| WEST LOUISVILLE PRESERVATION HALL LLC<br>9708 MULLIGAN RD<br>OWENSBORO, KY 42301 | ASSURED PARTNERS NL<br>1925 FREDERICA ST<br>OWENSBORO, KY 42301<br><br>(270) 926-4550 |

**POLICY PERIOD**: FROM 11/22/2021 TO 11/22/2022 AT 12:01 AM STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

### COMMERCIAL GENERAL LIABILITY COVERAGE

| LIMITS OF INSURANCE | | |
|---|---|---|
| GENERAL AGGREGATE LIMIT | $2,000,000 | |
| PRODUCTS – COMPLETED OPERATIONS AGGREGATE LIMIT | $2,000,000 | |
| PERSONAL INJURY & ADVERTISING INJURY LIMIT | $1,000,000 | |
| EACH OCCURRENCE LIMIT | $1,000,000 | |
| DAMAGE TO PREMISES RENTED TO YOU LIMIT | $100,000 | ANY ONE PREMISES |
| MEDICAL EXPENSE LIMIT | $5,000 | ANY ONE PERSON |

### LIQUOR LIABILITY COVERAGE

| LIMITS OF INSURANCE | |
|---|---|
| EACH COMMON CAUSE LIMIT | $1,000,000 |
| AGGREGATE LIMIT | $2,000,000 |

### ALL PREMISES YOU OWN, RENT OR OCCUPY:

| LOC | ADDRESS |
|---|---|
| 1 | 9661 State Route 56, Owensboro, KY 42301 |

CGD 0001 1301

10-18-21          am02571          1500DM

Page 1 of 3

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000016 of 000168

Filed         24-CI-00853   07/29/2024         Jennifer Besecker, Daviess Circuit Clerk

Filed          24-CI-00853     07/29/2024     Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT
08/01/2024 09:27:35
AM

SECURA Insurance Company
## COMMERCIAL PROTECTION POLICY
### Commercial General Liability Coverage Part
RENEWAL DECLARATIONS

87453-1

| | |
|---|---|
| **POLICY NO.** 20-CP-003215597-11<br>**INSURED:** WEST LOUISVILLE PRESERVATION HALL LLC | **EFFECTIVE DATE:** 11/22/2021<br>**AGENCY:** ASSURED PARTNERS NL |

**STATE:** KY

| CLASSIFICATION | | | | | | | |
|---|---|---|---|---|---|---|---|
| **LOC** | **CLASSIFICATION** | **CODE** | **PREMIUM BASIS** | **EXPOSURE** | **PMS RATE** | **PDTS RATE** | **OTHER RATE** |
| 1 | Caterers | 11039 | Gross Sales | 9,000 | 1.596 | .125 | |
| 1 | Restaurants – with sales of alcoholic beverages that are 30% or more but less than 75% of the total annual receipts of the restaurants – without dance floor | 16916 | Gross Sales | 120,000 | 1.966 | .093 | |
| 1 | Halls (For-Profit) | 44276 | Square Feet | 2,500 | 109.466 | Included | |
| 1 | All States – except Michigan – Restaurants, Taverns, Hotels, Motels, including package sales | 58161 | Gross Sales | 24,000 | | | 4.618 |
| 1 | Buildings or Premises – bank or office – mercantile or manufacturing – maintained by the insured (Lessor's risk only) (For-Profit) | 61217 | Square Feet | 39,981 | 29.087 | Included | |

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000017 of 000168

CGD 0001 1301

10-18-21                    am02571              1500DM

Filed          24-CI-00853     07/29/2024     Jennifer Besecker, Daviess Circuit Clerk

Filed          24-CI-00853    07/29/2024        Jennifer Besecker, Daviess Circuit Clerk

# SECURA
## INSURANCE COMPANIES

PO Box 819
Appleton, WI 54912-0819
(920) 739-3161

**NOT ORIGINAL**

08/01/2024 09:27:35

SECURA Insurance Company
## COMMERCIAL PROTECTION POLICY
### RATE FACTOR INFORMATION PAGE

87453-1

| | |
|---|---|
| **POLICY NO.** 20-CP-003215597-11 | |
| **RENEWAL OF** 20-CP-003215597-10 | |

**ACCOUNT NUMBER:** 7281368

**NAMED INSURED AND MAILING ADDRESS**

WEST LOUISVILLE PRESERVATION HALL LLC
9708 MULLIGAN RD
OWENSBORO, KY 42301

**AGENCY AND MAILING ADDRESS**          160047

ASSURED PARTNERS NL
1925 FREDERICA ST
OWENSBORO, KY 42301

(270) 926-4550

**POLICY PERIOD:** FROM 11/22/2021 TO 11/22/2022 AT 12:01 AM STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

## R A T E   F A C T O R   I N F O R M A T I O N   P A G E

Your protection with SECURA Insurance includes valuable pricing adjustments. The premium for this policy includes the following factors:

   Renewal Rewards of 10% for continuous years of protection. Thank you.

Rating factors will apply only to coverage premium development as permitted by rules on file with insurance departments. Other pricing factors determined based on each individual risk and policy type may also apply.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000018 of 000168

ALD 0001 1204                                                          Page 1 of 1

          10-18-21                am02571

Filed          24-CI-00853    07/29/2024        Jennifer Besecker, Daviess Circuit Clerk

Filed   24-CI-00853   07/29/2024   Jennifer Besecker, Daviess Circuit Clerk

# SECURA
## INSURANCE COMPANIES

PO Box 819
Appleton, WI 54912-0819
(920) 739-3161

SECURA Insurance Company
**COMMERCIAL PROTECTION POLICY**
**Commercial Property Coverage Part**
KENTUCKY TAX SCHEDULE

NOT ORIGINAL

08/01/2024 09:27:35

87453-1

| POLICY NO. 20-CP-003215597-11 |
| RENEWAL OF 20-CP-003215597-10 |

**ACCOUNT NUMBER:** 7281368
**NAMED INSURED AND MAILING ADDRESS**

WEST LOUISVILLE PRESERVATION HALL
LLC
9708 MULLIGAN RD
OWENSBORO, KY 42301

**AGENCY AND MAILING ADDRESS**   160047

ASSURED PARTNERS NL
1925 FREDERICA ST
OWENSBORO, KY 42301

(270) 926-4550

**POLICY PERIOD**: FROM 11/22/2021 TO 11/22/2022 AT 12:01 AM STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

## KENTUCKY TAX SCHEDULE

| Unit/Coverage | Municipality | Code | Annual Premium | % | LGP Tax | Collection Fee | Subtotal | State Surcharge | Total Tax Paid |
|---|---|---|---|---|---|---|---|---|---|
| CUSTOM-COV | Daviess County | 0879 | $ 75 | 7.20 | $ 5.40 | $ .81 | $ 6.21 | $ 1.35 | $ 7.56 |
| EQUIP-POLICYWIDE | Daviess County | 0879 | $ 25 | 7.20 | $ 1.80 | $ .27 | $ 2.07 | $ .45 | $ 2.52 |
| SE_PROPERTY_WRAP | Daviess County | 0879 | $ 325 | 7.20 | $ 23.40 | $ 3.51 | $ 26.91 | $ 5.85 | $ 32.76 |
| BLDG_INFL_GUARD-LOCATION# 1-BUILDING# 1 | Daviess County | 0879 | $ 279 | 7.20 | $ 20.09 | $ 3.01 | $ 23.10 | $ 5.02 | $ 28.12 |
| BUILDING_COVERAGE-LOCATION# 1-BUILDING# 1 | Daviess County | 0879 | $ 9,310 | 7.20 | $ 670.32 | $ 100.55 | $ 770.87 | $ 167.58 | $ 938.45 |
| EQUIP-BLDG-COMPANY-LOCATION# 1-BUILDING# 1 | Daviess County | 0879 | $ 496 | 7.20 | $ 35.71 | $ 5.36 | $ 41.07 | $ 8.93 | $ 50.00 |
| MINE_SUBSIDENCE_COVERAGE-LOCATION# 1-BUILDING# 1 | Daviess County | 0879 | $ 65 | 7.20 | $ 4.68 | $ .70 | $ 5.38 | $ 1.17 | $ 6.55 |
| MIS_PROP_COVERAGE-LOCATION# 1-BUILDING# 1 | Daviess County | 0879 | $ 627 | 7.20 | $ 45.14 | $ 6.77 | $ 51.91 | $ 11.29 | $ 63.20 |
| PERSONAL_PROPERTY_COVERAGE-LOCATION# 1-BUILDING# 1 | Daviess County | 0879 | $ 1,307 | 7.20 | $ 94.10 | $ 14.12 | $ 108.22 | $ 23.53 | $ 131.75 |

| | |
|---|---|
| Total Local Government Premium Tax | $ 900.64 |
| Collection Fee | $ 135.10 |
| State Surcharge | $ 225.17 |
| Total Tax Paid | $ 1,260.91 |

ILD 0010 1204

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000019 of 000168

Page 1 of 1

10-18-21   am02571

Filed   24-CI-00853   07/29/2024   Jennifer Besecker, Daviess Circuit Clerk

Filed          24-CI-00853     07/29/2024          Jennifer Besecker, Daviess Circuit Clerk



| | PO Box 819 |
| --- | --- |
| **SECURA** INSURANCE COMPANIES | Appleton, WI 54912-0819 |
| | (920) 739-3161 |

NOT ORIGINAL

08/01/2024 09:27:35

SECURA Insurance Company

## COMMERCIAL PROTECTION POLICY
### Commercial General Liability Coverage Part
KENTUCKY TAX SCHEDULE

87453-1

| POLICY NO. 20-CP-003215597-11 |
| --- |
| RENEWAL OF 20-CP-003215597-10 |

**ACCOUNT NUMBER:** 7281368

**NAMED INSURED AND MAILING ADDRESS**

```
WEST LOUISVILLE PRESERVATION HALL LLC
9708 MULLIGAN RD
OWENSBORO, KY 42301
```

**AGENCY AND MAILING ADDRESS**          160047

```
ASSURED PARTNERS NL
1925 FREDERICA ST
OWENSBORO, KY 42301

(270) 926-4550
```

**POLICY PERIOD:** FROM 11/22/2021 TO 11/22/2022 AT 12:01 AM STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

### KENTUCKY TAX SCHEDULE

| Unit/Coverage | Municipality | Code | Annual Premium | % | LGP Tax | Collection Fee | Subtotal | State Surcharge | Total Tax Paid |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| HIRED AUTO AND NON-OWNED LIABILITY - 1 | Daviess County | 0879 | $ 125 | 7.20 | $ 9.00 | $ 1.35 | $ 10.35 | $ 2.25 | $ 12.60 |
| SUBLINE BALANCE TO MINIMUM - 1 | Daviess County | 0879 | $ 139 | 7.20 | $ 10.01 | $ 1.50 | $ 11.51 | $ 2.50 | $ 14.01 |
| SUBLINE BALANCE TO MINIMUM - 3 | Daviess County | 0879 | $ 93 | 7.20 | $ 6.70 | $ 1.01 | $ 7.71 | $ 1.67 | $ 9.38 |
| Liquor Liability LIQUOR-58161-1 | Daviess County | 0879 | $ 111 | 7.20 | $ 7.99 | $ 1.20 | $ 9.19 | $ 2.00 | $ 11.19 |
| Premises/Operations Liability PREM&PROD-11039-1 | Daviess County | 0879 | $ 14 | 7.20 | $ 1.01 | $ .15 | $ 1.16 | $ .25 | $ 1.41 |
| Premises/Operations Liability PREM&PROD-16916-1 | Daviess County | 0879 | $ 236 | 7.20 | $ 16.99 | $ 2.55 | $ 19.54 | $ 4.25 | $ 23.79 |
| Premises/Operations Liability PREM&PROD-44276-1 | Daviess County | 0879 | $ 274 | 7.20 | $ 19.73 | $ 2.96 | $ 22.69 | $ 4.93 | $ 27.62 |
| Premises/Operations Liability PREM&PROD-61217-1 | Daviess County | 0879 | $ 1,163 | 7.20 | $ 83.74 | $ 12.56 | $ 96.30 | $ 20.93 | $ 117.23 |
| Products/Completed Operations Liability PREM&PROD-11039-1 | Daviess County | 0879 | $ 1 | 7.20 | $ .07 | $ .01 | $ .08 | $ .02 | $ .10 |
| Products/Completed Operations Liability PREM&PROD-16916-1 | Daviess County | 0879 | $ 11 | 7.20 | $ .79 | $ .12 | $ .91 | $ .20 | $ 1.11 |

| | |
| --- | --- |
| Total Local Government Premium Tax | $ 156.03 |
| Collection Fee | $ 23.41 |
| State Surcharge | $ 39.00 |
| Total Tax Paid | $ 218.44 |

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000020 of 000168

Filed          24-CI-00853     07/29/2024          Jennifer Besecker, Daviess Circuit Clerk

ILD 0010 1204                                                                Page 1 of 2

10-18-21              am02571

Filed          24-CI-00853     07/29/2024       Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL

**DOCUMENT**

SECURA Insurance Company
**COMMERCIAL PROTECTION POLICY**
**Commercial General Liability Coverage Part**
KENTUCKY TAX SCHEDULE

08/01/2024 09:27:35

AM

| | |
|---|---|
| **POLICY NO.** 20-CP-003215597-11 | **EFFECTIVE DATE:** 11/22/2021 |
| **INSURED:** WEST LOUISVILLE PRESERVATION HALL LLC | **AGENT:** ASSURED PARTNERS NL |

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000021 of 000168

Filed          24-CI-00853   07/29/2024   Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL

**SECURA**
INSURANCE COMPANIES

PO Box 819
Appleton, WI 54912-0819
(920) 739-3161

08/01/2024 09:27:35

SECURA Insurance Company
**COMMERCIAL PROTECTION POLICY**
FORM SCHEDULE

87453-1

| POLICY NO. 20-CP-003215597-11 |
| RENEWAL OF 20-CP-003215597-10 |

**ACCOUNT NUMBER:** 7281368

**NAMED INSURED AND MAILING ADDRESS**

WEST LOUISVILLE PRESERVATION HALL LLC
9708 MULLIGAN RD
OWENSBORO, KY 42301

**AGENCY AND MAILING ADDRESS**          160047

ASSURED PARTNERS NL
1925 FREDERICA ST
OWENSBORO, KY 42301

(270) 926-4550

**POLICY PERIOD:** FROM 11/22/2021 TO 11/22/2022 AT 12:01 AM STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

**NOTE: IF NO ENTRY APPEARS ON THE FOLLOWING ENDORSEMENTS, INFORMATION REQUIRED TO COMPLETE THE FORM WILL BE SHOWN ON THE SUPPLEMENTAL FORM DECLARATION IMMEDIATELY FOLLOWING THE APPLICABLE ENDORSEMENT**

| **INTERLINE FORMS** | | **APPLICABLE COVERAGE PARTS** |
|---|---|---|
| CG 2173 0115 | Exclusion of Certified Acts of Terrorism | General Liability |
| CG2169 0102 | War Or Terrorism Exclusion | General Liability |
| IL0017 1198 | Common Policy Conditions | General Liability, Commercial Property |
| IL0021 0908 | Nuclear Energy Liability Exclusion Endorsement (Broad Form) | General Liability |
| IL0030 0106 | Exclusion Of Terrorism | Commercial Property |
| IL0415 0498 | Protective Safeguards | Commercial Property |
| IL0903 0702 | Mine Subsidence Schedule | Commercial Property |
| IL0935 0702 | Exclusion Of Certain Computer-Related Losses | Commercial Property |
| IL0953 0115 | Exclusion Of Certified Acts Of Terrorism | Commercial Property |
| ILE 0020 2101 | SECURA Insurance Mutual Holding Company Participation Provisions | General Liability, Commercial Property |
| ILE 0023 2101 | SECURA Insurance Mutual Holding Company Participation Endorsement | General Liability, Commercial Property |
| ILE 0195 1301 | Asbestos Exclusion | General Liability |
| ILE 0196 1301 | Lead Liability Exclusion | General Liability |
| ILE 1002 1910 | Company Contact Information - Policyholder Notice | General Liability, Commercial Property |
| ILE 4000 1204 | Liberalization | General Liability, Commercial Property |
| ILE 7000 0301 | Multiple Deductible Coordination | General Liability, Commercial Property |

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000022 of 000168

ILD 0005 1301

Page 1 of 3

10-18-21          am02571          1500DM

Filed        24-CI-00853        07/29/2024        Jennifer Besecker, Daviess Circuit Clerk

DOCUMENT

AM

NOT ORIGINAL

08/01/2024 09:27:35

SECURA Insurance Company
# COMMERCIAL PROTECTION POLICY
## FORM SCHEDULE

**POLICY NO.** 20-CP-003215597-11
**INSURED:** WEST LOUISVILLE PRESERVATION HALL LLC

**EFFECTIVE DATE:** 11/22/2021
**AGENCY:** ASSURED PARTNERS NL 87453-1

| INTERLINE FORMS | | APPLICABLE COVERAGE PARTS |
|---|---|---|
| ILE 0465 1301 | Two or More Coverage Forms or Policies Issued by Us | General Liability |
| PLI 2020 2101 | Notice Regarding Your Policies With SECURA | General Liability, Commercial Property |
| PLI 4005 2101 | Disclosure Pursuant To Terrorism Risk Insurance Act Notice of Availability of Statutory Terrorism Coverage Resulting from Rejection of Coverage | General Liability, Commercial Property |
| PLI 5095 2101 | Important Information about your policy -SECURA Insurance Companies Restructuring | General Liability, Commercial Property |
| IL0263 0908 | Kentucky Changes – Cancellation And Nonrenewal | General Liability, Commercial Property |
| IL0925 1210 | Kentucky Changes - Mine Subsidence | Commercial Property |
| PLI 1075 2105 | Policyholder Important Information Cyber Incident Exclusion And Options | Commercial Property |

| COMMERCIAL PROPERTY FORMS | |
|---|---|
| CP0010 0607 | Building And Personal Property Coverage Form |
| CP0090 0788 | Commercial Property Conditions |
| CP0140 0706 | Exclusion Of Loss Due To Virus Or Bacteria |
| CP0440 0607 | Spoilage Coverage |
| CP1030 0607 | Causes Of Loss - Special Form |
| CP1032 0808 | Water Exclusion Endorsement |
| CP1040 0899 | Earthquake And Volcanic Eruption Endorsement |
| CPE 0100 2105 | Computer Amendatory |
| CPE 0696 1301 | Water Back-up and Sump Overflow |
| CPE 1075 2105 | Exclusion - Cyber Incidents Property |
| CPT 4500 1301 | Restaurant Wrap |
| CPT 9000 1301 | Universal Wrap Schedule |
| CPT 9099 1301 | Universal Wrap Coverage Form |
| HSB 5000 1301 | Equipment Breakdown Wrap-Causes of Loss - Breakdown |
| CP0166 0900 | Kentucky Changes |

| COMMERCIAL GENERAL LIABILITY FORMS | |
|---|---|
| CG0001 1207 | Commercial General Liability Coverage Form |
| CG0033 1207 | Liquor Liability Coverage Form |
| CG0068 0509 | Recording And Distribution Of Material Or Information In Violation Of Law Exclusion |
| CG2132 0509 | Communicable Disease Exclusion |
| CG2147 1207 | Employment-Related Practices Exclusion |
| CG2162 0998 | Exclusion - Year 2000 Computer-Related and Other Electronic Problems - With Exception for Bodily Injury on Your Premises |
| CG2167 1204 | Fungi Or Bacteria Exclusion |
| CG2407 0196 | Products/Completed Operations Hazard Redefined |
| CG2426 0704 | Amendment Of Insured Contract Definition |

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000023 of 000168

ILD 0005 1301

Filed        24-CI-00853        07/29/2024        Jennifer Besecker, Daviess Circuit Clerk

10-18-21        am02571        1500DM

Filed          24-CI-00853    07/29/2024    Jennifer Besecker, Daviess Circuit Clerk

SECURA Insurance Company
# COMMERCIAL PROTECTION POLICY
FORM SCHEDULE

**NOT ORIGINAL**

**DOCUMENT**

08/01/2024 09:27:35

**AM**

| | |
|---|---|
| **POLICY NO.** 20-CP-003215597-11 | **EFFECTIVE DATE:** 11/22/2021 |
| **INSURED:** WEST LOUISVILLE PRESERVATION HALL LLC | **AGENCY:** ASSURED PARTNERS NL 87453-1 |

| COMMERCIAL GENERAL LIABILITY FORMS | |
|---|---|
| CGE 0404 1301 | Hired Auto And Nonowned Auto Liability |
| CGE 1000 1801 | General Liability Amendatory |

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000024 of 000168

ILD 0005 1301                    10-18-21        am02571        1500DM                                              Page 3 of 3

Filed          24-CI-00853     07/29/2024        Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT
AM

COMMERCIAL GENERAL LIABILITY
CG 21 73 01 15

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EXCLUSION OF CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    LIQUOR LIABILITY COVERAGE PART
    OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
    POLLUTION LIABILITY COVERAGE PART
    PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
    RAILROAD PROTECTIVE LIABILITY COVERAGE PART
    UNDERGROUND STORAGE TANK POLICY

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM**

"Any injury or damage" arising, directly or indirectly, out of a "certified act of terrorism".

**B.** The following definitions are added:

**1.** For the purposes of this endorsement, "any injury or damage" means any injury or damage covered under any Coverage Part to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "injury" or "environmental damage" as may be defined in any applicable Coverage Part.

**2.** "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**a.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**b.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**C.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000025 of 000168

Filed          24-CI-00853     07/29/2024      Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT

AM

**COMMERCIAL GENERAL LIABILITY**
**CG 21 69 01 02**

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# WAR OR TERRORISM EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **i.** under Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**i. War Or Terrorism**

"Bodily injury" or "property damage" arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war; or

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these; or

**(4)** "Terrorism", including any action taken in hindering or defending against an actual or expected incident of "terrorism"

regardless of any other cause or event that contributes concurrently or in any sequence to the injury or damage.

However, with respect to "terrorism", this exclusion only applies if one or more of the following are attributable to an incident of "terrorism":

**(1)** The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions ; or

**(2)** Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

**(a)** Physical injury that involves a substantial risk of death; or

**(b)** Protracted and obvious physical disfigurement; or

**(c)** Protracted loss of or impairment of the function of a bodily member or organ; or

**(3)** The "terrorism" involves the use, release or escape of nuclear materials, or directly or indirectly results in nuclear reaction or radiation or radioactive contamination; or

**(4)** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000026 of 000168

CG 21 69 01 02                   © ISO Properties, Inc.,  2001                        **Page 1 of 3**

NOT ORIGINAL

**(5)** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.

Paragraphs **(1)** and **(2),** immediately preceding, describe the thresholds used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply for the purpose of determining whether the Terrorism Exclusion will apply to that incident. When the Terrorism Exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Part.

In the event of any incident of "terrorism" that is not subject to the Terrorism Exclusion, coverage does not apply to any loss or damage that is otherwise excluded under this Coverage Part.

Multiple incidents of "terrorism" which occur within a seventy-two hour period and appear to be carried out in concert or to have a related purpose or common leadership shall be considered to be one incident.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**War Or Terrorism**

"Personal and advertising injury" arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war; or

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these; or

**(4)** "Terrorism", including any action taken in hindering or defending against an actual or expected incident of "terrorism" regardless of any other cause or event that contributes concurrently or in any sequence to the injury.

However, with respect to "terrorism", this exclusion only applies if one or more of the following are attributable to an incident of "terrorism":

**(1)** The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

**(2)** Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

**(a)** Physical injury that involves a substantial risk of death; or

**(b)** Protracted and obvious physical disfigurement; or

**(c)** Protracted loss of or impairment of the function of a bodily member or organ; or

**(3)** The "terrorism" involves the use, release or escape of nuclear materials, or directly or indirectly results in nuclear reaction or radiation or radioactive contamination; or

**(4)** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

Filed          24-CI-00853     07/29/2024          Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL

**(5)** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.

Paragraphs **(1)** and **(2)**, immediately preceding, describe the thresholds used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply for the purpose of determining whether the Terrorism Exclusion will apply to that incident. When the Terrorism Exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Part.

In the event of any incident of "terrorism" that is not subject to the Terrorism Exclusion, coverage does not apply to any loss or damage that is otherwise excluded under this Coverage Part.

Multiple incidents of "terrorism" which occur within a seventy-two hour period and appear to be carried out in concert or to have a related purpose or common leadership shall be considered to be one incident.

**C.** Exclusion **h.** under Paragraph **2., Exclusions of Section I – Coverage C – Medical Payments** does not apply.

**D.** The following definition is added to the **Definitions** Section:

"Terrorism" means activities against persons, organizations or property of any nature:

**1.** That involve the following or preparation for the following:

    **a.** Use or threat of force or violence; or

    **b.** Commission or threat of a dangerous act; or

    **c.** Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

**2.** When one or both of the following applies:

    **a.** The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

    **b.** It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000028 of 000168

Filed          24-CI-00853   07/29/2024      Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT

AM

IL 00 17 11 98
08/01/2024 09:27:35

# COMMON POLICY CONDITIONS

87453-1

All Coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000029 of 000168

IL 00 17 11 98          Copyright, Insurance Services Office, Inc., 1998          Page 1 of 1

Filed 24-CI-00853 07/29/2024 Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT
08/01/2024 09:27:35
IL 00 21 09 08
AM
87485-1

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

   A. Under any Liability Coverage, to "bodily injury" or "property damage":

      (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

      (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

      (1) The "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or (b) has been discharged or dispersed therefrom;

      (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

      (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property therein.

2. As used in this endorsement:

   "Hazardous properties" includes radioactive, toxic or explosive properties.

   "Nuclear material" means "source material", "special nuclear material" or "by-product material".

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000030 of 000168

Filed          24-CI-00853      07/29/2024          Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL

DOCUMENT

AM

08/01/2023 09:27:35

AM 81884

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

  **(a)** Any "nuclear reactor";

  **(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

  **(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

  **(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000031 of 000168

Filed          24-CI-00853     07/29/2024     Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL

DOCUMENT

POLICY NUMBER: 20-CP-003215597-11

IL 00 30 01 06     09:27:35

AM

87433-1

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF TERRORISM

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL CRIME COVERAGE FORM
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
EQUIPMENT BREAKDOWN PROTECTION COVERAGE FORM
FARM COVERAGE PART
GOVERNMENT CRIME COVERAGE FORM
STANDARD PROPERTY POLICY

## SCHEDULE

The **Exception Covering Certain Fire Losses** (Paragraph **C**) applies to property located in the following state(s), if covered under the indicated Coverage Form, Coverage Part or Policy:

| State(s) | Coverage Form, Coverage Part or Policy |
|---|---|
| Illinois | Commercial Property Coverage Part |
| Iowa | Commercial Property Coverage Part |
| Missouri | Commercial Property Coverage Part |
| Wisconsin | Commercial Property Coverage Part |
| | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A.** The following definition is added and applies under this endorsement wherever the term terrorism is enclosed in quotation marks.

"Terrorism" means activities against persons, organizations or property of any nature:

**1.** That involve the following or preparation for the following:

    **a.** Use or threat of force or violence; or

    **b.** Commission or threat of a dangerous act; or

    **c.** Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

**2.** When one or both of the following applies:

    **a.** The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

    **b.** It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000032 of 000168

Filed          24-CI-00853     07/29/2024     Jennifer Besecker, Daviess Circuit Clerk

Filed          24-CI-00853     07/29/2024     Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT
08/01/2024 09:27:35
AM

**B.** The following exclusion is added:

**EXCLUSION OF TERRORISM**

We will not pay for loss or damage caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

1. The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

2. Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

3. The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

4. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or

5. The total of insured damage to all types of property in the United States, its territories and possessions, Puerto Rico and Canada exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions. Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the threshold is exceeded.

With respect to this item **B.5.,** the immediately preceding paragraph describes the threshold used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this Exclusion will apply to that incident. When the Exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Form, Coverage Part or Policy.

**C. Exception Covering Certain Fire Losses**

The following exception to the Exclusion Of Terrorism applies only if indicated and as indicated in the Schedule of this endorsement.

If "terrorism" results in fire, we will pay for the loss or damage caused by that fire, subject to all applicable policy provisions including the Limit of Insurance on the affected property. Such coverage for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense coverage forms or endorsements that apply to those coverage forms, or to the Legal Liability Coverage Form or the Leasehold Interest Coverage Form.

**D. Application Of Other Exclusions**

1. When the Exclusion Of Terrorism applies in accordance with the terms of **B.1.** or **B.2.,** such exclusion applies without regard to the Nuclear Hazard Exclusion in this Coverage Form, Coverage Part or Policy.

2. The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss or damage which would otherwise be excluded under this Coverage Form, Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000033 of 000168

Filed                24-CI-00853    07/29/2024        Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT
AM
07/29/2024 09:27:35

POLICY NUMBER: 20-CP-003215597-11

INTERLINE
IL 04 15 04 98

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# PROTECTIVE SAFEGUARDS

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART

**SCHEDULE\***

| Prem. No. | Bldg. No. | Protective Safeguards Symbols Applicable |
|-----------|-----------|------------------------------------------|
| 1 | 1 | P-2 |

**Describe any "P-9":**

\* Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

**A.** The following is added to the:

Commercial Property Conditions
General Conditions in the
    Farm Property – Other Farm
    Provisions Form – Additional Coverages,
    Conditions, Definitions
General Conditions in the Mobile Agricultural
    Machinery and Equipment Coverage Form
General Conditions in the Livestock Coverage
    Form

**PROTECTIVE SAFEGUARDS**

1. As a condition of this insurance, you are required to maintain the protective devices or services listed in the Schedule above.

2. The protective safeguards to which this endorsement applies are identified by the following symbols:

   **"P-1" Automatic Sprinkler System,** including related supervisory services.

   Automatic Sprinkler System means:

   a. Any automatic fire protective or extinguishing system, including connected:

      **(1)** Sprinklers and discharge nozzles;

      **(2)** Ducts, pipes, valves and fittings;

      **(3)** Tanks, their component parts and supports; and

      **(4)** Pumps and private fire protection mains.

   b. When supplied from an automatic fire protective system:

      **(1)** Non-automatic fire protective systems; and

      **(2)** Hydrants, standpipes and outlets.

   **"P-2" Automatic Fire Alarm,** protecting the entire building, that is:

   a. Connected to a central station; or

   b. Reporting to a public or private fire alarm station.

   **"P-3" Security Service,** with a recording system or watch clock, making hourly rounds covering the entire building, when the premises are not in actual operation.

   **"P-4" Service Contract** with a privately owned fire department providing fire protection service to the described premises.

   **"P-9"** The protective system described in the Schedule.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000034 of 000168

Copyright, Insurance Services Office, Inc., 1997

Filed                24-CI-00853    07/29/2024        Jennifer Besecker, Daviess Circuit Clerk

Filed            24-CI-00853     07/29/2024     Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT

08/01/2024 09:27:35
AM

**B.** The following is added to the EXCLUSIONS section of:

CAUSES OF LOSS – BASIC FORM
CAUSES OF LOSS – BROAD FORM
CAUSES OF LOSS – SPECIAL FORM
MORTGAGE HOLDERS ERRORS AND
    OMISSIONS COVERAGE FORM
STANDARD PROPERTY POLICY
CAUSES OF LOSS FORM – FARM
    PROPERTY
MOBILE AGRICULTURAL MACHINERY AND
    EQUIPMENT COVERAGE FORM
LIVESTOCK COVERAGE FORM

We will not pay for loss or damage caused by or resulting from fire if, prior to the fire, you:

**1.** Knew of any suspension or impairment in any protective safeguard listed in the Schedule above and failed to notify us of that fact; or

**2.** Failed to maintain any protective safeguard listed in the Schedule above, and over which you had control, in complete working order.

If part of an Automatic Sprinkler System is shut off due to breakage, leakage, freezing conditions or opening of sprinkler heads, notification to us will not be necessary if you can restore full protection within 48 hours.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000035 of 000168

87453.1

NOT ORIGINAL

Filed        24-CI-00853   07/29/2024      Jennifer Besecker, Daviess Circuit Clerk

POLICY NUMBER: 20-CP-003215597-11                    IL 09 03 07 02

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# MINE SUBSIDENCE SCHEDULE

This endorsement provides supplementary information to be used with one or more of the following as shown in the Schedule:

    CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
    COMMERCIAL PROPERTY COVERAGE PART
    FARM PROPERTY – FARM DWELLINGS, APPURTENANT STRUCTURES AND HOUSEHOLD PERSONAL
    PROPERTY COVERAGE FORM
    FARM PROPERTY – BARNS, OUTBUILDINGS AND OTHER FARM STRUCTURES COVERAGE FORM

Mine Subsidence Coverage applies to the following Structure(s) as described in the endorsement providing such coverage:

## SCHEDULE

| Coverage Part or Coverage Form | Prem. No. | Bldg. No. | Limit of Insurance | Additional Premium |
|---|---|---|---|---|
| Commercial Property | 1 | 1 | $300,000 | $65 |
| | | | **Total** | $65 |

Filed        24-CI-00853   07/29/2024      Jennifer Besecker, Daviess Circuit Clerk

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000036 of 000168

Filed                    24-CI-00853      07/29/2024          Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT
08/01/2024 09:27:35
AM
IL 09 35 07 02
9FAE-1

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** We will not pay for loss ("loss") or damage caused directly or indirectly by the following. Such loss ("loss") or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss ("loss") or damage.

  **1.** The failure, malfunction or inadequacy of:

    **a.** Any of the following, whether belonging to any insured or to others:

      **(1)** Computer hardware, including microprocessors;

      **(2)** Computer application software;

      **(3)** Computer operating systems and related software;

      **(4)** Computer networks;

      **(5)** Microprocessors (computer chips) not part of any computer system; or

      **(6)** Any other computerized or electronic equipment or components; or

    **b.** Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **A.1.a.** of this endorsement;

    due to the inability to correctly recognize, process, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

  **2.** Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **A.1.** of this endorsement.

**B.** If an excluded Cause of Loss as described in Paragraph **A.** of this endorsement results:

  **1.** In a Covered Cause of Loss under the Crime and Fidelity Coverage Part, the Commercial Inland Marine Coverage Part or the Standard Property Policy; or

  **2.** Under the Commercial Property Coverage Part:

    **a.** In a "Specified Cause of Loss", or in elevator or collision resulting from mechanical breakdown, under the Causes of Loss – Special Form; or

    **b.** In a Covered Cause of Loss under the Causes Of Loss – Basic Form or the Causes Of Loss – Broad Form;

we will pay only for the loss ("loss") or damage caused by such "Specified Cause of Loss", elevator or collision, or Covered Cause of Loss.

**C.** We will not pay for repair, replacement or modification of any items in Paragraphs **A.1.a.** and **A.1.b.** of this endorsement to correct any deficiencies or change any features.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000037 of 000168

IL 09 35 07 02                    © ISO Properties, Inc.,  2001                    **Page 1 of 1**  ☐

Filed          24-CI-00853     07/29/2024       Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT

POLICY NUMBER: 20-CP-003215597-11                                    IL 09 53 01 15

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.
# EXCLUSION OF CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

    BOILER AND MACHINERY COVERAGE PART
    COMMERCIAL INLAND MARINE COVERAGE PART
    COMMERCIAL PROPERTY COVERAGE PART
    CRIME AND FIDELITY COVERAGE PART
    EQUIPMENT BREAKDOWN COVERAGE PART
    FARM COVERAGE PART
    STANDARD PROPERTY POLICY

## SCHEDULE

The **Exception Covering Certain Fire Losses** (Paragraph **C**) applies to property located in the following state(s), if covered under the indicated Coverage Form, Coverage Part or Policy:

| State(s) | Coverage Form, Coverage Part Or Policy |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** The following definition is added with respect to the provisions of this endorsement:

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

  **1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

  **2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**B.** The following exclusion is added:

**CERTIFIED ACT OF TERRORISM EXCLUSION**

We will not pay for loss or damage caused directly or indirectly by a "certified act of terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**C. Exception Covering Certain Fire Losses**

The following exception to the exclusion in Paragraph **B.** applies only if indicated and as indicated in the Schedule of this endorsement.

If a "certified act of terrorism" results in fire, we will pay for the loss or damage caused by that fire. Such coverage for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense coverage forms or endorsements which apply to those forms, or to the Legal Liability Coverage Form or the Leasehold Interest Coverage Form.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000038 of 000168

Filed          24-CI-00853     07/29/2024       Jennifer Besecker, Daviess Circuit Clerk

Filed          24-CI-00853     07/29/2024          Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT

08/01/2024 09:27:35
AM

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**D. Application Of Other Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000039 of 000168

Filed          24-CI-00853    07/29/2024          Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT
AM                                                                          08/01/2024 09:27:35

# SECURA INSURANCE MUTUAL HOLDING COMPANY
## PARTICIPATION PROVISIONS

87453-1

**MEMBERSHIP AND VOTING**

As a member of SECURA Insurance Mutual Holding Company, you are entitled to one vote at all meetings either in person or by proxy, on each issue that comes before meetings of the members.  You can only cast one vote regardless  of the number of policies or coverage you purchased.  If two or more persons qualify as a member under a single policy, they are considered one member for purposes of voting.  The owner of a group policy will have one vote regardless of the number of persons insured or coverage purchased.  Fractional voting is not allowed.  If you are a minor, any vote will be given to your parent or legal guardian.

**ANNUAL MEETINGS**

The Annual Meetings are held at the Home Office: 1500 Mutual Way, Neenah, Wisconsin, on the last Monday of April at 1:30 P.M. Central Standard Time.  Notice in this policy shall be sufficient notification.

**DIVIDENDS**

Policyholder dividends may be established by the Board of Directors upon such terms as the Board may determine consistent with applicable law.  The decision to pay a dividend rests in the sole discretion of the Board of Directors.  Policyholder dividends are not guaranteed.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000040 of 000168

Filed          24-CI-00853     07/29/2024     Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT
08/01/2024 09:27:35
AM

THIS ENDORSEMENT CHANGES YOUR POLICY.  PLEASE READ IT CAREFULLY.

# SECURA INSURANCEMUTUAL HOLDING COMPANY
# PARTICIPATION ENDORSEMENT

87453-1

**This endorsement is a part of and should be kept with your policy.**

SECURA has been reorganized under Wisconsin law from a mutual insurance company to a stock insurance company within a mutual holding company structure.

As a result of this restructuring, all policies are amended as follows:

1. **Name Change**

   All references to SECURA INSURANCE, A Mutual Company are changed to SECURA Insurance Company wherever occurring in your policy(ies)or any future notices affecting your policy(ies).

   All references to "we", "us", or "our" wherever occurring in your policy(ies) shall mean SECURA Insurance Company.

2. **Membership Meetings and Voting.**  The following language replaces any Membership, Voting, Annual Meeting, and Participation provisions in your policy:

   MEMBERSHIP AND VOTING

   As a member of SECURA Insurance Mutual Holding Company, you are entitled to one vote at all meetings either in person or by proxy, on each issue that comes before meetings of the members.  You can only cast one vote regardless of the number of policies or coverage you purchased.  If two or more persons qualify as a member under a single policy, they are considered one member for purposes of voting.  The owner of a group policy will have one vote regardless of the number of persons insured or coverage purchased.  Fractional voting is not allowed.  If you are a minor, any vote will be given to your parent or legal guardian.

   ANNUAL MEETINGS

   The Annual Meetings are held at the Home Office: 1500 Mutual Way, Neenah, Wisconsin, on the last Monday of April at 1:30 P.M. Central Standard Time.  Notice in this policy shall be sufficient notification.

3. **Dividends.**  Policyholder dividends may be established by the Board of Directors upon such terms as the Board may determine consistent with applicable law.  The decision to pay a dividend rests in the sole discretion of the Board of Directors.  Policyholder dividends are not guaranteed.

All other terms and conditions of this policy not in conflict with the terms and conditions of this Endorsement shall continue to apply.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000041 of 000168

Filed          24-CI-00853     07/29/2024     Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT
08/01/2024 09:27:35
AM

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ASBESTOS EXCLUSION

87453-1

This Endorsement modifies insurance provided under the:
    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
    OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
    COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

The following exclusion is added to the Parts shown above as follows:

This insurance does not apply to "bodily injury," "property damage," or "personal and advertising injury" resulting directly or indirectly from asbestos.  This exclusion applies both to any insured or to anyone for whom any insured may be held legally liable.

We will not pay for the cost or expense of clean-up, removal, testing, monitoring, containment, treatment or any other costs associated with the presence of asbestos.

All other terms and conditions of this policy not in conflict with the terms and conditions of this Endorsement shall continue to apply.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000042 of 000168

ILE 0195
1301
Includes copyrighted material of Insurance Services Offices, Inc. with its permission.
© 2013 SECURA Insurance Company

Filed          24-CI-00853     07/29/2024        Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT
08/01/2024 09:27:35
AM

87453-1

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## LEAD LIABILITY EXCLUSION

This Endorsement Modifies Insurance Provided under the:
   COMMERCIAL GENERAL LIABILITY COVERAGE PART
   COMMERCIAL  UMBRELLA LIABILITY COVERAGE PART
   OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART


The following exclusion is added to the Parts shown above as follows:

This insurance does not apply to "bodily injury," "property damage," or "personal and advertising injury" resulting directly or indirectly from lead.  This exclusion applies both to any insured or to anyone for whom any insured may be held legally liable.

We will not pay for the cost or expense of clean-up, removal, testing, monitoring, containment, treatment or any other costs associated with the presence of lead.

All other terms and conditions of this policy not in conflict with the terms and conditions of this Endorsement shall continue to apply.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000043 of 000168

ILE 0196          Includes copyrighted material of Insurance Services Offices, Inc., with its permission.          Page 1 of 1
1301                              © 2013 SECURA Insurance Company

Filed          24-CI-00853    07/29/2024    Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT
08/01/2024 09:27:35
AM
87453-1

THIS ENDORSEMENT CHANGES YOUR POLICY. PLEASE READ IT CAREFULLY.

# COMPANY CONTACT INFORMATION
## Policyholder Notice

We are taking the opportunity to advise you of SECURA's contact information:

Corporate Headquarters:

**SECURA Insurance Companies**
**1500 Mutual Way**
**Neenah, Wisconsin 54956-5401**

Mailing Address:                          **PO Box 819**
(For Payments, see Billing Invoice)    **Appleton, Wisconsin 54912-0819**

Corporate Headquarters Phone Number:    **800-558-3405 (CT/ET)**
                                         **866-356-7870 (MT/PT)**

Middleton Office Phone Number:          **877-705-7589**

Claims Phone Number:                    **800-318-2136 (CT/ET)**
                                         **866-356-7870 (MT/PT)**

Website Address:                        **https://www.secura.net**

If you have any questions or concerns, please contact your agent.

ILE 1002                    SECURA Insurance Company                    Page 1 of 1
1910
WC 99 06 10 (AZ)
10-19

24-CI-00853    07/29/2024    Jennifer Besecker, Daviess Circuit Clerk

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000044 of 000168

Case 4:24-cv-00080-RGJ-HBB   Document 1-2   Filed 08/15/24   Page 52 of 175 PageID #: 59

Filed          24-CI-00853      07/29/2024      Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT
08/01/2024 09:27:35
AM

THIS ENDORSEMENT CHANGES YOUR POLICY. PLEASE READ IT CAREFULLY.

# LIBERALIZATION

With respect to coverage provided by this Endorsement, the following is added to the Policy and supersedes any provisions to the contrary:

If we revise this Coverage Part to provide more coverage under this insurance without additional premium, your policy will automatically provide the additional coverage to any covered loss that occurs on or after the day the revision is effective in your state.   This extension of broadened coverage does not apply to any claims involving either:

    (1) continuing or progressive damages, or

    (2)  a series of related incidents,

if the first damage or first incident occurs prior to the day the revision is effective in your state.

All other terms and conditions of this policy not in conflict with the terms and conditions of this Endorsement shall continue to apply.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000045 of 000168

Filed          24-CI-00853      07/29/2024      Jennifer Besecker, Daviess Circuit Clerk
ILE 4000          Includes copyrighted materials of Insurance Services Office, Inc., with its permission.          Page 1 of 1
1204                                    © 2012 SECURA Insurance Company

Filed          24-CI-00853   07/29/2024          Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT
08/01/2024 09:27:35
AM

# MULTIPLE DEDUCTIBLE COORDINATION

87453-1

THIS ENDORSEMENT CHANGES YOUR POLICY.  PLEASE READ IT CAREFULLY

This endorsement modifies insurance provided under the following:

**COMMERCIAL PROTECTION POLICY**
**BUSINESS PROTECTOR POLICY**

Subject to the provisions of the Property, Inland Marine, and Crime Divisions of the policies above, and this endorsement, the following changes apply:

All deductibles will apply to each coverage part within the policy. The total amount deducted from all damages for any single applicable occurrence, event, or accident will not exceed the largest applicable deductible.

All other coverage terms and conditions shall apply.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000046 of 000168

Includes copyrighted materials of Insurance Services Office, Inc., with its permission.
© 2013 SECURA Insurance Company

Page 1 of 1

Filed          24-CI-00853   07/29/2024          Jennifer Besecker, Daviess Circuit Clerk

Filed          24-CI-00853      07/29/2024      Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT
08/01/2024 09:27:35
AM

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# TWO OR MORE COVERAGE FORMS OR POLICIES ISSUED BY US
## A Single Limit Applies

87453-1

This Endorsement modifies insurance provided under the following:
COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY PART
BUSINESS AUTO COVERAGE PART
GARAGE COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART

With respect to coverage provided by this Endorsement, the provisions of the Coverage Part apply unless modified by the Endorsement.

The following Condition is added:

**Coordinated Liability Condition**

We, or any company affiliated with us, may issue two or more insurance policies for you or any company affiliated with you. These policies may provide coverage for:

**a.** Claims or "suit" arising from the same continuous, repeated or related set of factual circumstances; or

**b.** Persons or organizations covered in those policies that are jointly and severally liable.

The various forms, coverage parts or policies issued to you, or any company affiliated with you by us, or any company affiliated with us, do not provide any duplication or overlap of coverage for the same claim or "suit". If any form, coverage part or policy issued to you, or any company affiliated with you by us, or any company affiliated with us, apply to the same loss, claim, accident, "occurrence", offense, wrongful act, abusive conduct, incident, event, upset or similar happening; whether defined in similar manner or not in each policy, the maximum Limit of Insurance under all such forms, coverage parts or policies combined shall not exceed the highest single Limit of Insurance under any applicable coverage part or policy.

This condition does not apply to any Excess or Umbrella Policy issued by us specifically to apply as excess insurance over this policy.

All other terms and conditions of this policy not in conflict with the terms and conditions of this Endorsement shall continue to apply.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000047 of 000168

Filed            24-CI-00853      07/29/2024          Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
08/01/2024 09:27:35
AM

87453-1

**SECURA**
INSURANCE COMPANIES

# NOTICE REGARDING YOUR POLICIES WITH SECURA

Thank you for choosing SECURA Insurance as your insurance provider.  SECURA is a service-focused, relationship-driven mutual property and casualty insurance company operating through independent agents. Our vision is to be the company of choice for agents, policyholders, and associates.

SECURA Insurance Mutual Holding Company currently maintains two insurance underwriting companies: SECURA Insurance Company and SECURA Supreme Insurance Company. The companies share resources and your policy coverages between the two companies are similar, although pricing may vary.   Both companies are stock affiliated subsidiaries providing its member policyholders voting rights at its annual meeting. SECURA Insurance Company and SECURA Supreme Insurance Company are pooled companies. They share the same financial strength and are rated "A" Excellent by A.M. Best.

As a policyholder, your renewal policy may be offered through either SECURA underwriting company. The reasons could include different pricing structure or different underwriting guidelines that may better fit your account at renewal. Any movement between companies would only occur at policy expiration/renewal.

You will be able to determine which company is offering the continued coverage by looking at your Premium Invoice and policy Declarations.

If you ever have any questions regarding your policy, please contact your insurance agent.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 00048 of 000168

Filed          24-CI-00853      07/29/2024          Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT
AM                                                                    08/01/2024 09:27:35

# SECURA

THIS NOTICE IS PART OF YOUR POLICY. PLEASE READ IT CAREFULLY.          87453-1

# Disclosure Pursuant To Terrorism Risk Insurance Act

## Notice of Availability of Statutory Terrorism Coverage
## Resulting from Rejection of Coverage

Welcome to SECURA. Thank you for the opportunity to protect you with solid, reliable insurance for your business.

**Offer To Add Statutory Terrorism Coverage**

You previously provided us with notice indicating you rejected SECURA's offer of statutory terrorism coverage. We have added a terrorism exclusion to your policy based on this rejection.

The Terrorism Risk Insurance Program Reauthorization Act mandates that we make certain terrorism insurance available to specified policyholders on each new or renewal policy.

**You have the right to have statutory terrorism coverage added to your policy. You may add the coverage any time, up to 30 days past the policy effective date.  Any request to add coverage after this 30-day period is subject to approval by us. When applicable, we will add statutory terrorism coverage to the policy upon receipt of the request.**

**Terrorism-Related Losses If Coverage Is Added**

If statutory terrorism coverage is added to your policy, you should know that losses caused by certified acts of terrorism are partially reimbursed by the United States under a formula established by federal law. When the Insured Losses occurring in a calendar year exceed $200,000,000 the United States Government would pay 80% of our Insured Losses that exceed our Insurer Deductible. However, your policy may contain other provisions, limitations and exclusions which might affect your coverage, such as exclusion for nuclear events. Some losses resulting from certified acts of terrorism are not covered. Read your policy carefully. The premium charged for this coverage does not include any charges for the portion of loss covered by the federal government.

**Cap On Our Participation In Payment Of Terrorism Losses If Coverage Is Added**

If statutory terrorism coverage is added to your policy, the aggregate insured losses attributed to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a Calendar Year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion. In such case, insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**Policy Types Excluded**

The following lines of insurance are not covered by the Act:
- Commercial Auto policies
- Commercial Crime And Fidelity Coverage Part of any policy
- Employment Practices Liability or Professional Liability Claims-Made Coverage Parts of any policy.
- Farmowners policies

Statutory terrorism coverage is excluded and not available for these lines of insurance.

**Premium For Terrorism Risk Insurance Act Coverage**

The premium for statutory terrorism coverage, as previously presented to you prior to your rejection, is approximately two percent of total policy premium and varies based on policy type and location of operation. If coverage is desired and added to your policy, we will show the premium for statutory terrorism coverage on the policy as a separate item.

**Federal Recoupment Provisions**

The funding for the portion of loss covered by the federal government is under the direction of the U.S. Treasury Department. General tax revenues are initially used; however, partial recovery is allowed via a policyholder surcharge.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000049 of 000168

Filed          24-CI-00853     07/29/2024     Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT
08/01/2024 09:27:35
AM
87453-1

**The current Federal Recoupment Surcharge is 0%.**

The Federal Recoupment can be instituted at any time and applies even though you have rejected the statutory coverage.

**Help Is Just A Phone Call Away**

To explore all coverage and pricing opportunities available to you, or if you have questions concerning your rights, we encourage you to contact your SECURA agent.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000050 of 000168

PLI 4005
2101
© 2021  SECURA Insurance Company

Filed          24-CI-00853   07/29/2024          Jennifer Besecker, Daviess Circuit Clerk

DOCUMENT

AM



NOT ORIGINAL

08/01/2024 09:27:35

87453-1

## Important Information about your policy - SECURA Insurance Companies Restructuring

Effective January 1, 2021, SECURA reorganized under Wisconsin law into a mutual holding company structure. As a result of this restructuring, "SECURA INSURANCE, A Mutual Company" became "SECURA Insurance Company," a member company of SECURA Insurance Mutual Holding Company, and all policies are amended as follows:

1. **Name Change**

   All references to SECURA INSURANCE, A Mutual Company are changed to SECURA Insurance Company wherever occurring in your policy or any future notices affecting your policy.

   All references to "we", "us", or "our" wherever occurring in your policy shall mean SECURA Insurance Company.

2. **Membership Meetings and Voting.** The following language replaces any Membership, Voting, Annual Meeting, and Participation provisions in your policy:

   MEMBERSHIP AND VOTING

   As a member of SECURA Insurance Mutual Holding Company, you are entitled to one vote at all meetings either in person or by proxy, on each issue that comes before meetings of the members. You can only cast one vote regardless of the number of policies or coverage you purchased. If two or more persons qualify as a member under a single policy, they are considered one member for purposes of voting. The owner of a group policy will have one vote regardless of the number of persons insured or coverage purchased. Fractional voting is not allowed. If you are a minor, any vote will be given to your parent or legal guardian.

   ANNUAL MEETINGS

   The Annual Meetings are held at the Home Office: 1500 Mutual Way, Neenah, Wisconsin, on the last Monday of April at 1:30 P.M. Central Standard Time.

3. **Dividends.** Policyholder dividends may be established by the Board of Directors upon such terms as the Board may determine consistent with applicable law. The decision to pay a dividend rests in the sole discretion of the Board of Directors. Policyholder dividends are not guaranteed.

This notice does not provide coverage. If there is any conflict between the policy and this notice, the provisions of the policy apply.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000051 of 000168

PLI 5095
2101

SECURA Insurance Company

Page 1 of 1

Case 4:24-cv-00080-RGJ-HBB   Document 1-2   Filed 08/15/24   Page 59 of 175 PageID #: 66

NOT ORIGINAL
DOCUMENT
08/01/2024 09:27:35
AM

IL 02 63 09 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# KENTUCKY CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraph **2.** of the **Cancellation** Common Policy Condition is replaced by the following:

**2. Cancellation Of Policies In Effect For 60 Days Or Less**

If this policy has been in effect for 60 days or less, we may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation, stating the reason for cancellation, at least 14 days before the effective date of cancellation.

**B.** The following is added to the **Cancellation** Common Policy Condition:

**7. Cancellation Of Policies In Effect For More Than 60 Days**

**a.** If this policy has been in effect for more than 60 days or is a renewal of a policy we issued, we may cancel this policy only for one or more of the following reasons:

**(1)** Nonpayment of premium;

**(2)** Discovery of fraud or material misrepresentation made by you or with your knowledge in obtaining the policy, continuing the policy, or in presenting a claim under the policy;

**(3)** Discovery of willful or reckless acts or omissions on your part which increase any hazard insured against;

**(4)** The occurrence of a change in the risk which substantially increases any hazard insured against after insurance coverage has been issued or renewed;

**(5)** A violation of any local fire, health, safety, building, or construction regulation or ordinance with respect to any insured property or the occupancy thereof which substantially increases any hazard insured against;

**(6)** We are unable to reinsure the risk covered by the policy; or

**(7)** A determination by the commissioner that the continuation of the policy would place us in violation of the Kentucky insurance code or regulations of the commissioner.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000052 of 000168

IL 02 63 09 08                © ISO Properties, Inc., 2007                Page 1 of 2        □

Filed 24-CI-00853 07/29/2024 Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL

DOCUMENT

AM

**b.** If we cancel this policy based on Paragraph **7.a.** above, we will mail or deliver a written notice of cancellation to the first Named Insured, stating the reason for cancellation, at least:

(1) 14 days before the effective date of the cancellation, if cancellation is for non-payment of premium; or

(2) 75 days before the effective date of the cancellation, if cancellation is for any reason stated in **7.a.(2)** through **7.a.(7)** above.

**C.** The following is added and supersedes any provision to the contrary:

**NONRENEWAL**

**1.** For the purpose of this Condition:

**a.** Any policy period or term of less than six months shall be considered to be a policy period or term of six months; and

**b.** Any policy period or term of more than one year or any policy with no fixed expiration date shall be considered a policy period or term of one year.

**2.** If we elect not to renew this policy, we will mail or deliver written notice of nonrenewal, stating the reason for nonrenewal, to the first Named Insured shown in the Declarations, at the last mailing address known to us, at least 75 days before the expiration date of the policy period.

**3.** If notice of nonrenewal is not provided pursuant to this Condition, coverage under the same terms and conditions shall be deemed to be renewed for the ensuing policy period upon payment of the appropriate premium until you have accepted replacement coverage with another insurer, or until you have agreed to the nonrenewal.

**4.** If we mail or deliver a renewal notice to the first Named Insured at least 30 days before the end of the policy period, stating the renewal premium and its due date, the policy will terminate without further notice unless the renewal premium is received by us or our authorized agent by the due date.

**5.** If this policy terminates because the renewal premium has not been received by the due date, we will, within 15 days, mail or deliver to the first Named Insured at his last known address a notice that the policy was not renewed and the date it was terminated.

**6.** If notice is mailed, proof of mailing is sufficient proof of notice.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000053 of 000168

Filed          24-CI-00853      07/29/2024      Jennifer Besecker, Daviess Circuit Clerk

DOCUMENT

AM

NOT ORIGINAL

08/01/2024 09:27:35

IL 09 25 12 10

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# KENTUCKY CHANGES – MINE SUBSIDENCE

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART

The Coverage Form to which this endorsement applies is extended to insure against direct loss by Mine Subsidence.

## A. Coverage

The **Coverage** Section is replaced by the following:

### A. Mine Subsidence Coverage

We will pay for direct physical loss of or damage to structures at the premises described in the Mine Subsidence Schedule or in the Declarations caused by or resulting from Mine Subsidence.

#### 1. Covered Property

Covered Property, as used in this endorsement, means the following type of property for which a Limit Of Insurance is shown in the Mine Subsidence Schedule or Declarations:

Structures, meaning buildings or fixtures permanently attached to real estate, including:

a. The cost of excavation, grading, backfilling or filling;

b. Foundations of building, machinery or boilers if their foundations are below:

(1) The lowest basement floor; or

(2) The surface of the ground, if there is no basement;

c. Pilings and piers;

d. Underground pipes, flues and drains.

#### 2. Property Not Covered

Covered Property does not include:

a. Land; or

b. Personal Property.

### 3. Covered Cause Of Loss

Mine Subsidence means the collapse of underground coal mines resulting in direct damage to a Structure. It does not include loss caused by:

a. Earthquake or earth movement, landslide, water seepage or volcanic eruption; or

b. Collapse of storm or sewer drains.

### 4. Additional Living Expense, Farm Property – Farm Dwellings, Appurtenant Structures And Household Personal Property Coverage Form

If this policy includes the Farm Property – Farm Dwellings, Appurtenant Structures And Household Personal Property Coverage Form, then the following applies in the event of loss or damage caused by or resulting from Mine Subsidence to a Structure that is a residence you own and that is insured against Mine Subsidence under that coverage form:

We will pay up to $25,000 for the additional living expenses reasonably and necessarily incurred by you, when you have been temporarily displaced as the direct result of loss of or damage to a residence you own caused by or resulting from Mine Subsidence.

### 5. Additional Coverage

**Debris Removal**

We will pay your expense to remove debris of Covered Property caused by or resulting from Mine Subsidence.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000054 of 000168

Filed          24-CI-00853   07/29/2024          Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT
08/01/2024 09:27:35
AM

## B. Exclusions

For the purpose of the coverage provided by this endorsement, the following is added to the **Earth Movement** Exclusion:

This exclusion does not apply to direct loss caused by Mine Subsidence as covered under this Coverage Part.

## C. Limits Of Insurance

**1.** For the Commercial Property Coverage Part and for the Capital Assets Program (Output Policy) Coverage Part, the **Limits Of Insurance** provision is replaced by the following:

**Limits Of Insurance**

The most we will pay for loss of or damage to any one Structure caused by Mine Subsidence in any one occurrence, including debris removal, is the Limit Of Insurance for Mine Subsidence shown in the Mine Subsidence Schedule or in the Declarations. However, this limit will be reduced by the amount of loss payment which is due from the Mine Subsidence Insurance Fund but which we cannot collect from the Mine Subsidence Insurance Fund.

**2.** For the Farm Coverage Part, the **Limits Of Insurance** provision is replaced by the following:

**Limits Of Insurance**

**a.** If this policy does not include the Farm Property – Farm Dwellings, Appurtenant Structures And Household Personal Property Coverage Form, the most we will pay for loss of or damage to any one structure caused by mine subsidence in any one occurrence, including debris removal, is the Limit Of Insurance for Mine Subsidence shown in the Mine Subsidence Schedule or in the Declarations.

**b.** If this policy includes the Farm Property – Farm Dwellings, Appurtenant Structures And Household Personal Property Coverage Form, the most we will pay for loss of or damage caused by mine subsidence is the sum of:

**(1)** The Limit Of Insurance for loss of or damage to any one structure caused by mine subsidence in any one occurrence, including debris removal; plus

**(2)** $25,000 for additional living expenses in accordance with Paragraph **A.4.;**

as shown in the Mine Subsidence Schedule or in the Declarations.

However, the sum of **b.(1)** and **b.(2)** will be reduced by the amount of loss payment which is due from the Mine Subsidence Insurance Fund but which we cannot collect from the Mine Subsidence Insurance Fund. If both **b.(1)** and **b.(2)** apply to such a loss, the reduction in the amount of loss payment will be made to **b.(1)** and **b.(2)** in proportion to the respective amounts of the Limit Of Insurance and the $25,000 limit for additional living expenses.

## D. Deductible

The **Deductible** provision is replaced by the following:

**1.** We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds 2% of the Limit Of Insurance. But this amount will not be;

**a.** Less than $250; or

**b.** More than $500.

We will then pay the amount of loss or damage in excess of the amount determined above up to the applicable Limit Of Insurance.

**2.** This section applies separately to each Structure to which this endorsement applies.

## E. Additional Conditions

The **Coinsurance** Additional Condition does not apply to this endorsement.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000055 of 000168

NOT ORIGINAL

DOCUMENT

AM

COMMERCIAL PROPERTY
CP 00 10 06 07

# BUILDING AND PERSONAL PROPERTY COVERAGE FORM

87453-1

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **H.,** Definitions.

## A. Coverage

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

### 1. Covered Property

Covered Property, as used in this Coverage Part, means the type of property described in this section, **A.1.,** and limited in **A.2.,** Property Not Covered, if a Limit of Insurance is shown in the Declarations for that type of property.

**a. Building,** meaning the building or structure described in the Declarations, including:

**(1)** Completed additions;

**(2)** Fixtures, including outdoor fixtures;

**(3)** Permanently installed:

**(a)** Machinery and

**(b)** Equipment;

**(4)** Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

**(a)** Fire-extinguishing equipment;

**(b)** Outdoor furniture;

**(c)** Floor coverings; and

**(d)** Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

**(5)** If not covered by other insurance:

**(a)** Additions under construction, alterations and repairs to the building or structure;

**(b)** Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

**b. Your Business Personal Property** located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises, consisting of the following unless otherwise specified in the Declarations or on the Your Business Personal Property – Separation Of Coverage form:

**(1)** Furniture and fixtures;

**(2)** Machinery and equipment;

**(3)** "Stock";

**(4)** All other personal property owned by you and used in your business;

**(5)** Labor, materials or services furnished or arranged by you on personal property of others;

**(6)** Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

**(a)** Made a part of the building or structure you occupy but do not own; and

**(b)** You acquired or made at your expense but cannot legally remove;

**(7)** Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property Of Others.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000056 of 000168

CP 00 10 06 07                © ISO Properties, Inc., 2007                Page 1 of 15

Filed          24-CI-00853    07/29/2024       Jennifer Besecker, Daviess Circuit Clerk

DOCUMENT

NOT ORIGINAL

08/01/2024 09:27:35

AM

c. **Personal Property Of Others** that is:

   (1) In your care, custody or control; and

   (2) Located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

   However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

2. **Property Not Covered**

   Covered Property does not include:

   a. Accounts, bills, currency, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities;

   b. Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings;

   c. Automobiles held for sale;

   d. Bridges, roadways, walks, patios or other paved surfaces;

   e. Contraband, or property in the course of illegal transportation or trade;

   f. The cost of excavations, grading, backfilling or filling;

   g. Foundations of buildings, structures, machinery or boilers if their foundations are below:

      (1) The lowest basement floor; or

      (2) The surface of the ground, if there is no basement;

   h. Land (including land on which the property is located), water, growing crops or lawns;

   i. Personal property while airborne or waterborne;

   j. Bulkheads, pilings, piers, wharves or docks;

   k. Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

   l. Retaining walls that are not part of a building;

   m. Underground pipes, flues or drains;

   n. Electronic data, except as provided under the Additional Coverage, Electronic Data. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data. This paragraph, **n.,** does not apply to your "stock" of prepackaged software;

   o. The cost to replace or restore the information on valuable papers and records, including those which exist as electronic data. Valuable papers and records include but are not limited to proprietary information, books of account, deeds, manuscripts, abstracts, drawings and card index systems. Refer to the Coverage Extension for Valuable Papers And Records (Other Than Electronic Data) for limited coverage for valuable papers and records other than those which exist as electronic data;

   p. Vehicles or self-propelled machines (including aircraft or watercraft) that:

      (1) Are licensed for use on public roads; or

      (2) Are operated principally away from the described premises.

      This paragraph does not apply to:

         (a) Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

         (b) Vehicles or self-propelled machines, other than autos, you hold for sale;

         (c) Rowboats or canoes out of water at the described premises; or

         (d) Trailers, but only to the extent provided for in the Coverage Extension for Non-owned Detached Trailers;

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000057 of 000168

Filed        24-CI-00853      07/29/2024      Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT
08/01/2024 09:27:35
AM

**q.** The following property while outside of buildings:

    **(1)** Grain, hay, straw or other crops;

    **(2)** Fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, trees, shrubs or plants (other than "stock" of trees, shrubs or plants), all except as provided in the Coverage Extensions.

**3. Covered Causes Of Loss**

  See applicable Causes Of Loss Form as shown in the Declarations.

**4. Additional Coverages**

  **a. Debris Removal**

    **(1)** Subject to Paragraphs **(3)** and **(4),** we will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

    **(2)** Debris Removal does not apply to costs to:

      **(a)** Extract "pollutants" from land or water; or

      **(b)** Remove, restore or replace polluted land or water.

    **(3)** Subject to the exceptions in Paragraph **(4),** the following provisions apply:

      **(a)** The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

      **(b)** Subject to **(a)** above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we will pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

    **(4)** We will pay up to an additional $10,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

      **(a)** The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

      **(b)** The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

    Therefore, if **(4)(a)** and/or **(4)(b)** apply, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $10,000.

    **(5) Examples**

      The following examples assume that there is no Coinsurance penalty.

**EXAMPLE #1**

| | |
|---|---|
| Limit of Insurance: | $ 90,000 |
| Amount of Deductible: | $     500 |
| Amount of Loss: | $ 50,000 |
| Amount of Loss Payable: | $ 49,500 |
| | ($50,000 − $500) |
| Debris Removal Expense: | $ 10,000 |
| Debris Removal Expense Payable: | $ 10,000 |
| ($10,000 is 20% of $50,000.) | |

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore the full amount of debris removal expense is payable in accordance with the terms of Paragraph **(3).**

**EXAMPLE #2**

| | |
|---|---|
| Limit of Insurance: | $ 90,000 |
| Amount of Deductible: | $     500 |
| Amount of Loss: | $ 80,000 |
| Amount of Loss Payable: | $ 79,500 |
| | ($80,000 − $500) |
| Debris Removal Expense: | $ 30,000 |
| Debris Removal Expense Payable | |
|     Basic Amount: | $ 10,500 |
|     Additional Amount: | $ 10,000 |

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000058 of 000168

Filed          24-CI-00853     07/29/2024        Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL

DOCUMENT

08/01/2024 09:27:35
AM

The basic amount payable for debris removal expense under the terms of Paragraph **(3)** is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000; capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph **(4)**, because the debris removal expense ($30,000) exceeds 25% of the loss payable plus the deductible ($30,000 is 37.5% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $30,000 = $109,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $10,000, the maximum payable under Paragraph **(4).** Thus the total payable for debris removal expense in this example is $20,500; $9,500 of the debris removal expense is not covered.

### b. Preservation Of Property

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

### c. Fire Department Service Charge

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000, unless a higher limit is shown in the Declarations, for your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

No Deductible applies to this Additional Coverage.

### d. Pollutant Clean-up And Removal

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12-month period of this policy.

### e. Increased Cost Of Construction

**(1)** This Additional Coverage applies only to buildings to which the Replacement Cost Optional Coverage applies.

**(2)** In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with enforcement of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in **e.(3)** through **e.(9)** of this Additional Coverage.

**(3)** The ordinance or law referred to in **e.(2)** of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises, and is in force at the time of loss.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000059 of 000168

Filed          24-CI-00853   07/29/2024      Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT
08/01/2024 09:27:35
AM

**(4)** Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

   **(a)** You were required to comply with before the loss, even when the building was undamaged; and

   **(b)** You failed to comply with.

**(5)** Under this Additional Coverage, we will not pay for:

   **(a)** The enforcement of any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

   **(b)** Any costs associated with the enforcement of an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

**(6)** The most we will pay under this Additional Coverage, for each described building insured under this Coverage Form, is $10,000 or 5% of the Limit of Insurance applicable to that building, whichever is less. If a damaged building is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for that damaged building, is the lesser of: $10,000 or 5% times the value of the damaged building as of the time of loss times the applicable Coinsurance percentage.

The amount payable under this Additional Coverage is additional insurance.

**(7)** With respect to this Additional Coverage:

   **(a)** We will not pay for the Increased Cost of Construction:

     **(i)** Until the property is actually repaired or replaced, at the same or another premises; and

     **(ii)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

   **(b)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the same premises.

   **(c)** If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the new premises.

**(8)** This Additional Coverage is not subject to the terms of the Ordinance Or Law Exclusion, to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

**(9)** The costs addressed in the Loss Payment and Valuation Conditions, and the Replacement Cost Optional Coverage, in this Coverage Form, do not include the increased cost attributable to enforcement of an ordinance or law. The amount payable under this Additional Coverage, as stated in **e.(6)** of this Additional Coverage, is not subject to such limitation.

**f. Electronic Data**

**(1)** Under this Additional Coverage, electronic data has the meaning described under Property Not Covered, Electronic Data.

**(2)** Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore electronic data which has been destroyed or corrupted by a Covered Cause of Loss. To the extent that electronic data is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the electronic data was stored, with blank media of substantially identical type.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000060 of 000168

Filed          24-CI-00853      07/29/2024        Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT
08/01/2024 09:27:35
AM

**(3)** The Covered Causes of Loss applicable to Your Business Personal Property apply to this Additional Coverage, Electronic Data, subject to the following:

**(a)** If the Causes Of Loss – Special Form applies, coverage under this Additional Coverage, Electronic Data, is limited to the "specified causes of loss" as defined in that form, and Collapse as set forth in that form.

**(b)** If the Causes Of Loss – Broad Form applies, coverage under this Additional Coverage, Electronic Data, includes Collapse as set forth in that form.

**(c)** If the Causes Of Loss Form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage, Electronic Data.

**(d)** The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, modify, repair or replace that system.

**(4)** The most we will pay under this Additional Coverage, Electronic Data, is $2,500 for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in but not after that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

**5. Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

If a Coinsurance percentage of 80% or more, or a Value Reporting period symbol, is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**a. Newly Acquired Or Constructed Property**

**(1) Buildings**

If this policy covers Building, you may extend that insurance to apply to:

**(a)** Your new buildings while being built on the described premises; and

**(b)** Buildings you acquire at locations, other than the described premises, intended for:

**(i)** Similar use as the building described in the Declarations; or

**(ii)** Use as a warehouse.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

**(2) Your Business Personal Property**

**(a)** If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

**(i)** Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions;

**(ii)** Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations; or

**(iii)** Business personal property that you newly acquire, located at the described premises.

The most we will pay for loss or damage under this Extension is $100,000 at each building.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000061 of 000168

Filed                24-CI-00853    07/29/2024    Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT
08/01/2024 09:27:35
AM
87453-1

**(b)** This Extension does not apply to:

**(i)** Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

**(ii)** Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

**(3) Period Of Coverage**

With respect to insurance on or at each newly acquired or constructed property, coverage will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** 30 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

**(c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

**b. Personal Effects And Property Of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

**(1)** Personal effects owned by you, your officers, your partners or members, your managers or your employees. This Extension does not apply to loss or damage by theft.

**(2)** Personal property of others in your care, custody or control.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**c. Valuable Papers And Records (Other Than Electronic Data)**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to the cost to replace or restore the lost information on valuable papers and records for which duplicates do not exist. But this Extension does not apply to valuable papers and records which exist as electronic data. Electronic data has the meaning described under Property Not Covered, Electronic Data.

**(2)** If the Causes Of Loss – Special Form applies, coverage under this Extension is limited to the "specified causes of loss" as defined in that form, and Collapse as set forth in that form.

**(3)** If the Causes Of Loss – Broad Form applies, coverage under this Extension includes Collapse as set forth in that form.

**(4)** Under this Extension, the most we will pay to replace or restore the lost information is $2,500 at each described premises, unless a higher limit is shown in the Declarations. Such amount is additional insurance. We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist), and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and therefore coverage of such costs is not additional insurance.

**d. Property Off-premises**

**(1)** You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described premises, if it is:

**(a)** Temporarily at a location you do not own, lease or operate;

**(b)** In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or

**(c)** At any fair, trade show or exhibition.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000062 of 000168

Filed          24-CI-00853    07/29/2024          Jennifer Besecker, Daviess Circuit Clerk

DOCUMENT

AM

NOT ORIGINAL

08/01/2024 09:27:35

87453-1

**(2)** This Extension does not apply to property:

**(a)** In or on a vehicle; or

**(b)** In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition.

**(3)** The most we will pay for loss or damage under this Extension is $10,000.

**e. Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas (including satellite dishes), trees, shrubs and plants (other than "stock" of trees, shrubs or plants), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

**(1)** Fire;

**(2)** Lightning;

**(3)** Explosion;

**(4)** Riot or Civil Commotion; or

**(5)** Aircraft.

The most we will pay for loss or damage under this Extension is $1,000, but not more than $250 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

**f. Non-owned Detached Trailers**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to trailers that you do not own, provided that:

**(a)** The trailer is used in your business;

**(b)** The trailer is in your care, custody or control at the premises described in the Declarations; and

**(c)** You have a contractual responsibility to pay for loss or damage to the trailer.

**(2)** We will not pay for any loss or damage that occurs:

**(a)** While the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;

**(b)** During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

**(3)** The most we will pay for loss or damage under this Extension is $5,000, unless a higher limit is shown in the Declarations.

**(4)** This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

Each of these Extensions is additional insurance unless otherwise indicated. The Additional Condition, Coinsurance, does not apply to these Extensions.

**B. Exclusions And Limitations**

See applicable Causes Of Loss Form as shown in the Declarations.

**C. Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

The most we will pay for loss or damage to outdoor signs, whether or not the sign is attached to a building, is $2,500 per sign in any one occurrence.

The amounts of insurance stated in the following Additional Coverages apply in accordance with the terms of such coverages and are separate from the Limit(s) of Insurance shown in the Declarations for any other coverage:

**1.** Fire Department Service Charge;

**2.** Pollutant Clean-up And Removal;

**3.** Increased Cost Of Construction; and

**4.** Electronic Data.

Payments under the Preservation Of Property Additional Coverage will not increase the applicable Limit of Insurance.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000063 of 000168

Filed          24-CI-00853   07/29/2024      Jennifer Besecker, Daviess Circuit Clerk

DOCUMENT

AM

NOT ORIGINAL

08/01/2024 09:27:35

87453-1

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000064 of 000168

## D. Deductible

In any one occurrence of loss or damage (hereinafter referred to as loss), we will first reduce the amount of loss if required by the Coinsurance Condition or the Agreed Value Optional Coverage. If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss. If the adjusted amount of loss exceeds the Deductible, we will then subtract the Deductible from the adjusted amount of loss, and will pay the resulting amount or the Limit of Insurance, whichever is less.

When the occurrence involves loss to more than one item of Covered Property and separate Limits of Insurance apply, the losses will not be combined in determining application of the Deductible. But the Deductible will be applied only once per occurrence.

### EXAMPLE #1

(This example assumes there is no Coinsurance penalty.)

| | | |
|---|---|---|
| Deductible: | $ | 250 |
| Limit of Insurance – Building #1: | $ | 60,000 |
| Limit of Insurance – Building #2: | $ | 80,000 |
| Loss to Building #1: | $ | 60,100 |
| Loss to Building #2: | $ | 90,000 |

The amount of loss to Building #1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Building #1 plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Building #1:

$ 60,100
−      250
$ 59,850 Loss Payable – Building #1

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of loss payable for Building #2. Loss payable for Building #2 is the Limit of Insurance of $80,000.

Total amount of loss payable:

$59,850 + $80,000 = $139,850

### EXAMPLE #2

(This example, too, assumes there is no Coinsurance penalty.)

The Deductible and Limits of Insurance are the same as those in Example #1.

| | | |
|---|---|---|
| Loss to Building #1: | $ | 70,000 |
| (Exceeds Limit of Insurance plus Deductible) | | |
| Loss to Building #2: | $ | 90,000 |
| (Exceeds Limit of Insurance plus Deductible) | | |
| Loss Payable – Building #1: | $ | 60,000 |
| (Limit of Insurance) | | |
| Loss Payable – Building #2: | $ | 80,000 |
| (Limit of Insurance) | | |
| Total amount of loss payable: | $ | 140,000 |

## E. Loss Conditions

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

### 1. Abandonment

There can be no abandonment of any property to us.

### 2. Appraisal

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

a. Pay its chosen appraiser; and

b. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

Filed          24-CI-00853      07/29/2024          Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT

08/01/2024 09:27:35
AM

**3. Duties In The Event Of Loss Or Damage**

**a.** You must see that the following are done in the event of loss or damage to Covered Property:

**(1)** Notify the police if a law may have been broken.

**(2)** Give us prompt notice of the loss or damage. Include a description of the property involved.

**(3)** As soon as possible, give us a description of how, when and where the loss or damage occurred.

**(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(5)** At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

**(6)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(7)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(8)** Cooperate with us in the investigation or settlement of the claim.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**4. Loss Payment**

**a.** In the event of loss or damage covered by this Coverage Form, at our option, we will either:

**(1)** Pay the value of lost or damaged property;

**(2)** Pay the cost of repairing or replacing the lost or damaged property, subject to **b.** below;

**(3)** Take all or any part of the property at an agreed or appraised value; or

**(4)** Repair, rebuild or replace the property with other property of like kind and quality, subject to **b.** below.

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.

**b.** The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

**c.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**d.** We will not pay you more than your financial interest in the Covered Property.

**e.** We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**f.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**g.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part and:

**(1)** We have reached agreement with you on the amount of loss; or

**(2)** An appraisal award has been made.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000065 of 000168

Filed                24-CI-00853   07/29/2024        Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL

DOCUMENT

08/01/2024 09:27:35

AM

**h.** A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties. In settling covered losses involving a party wall, we will pay a proportion of the loss to the party wall based on your interest in the wall in proportion to the interest of the owner of the adjoining building. However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value of the loss to the party wall, subject to all applicable policy provisions including Limits of Insurance, the Valuation and Coinsurance Conditions and all other provisions of this Loss Payment Condition. Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the adjoining building, and does not alter the terms of the Transfer Of Rights Of Recovery Against Others To Us Condition in this policy.

**5. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**6. Vacancy**

**a. Description Of Terms**

**(1)** As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in **(1)(a)** and **(1)(b)** below:

**(a)** When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

**(b)** When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

**(i)** Rented to a lessee or sub-lessee and used by the lessee or sub-lessee to conduct its customary operations; and/or

**(ii)** Used by the building owner to conduct customary operations.

**(2)** Buildings under construction or renovation are not considered vacant.

**b. Vacancy Provisions**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

**(1)** We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

**(a)** Vandalism;

**(b)** Sprinkler leakage, unless you have protected the system against freezing;

**(c)** Building glass breakage;

**(d)** Water damage;

**(e)** Theft; or

**(f)** Attempted theft.

**(2)** With respect to Covered Causes of Loss other than those listed in **b.(1)(a)** through **b.(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

**7. Valuation**

We will determine the value of Covered Property in the event of loss or damage as follows:

**a.** At actual cash value as of the time of loss or damage, except as provided in **b., c., d.** and **e.** below.

**b.** If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000066 of 000168

Filed          24-CI-00853   07/29/2024   Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL

DOCUMENT

08/01/2024 09:27:35

AM

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

However, the following property will be valued at the actual cash value even when attached to the building:

**(1)** Awnings or floor coverings;

**(2)** Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

**(3)** Outdoor equipment or furniture.

**c.** "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

**d.** Glass at the cost of replacement with safety-glazing material if required by law.

**e.** Tenants' Improvements and Betterments at:

**(1)** Actual cash value of the lost or damaged property if you make repairs promptly.

**(2)** A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

**(a)** Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

**(b)** Divide the amount determined in **(a)** above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

**(3)** Nothing if others pay for repairs or replacement.

**F. Additional Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

**1. Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies.

**a.** We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

**(1)** Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

**(2)** Divide the Limit of Insurance of the property by the figure determined in Step **(1)**;

**(3)** Multiply the total amount of loss, before the application of any deductible, by the figure determined in Step **(2)**; and

**(4)** Subtract the deductible from the figure determined in Step **(3)**.

We will pay the amount determined in Step **(4)** or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

**EXAMPLE #1 (UNDERINSURANCE)**

| When: | The value of the property is: | $ 250,000 |
|---|---|---|
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $ 100,000 |
| | The Deductible is: | $ 250 |
| | The amount of loss is: | $ 40,000 |

Step **(1)**: $250,000 x 80% = $200,000
(the minimum amount of insurance to meet your Coinsurance requirements)

Step **(2)**: $100,000 ÷ $200,000 = .50

Step **(3)**: $40,000 x .50 = $20,000

Step **(4)**: $20,000 − $250 = $19,750

We will pay no more than $19,750. The remaining $20,250 is not covered.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000067 of 000168

Filed          24-CI-00853   07/29/2024   Jennifer Besecker, Daviess Circuit Clerk

© ISO Properties, Inc., 2007

CP 00 10 06 07   ☐

Filed          24-CI-00853   07/29/2024     Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL

DOCUMENT

AM                                                                                              08/01/2024 09:27:35

87453 L

## EXAMPLE #2 (ADEQUATE INSURANCE)

| When: | The value of the property is: | $ 250,000 |
|---|---|---|
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $ 200,000 |
| | The Deductible is: | $    250 |
| | The amount of loss is: | $  40,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($250,000 x 80%). Therefore, the Limit of Insurance in this example is adequate and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

**b.** If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

## EXAMPLE #3

| When: | The value of the property is: | |
|---|---|---|
| | Building at Location #1: | $  75,000 |
| | Building at Location #2: | $ 100,000 |
| | Personal Property at Location #2: | $  75,000 |
| | | $ 250,000 |
| | The Coinsurance percentage for it is: | 90% |
| | The Limit of Insurance for Buildings and Personal Property at Locations #1 and #2 is: | $ 180,000 |
| | The Deductible is: | $    1,000 |
| | The amount of loss is: | |
| | Building at Location #2: | $  30,000 |
| | Personal Property at Location #2: | $  20,000 |
| | | $  50,000 |

**Step (1):** $250,000 x 90% = $225,000
(the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below)

**Step (2):** $180,000 ÷ $225,000 = .80

**Step (3):** $50,000 x .80 = $40,000

**Step (4):** $40,000 − $1,000 = $39,000

We will pay no more than $39,000. The remaining $11,000 is not covered.

## 2. Mortgageholders

**a.** The term mortgageholder includes trustee.

**b.** We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

**c.** The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

**(1)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

**(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

**(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this Coverage Part will then apply directly to the mortgageholder.

**e.** If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

**(1)** The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

**(2)** The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we cancel this policy, we will give written notice to the mortgageholder at least:

**(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000068 of 000168

CP 00 10 06 07                          © ISO Properties, Inc., 2007                          **Page 13 of 15**      □

Filed          24-CI-00853     07/29/2024      Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT
08/01/2024 09:27:35
AM

**g.** If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

### G. Optional Coverages

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item.

#### 1. Agreed Value

**a.** The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.

**b.** If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

**c.** The terms of this Optional Coverage apply only to loss or damage that occurs:

  **(1)** On or after the effective date of this Optional Coverage; and

  **(2)** Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

#### 2. Inflation Guard

**a.** The Limit of Insurance for property to which this Optional Coverage applied will automatically increase by the annual percentage shown in the Declarations.

**b.** The amount of increase will be:

  **(1)** The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

  **(2)** The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

  **(3)** The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

### EXAMPLE

If: The applicable Limit of Insurance is: $100,000

The annual percentage increase is: 8%

The number of days since the beginning of the policy year (or last policy change) is: 146

The amount of increase is:
$100,000 x .08 x 146 ÷ 365 = $ 3,200

#### 3. Replacement Cost

**a.** Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Valuation Loss Condition of this Coverage Form.

**b.** This Optional Coverage does not apply to:

  **(1)** Personal property of others;

  **(2)** Contents of a residence;

  **(3)** Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; or

  **(4)** "Stock", unless the Including "Stock" option is shown in the Declarations.

  Under the terms of this Replacement Cost Optional Coverage, tenants' improvements and betterments are not considered to be the personal property of others.

**c.** You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

**d.** We will not pay on a replacement cost basis for any loss or damage:

  **(1)** Until the lost or damaged property is actually repaired or replaced; and

  **(2)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000069 of 000168

Filed          24-CI-00853    07/29/2024     Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT

**I. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

1. Prior to a loss to your Covered Property or Covered Income.

2. After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

   **a.** Someone insured by this insurance;

   **b.** A business firm:

      **(1)** Owned or controlled by you; or

      **(2)** That owns or controls you; or

   **c.** Your tenant.

This will not restrict your insurance.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000070 of 000168

Filed          24-CI-00853    07/29/2024          Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL

DOCUMENT

AM

COMMERCIAL PROPERTY
CP 01 40 07 06

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** The exclusion set forth in Paragraph **B.** applies to all coverage under all forms and endorsements that comprise this Coverage Part or Policy, including but not limited to forms or endorsements that cover property damage to buildings or personal property and forms or endorsements that cover business income, extra expense or action of civil authority.

**B.** We will not pay for loss or damage caused by or resulting from any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

However, this exclusion does not apply to loss or damage caused by or resulting from "fungus", wet rot or dry rot. Such loss or damage is addressed in a separate exclusion in this Coverage Part or Policy.

**C.** With respect to any loss or damage subject to the exclusion in Paragraph **B.**, such exclusion supersedes any exclusion relating to "pollutants".

**D.** The following provisions in this Coverage Part or Policy are hereby amended to remove reference to bacteria:

**1.** Exclusion of "Fungus", Wet Rot, Dry Rot And Bacteria; and

**2.** Additional Coverage – Limited Coverage for "Fungus", Wet Rot, Dry Rot And Bacteria, including any endorsement increasing the scope or amount of coverage.

**E.** The terms of the exclusion in Paragraph **B.**, or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this Coverage Part or Policy.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000071 of 000168

CP 01 40 07 06                    © ISO Properties, Inc., 2006                    Page 1 of 1

Filed 24-CI-00853 07/29/2024 Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT

AM

POLICY NUMBER: 20-CP-003215597-11

**COMMERCIAL PROPERTY**
CP 04 40 06 07

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# SPOILAGE COVERAGE

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM

### SCHEDULE

| Premises Number | Building Number | Limit Of Insurance |
|---|---|---|
| 1 | 1 | $                          25,000 |

| | |
|---|---|
| **Description Of Property:** | Perishable Goods |
| **Deductible:** | $2,500 |
| **Refrigeration Maintenance Agreement:** | X |
| **Selling Price:** | X |

| Causes Of Loss | |
|---|---|
| **Breakdown Or Contamination:** | X |
| **Power Outage:** | X |

| Premises Number | Building Number | Limit Of Insurance |
|---|---|---|
| | | $ |

| | |
|---|---|
| **Description Of Property:** | |
| **Deductible:** | |
| **Refrigeration Maintenance Agreement:** | |
| **Selling Price:** | |

| Causes Of Loss | |
|---|---|
| **Breakdown Or Contamination:** | |
| **Power Outage:** | |

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000072 of 000168

Filed         24-CI-00853   07/29/2024        Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT
08/01/2024 09:27:35
AM
87453-1

| Premises Number | Building Number | Limit Of Insurance |
|---|---|---|
| | | $ |

**Description Of Property:**

**Deductible:**

**Refrigeration Maintenance Agreement:**

**Selling Price:**

| Causes Of Loss |
|---|

**Breakdown Or Contamination:**

**Power Outage:**

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The Coverage Form to which this endorsement applies is extended to insure against direct physical loss or damage by the Covered Causes of Loss, but only with respect to coverage provided by this endorsement.

A. Paragraph **A.1., Covered Property,** is replaced by the following:

**1. Covered Property**

Covered Property means "perishable stock" at the described premises owned by you or by others that is in your care, custody or control.

B. With respect to the coverage provided by this endorsement, property located on buildings or in the open or in vehicles is considered to be Property Not Covered.

C. Paragraph **A.3., Covered Causes Of Loss,** is replaced by the following:

**3. Covered Causes Of Loss**

Covered Causes of Loss means the following only if indicated by an "X" in the Schedule:

**a.** Breakdown or Contamination, meaning:

**(1)** Change in temperature or humidity resulting from mechanical breakdown or mechanical failure of refrigerating, cooling or humidity control apparatus or equipment, only while such equipment or apparatus is at the described premises; and

**(2)** Contamination by the refrigerant.

**b.** Power Outage, meaning change in temperature or humidity resulting from complete or partial interruption of electrical power, either on or off the described premises, due to conditions beyond your control.

D. **Selling Price**

If Selling Price is indicated by an "X" in the Schedule, the following is added to the **Valuation** Loss Condition:

We will determine the value of finished "perishable stock" in the event of loss or damage at:

**1.** The selling price, as if no loss or damage had occurred;

**2.** Less discounts and expenses you otherwise would have had.

E. Paragraph **A.5., Coverage Extensions,** does not apply.

F. Paragraph **B., Exclusions,** is replaced by the following:

**B. Exclusions**

**1.** Only the following Exclusions contained in Paragraph **B.1.** of the Causes of Loss Form applicable to this Coverage Part apply to Spoilage Coverage:

**a.** Earth Movement;

**b.** Governmental Action;

**c.** Nuclear Hazard;

**d.** War And Military Action; and

**e.** Water.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000073 of 000168

Filed 24-CI-00853 07/29/2024 Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT
08/01/2024 09:27:35
AM

87453-1

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000074 of 000168

**2.** The following Exclusions are added:

We will not pay for loss or damage caused by or resulting from:

**a.** The disconnection of any refrigerating, cooling or humidity control system from the source of power.

**b.** The deactivation of electrical power caused by the manipulation of any switch or other device used to control the flow of electrical power or current.

**c.** The inability of an Electrical Utility Company or other power source to provide sufficient power due to:

**(1)** Lack of fuel; or

**(2)** Governmental order.

**d.** The inability of a power source at the described premises to provide sufficient power due to lack of generating capacity to meet demand.

**e.** Breaking of any glass that is a permanent part of any refrigerating, cooling or humidity control unit.

**G.** Paragraph **D., Deductible,** is replaced by the following:

We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Schedule of this endorsement. We will then pay the amount of loss or damage in excess of that Deductible, up to the applicable Limit of Insurance. No other deductible in this policy applies to the coverage provided by this endorsement.

**H.** Paragraph **F., Additional Conditions,** is replaced by the following:

**ADDITIONAL CONDITION**

The following condition applies in addition to the Common Policy Conditions and the Commercial Property Conditions.

**REFRIGERATION MAINTENANCE AGREEMENTS**

If Breakdown or Contamination is designated as a Covered Cause of Loss and a refrigeration maintenance agreement is shown as applicable by an "X" in the Schedule, the following condition applies:

You must maintain a refrigeration maintenance or service agreement. If you voluntarily terminate this agreement and do not notify us, the insurance provided by this endorsement will be automatically suspended at the involved location.

**I.** Paragraph **G., Optional Coverages,** does not apply.

**J.** The following is added to the **Definitions:**

"Perishable stock" means personal property:

**a.** Maintained under controlled conditions for its preservation; and

**b.** Susceptible to loss or damage if the controlled conditions change.

CP 04 40 06 07 © ISO Properties, Inc., 2006 Page 3 of 3

Filed          24-CI-00853     07/29/2024        Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL

DOCUMENT

AM

COMMERCIAL PROPERTY
CP 10 30 06 07

# CAUSES OF LOSS – SPECIAL FORM     87453-1

Words and phrases that appear in quotation marks have special meaning. Refer to Section **G.**, Definitions.

## A. Covered Causes Of Loss

When Special is shown in the Declarations, Covered Causes of Loss means Risks Of Direct Physical Loss unless the loss is:

**1.** Excluded in Section **B.**, Exclusions; or

**2.** Limited in Section **C.**, Limitations;

that follow.

## B. Exclusions

**1.** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

### a. Ordinance Or Law

The enforcement of any ordinance or law:

**(1)** Regulating the construction, use or repair of any property; or

**(2)** Requiring the tearing down of any property, including the cost of removing its debris.

This exclusion, Ordinance Or Law, applies whether the loss results from:

**(a)** An ordinance or law that is enforced even if the property has not been damaged; or

**(b)** The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

### b. Earth Movement

**(1)** Earthquake, including any earth sinking, rising or shifting related to such event;

**(2)** Landslide, including any earth sinking, rising or shifting related to such event;

**(3)** Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

**(4)** Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

But if Earth Movement, as described in **b.(1)** through **(4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

**(5)** Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.

Volcanic Action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

**(a)** Airborne volcanic blast or airborne shock waves;

**(b)** Ash, dust or particulate matter; or

**(c)** Lava flow.

All volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

Volcanic Action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

### c. Governmental Action

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000075 of 000168

Filed    24-CI-00853    07/29/2024    Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL

DOCUMENT

AM    08/01/2024 09:27:35

**d. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**e. Utility Services**

The failure of power, communication, water or other utility service supplied to the described premises, however caused, if the failure:

**(1)** Originates away from the described premises; or

**(2)** Originates at the described premises, but only if such failure involves equipment used to supply the utility service to the described premises from a source away from the described premises.

Failure of any utility service includes lack of sufficient capacity and reduction in supply.

Loss or damage caused by a surge of power is also excluded, if the surge would not have occurred but for an event causing a failure of power.

But if the failure or surge of power, or the failure of communication, water or other utility service, results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Communication services include but are not limited to service relating to Internet access or access to any electronic, cellular or satellite network.

**f. War And Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g. Water**

**(1)** Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

**(2)** Mudslide or mudflow;

**(3)** Water that backs up or overflows from a sewer, drain or sump; or

**(4)** Water under the ground surface pressing on, or flowing or seeping through:

**(a)** Foundations, walls, floors or paved surfaces;

**(b)** Basements, whether paved or not; or

**(c)** Doors, windows or other openings.

But if Water, as described in **g.(1)** through **g.(4)** above, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

**h. "Fungus", Wet Rot, Dry Rot And Bacteria**

Presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria.

But if "fungus", wet or dry rot or bacteria results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion does not apply:

**1.** When "fungus", wet or dry rot or bacteria results from fire or lightning; or

**2.** To the extent that coverage is provided in the Additional Coverage – Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria with respect to loss or damage by a cause of loss other than fire or lightning.

Exclusions **B.1.a.** through **B.1.h.** apply whether or not the loss event results in widespread damage or affects a substantial area.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

**(1)** Electrical or electronic wire, device, appliance, system or network; or

**(2)** Device, appliance, system or network utilizing cellular or satellite technology.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000076 of 000168

For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes but is not limited to:

(a) Electrical current, including arcing;

(b) Electrical charge produced or conducted by a magnetic or electromagnetic field;

(c) Pulse of electromagnetic energy; or

(d) Electromagnetic waves or microwaves.

But if fire results, we will pay for the loss or damage caused by that fire.

**b.** Delay, loss of use or loss of market.

**c.** Smoke, vapor or gas from agricultural smudging or industrial operations.

**d.** (1) Wear and tear;

(2) Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

(3) Smog;

(4) Settling, cracking, shrinking or expansion;

(5) Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals.

(6) Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision.

(7) The following causes of loss to personal property:

(a) Dampness or dryness of atmosphere;

(b) Changes in or extremes of temperature; or

(c) Marring or scratching.

But if an excluded cause of loss that is listed in **2.d.(1)** through **(7)** results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

**e.** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within in the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**f.** Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

**g.** Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

(1) You do your best to maintain heat in the building or structure; or

(2) You drain the equipment and shut off the supply if the heat is not maintained.

**h.** Dishonest or criminal act by you, any of your partners, members, officers, managers, employees (including leased employees), directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

(1) Acting alone or in collusion with others; or

(2) Whether or not occurring during the hours of employment.

This exclusion does not apply to acts of destruction by your employees (including leased employees); but theft by employees (including leased employees) is not covered.

**i.** Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**j.** Rain, snow, ice or sleet to personal property in the open.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000077 of 000168

CP 10 30 06 07 © ISO Properties, Inc., 2007 Page 3 of 10

Filed    24-CI-00853    07/29/2024    Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL

DOCUMENT

AM

**k.** Collapse, including any of the following conditions of property or any part of the property:

**(1)** An abrupt falling down or caving in;

**(2)** Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

**(3)** Any cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to **(1)** or **(2)** above.

But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

This exclusion, **k.,** does not apply:

**(a)** To the extent that coverage is provided under the Additional Coverage – Collapse; or

**(b)** To collapse caused by one or more of the following:

**(i)** The "specified causes of loss";

**(ii)** Breakage of building glass;

**(iii)** Weight of rain that collects on a roof; or

**(iv)** Weight of people or personal property.

**l.** Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion, **l.,** does not apply to damage to glass caused by chemicals applied to the glass.

**m.** Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**3.** We will not pay for loss or damage caused by or resulting from any of the following, **3.a.** through **3.c.** But if an excluded cause of loss that is listed in **3.a.** through **3.c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a.** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **1.** above to produce the loss or damage.

**b.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c.** Faulty, inadequate or defective:

**(1)** Planning, zoning, development, surveying, siting;

**(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

**(3)** Materials used in repair, construction, renovation or remodeling; or

**(4)** Maintenance;

of part or all of any property on or off the described premises.

**4. Special Exclusions**

The following provisions apply only to the specified Coverage Forms.

**a. Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, Or Extra Expense Coverage Form**

We will not pay for:

**(1)** Any loss caused by or resulting from:

**(a)** Damage or destruction of "finished stock"; or

**(b)** The time required to reproduce "finished stock".

This exclusion does not apply to Extra Expense.

**(2)** Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.

**(3)** Any increase of loss caused by or resulting from:

**(a)** Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000078 of 000168

Filed        24-CI-00853      07/29/2024        Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL

DOCUMENT

AM

**(b)** Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage and the Extended Period Of Indemnity Optional Coverage or any variation of these.

**(4)** Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration".

**(5)** Any other consequential loss.

**b. Leasehold Interest Coverage Form**

**(1)** Paragraph **B.1.a.,** Ordinance Or Law, does not apply to insurance under this Coverage Form.

**(2)** We will not pay for any loss caused by:

**(a)** Your cancelling the lease;

**(b)** The suspension, lapse or cancellation of any license; or

**(c)** Any other consequential loss.

**c. Legal Liability Coverage Form**

**(1)** The following exclusions do not apply to insurance under this Coverage Form:

**(a)** Paragraph **B.1.a.,** Ordinance Or Law;

**(b)** Paragraph **B.1.c.,** Governmental Action;

**(c)** Paragraph **B.1.d.,** Nuclear Hazard;

**(d)** Paragraph **B.1.e.,** Utility Services; and

**(e)** Paragraph **B.1.f.,** War And Military Action.

**(2)** The following additional exclusions apply to insurance under this Coverage Form:

**(a) Contractual Liability**

We will not defend any claim or "suit", or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement. But this exclusion does not apply to a written lease agreement in which you have assumed liability for building damage resulting from an actual or attempted burglary or robbery, provided that:

**(i)** Your assumption of liability was executed prior to the accident; and

**(ii)** The building is Covered Property under this Coverage Form.

**(b) Nuclear Hazard**

We will not defend any claim or "suit", or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

**5. Additional Exclusion**

The following provisions apply only to the specified property.

**LOSS OR DAMAGE TO PRODUCTS**

We will not pay for loss or damage to any merchandise, goods or other product caused by or resulting from error or omission by any person or entity (including those having possession under an arrangement where work or a portion of the work is outsourced) in any stage of the development, production or use of the product, including planning, testing, processing, packaging, installation, maintenance or repair. This exclusion applies to any effect that compromises the form, substance or quality of the product. But if such error or omission results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Filed            24-CI-00853      07/29/2024      Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT

## C. Limitations

The following limitations apply to all policy forms and endorsements, unless otherwise stated.

1. We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

   a. Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

   b. Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

   c. The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

      (1) The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

      (2) The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

   d. Building materials and supplies not attached as part of the building or structure, caused by or resulting from theft.

      However, this limitation does not apply to:

      (1) Building materials and supplies held for sale by you, unless they are insured under the Builders Risk Coverage Form; or

      (2) Business Income Coverage or Extra Expense Coverage.

   e. Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

   f. Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

2. We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

   a. Animals, and then only if they are killed or their destruction is made necessary.

   b. Fragile articles such as statuary, marbles, chinaware and porcelains, if broken. This restriction does not apply to:

      (1) Glass; or

      (2) Containers of property held for sale.

   c. Builders' machinery, tools and equipment owned by you or entrusted to you, provided such property is Covered Property.

      However, this limitation does not apply:

      (1) If the property is located on or within 100 feet of the described premises, unless the premises is insured under the Builders Risk Coverage Form; or

      (2) To Business Income Coverage or to Extra Expense Coverage.

3. The special limit shown for each category, a. through d., is the total limit for loss of or damage to all property in that category. The special limit applies to any one occurrence of theft, regardless of the types or number of articles that are lost or damaged in that occurrence. The special limits are:

   a. $2,500 for furs, fur garments and garments trimmed with fur.

   b. $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semiprecious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

   c. $2,500 for patterns, dies, molds and forms.

   d. $250 for stamps, tickets, including lottery tickets held for sale, and letters of credit.

   These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

   This limitation, **C.3.,** does not apply to Business Income Coverage or to Extra Expense Coverage.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000080 of 000168

Filed          24-CI-00853    07/29/2024    Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT

AM

4. We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire-extinguishing equipment if the damage:

   a. Results in discharge of any substance from an automatic fire protection system; or

   b. Is directly caused by freezing.

   However, this limitation does not apply to Business Income Coverage or to Extra Expense Coverage.

**D. Additional Coverage – Collapse**

The coverage provided under this Additional Coverage – Collapse applies only to an abrupt collapse as described and limited in **D.1.** through **D.7.**

1. For the purpose of this Additional Coverage – Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

2. We will pay for direct physical loss or damage to Covered Property, caused by abrupt collapse of a building or any part of a building that is insured under this Coverage Form or that contains Covered Property insured under this Coverage Form, if such collapse is caused by one or more of the following:

   a. Building decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

   b. Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

   c. Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the course of the construction, remodeling or renovation.

   d. Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collapse is caused in part by:

      (1) A cause of loss listed in **2.a.** or **2.b.;**

      (2) One or more of the "specified causes of loss";

      (3) Breakage of building glass;

      (4) Weight of people or personal property; or

      (5) Weight of rain that collects on a roof.

3. This **Additional Coverage – Collapse** does **not** apply to:

   a. A building or any part of a building that is in danger of falling down or caving in;

   b. A part of a building that is standing, even if it has separated from another part of the building; or

   c. A building that is standing or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

4. With respect to the following property:

   a. Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers;

   b. Awnings, gutters and downspouts;

   c. Yard fixtures;

   d. Outdoor swimming pools;

   e. Fences;

   f. Piers, wharves and docks;

   g. Beach or diving platforms or appurtenances;

   h. Retaining walls; and

   i. Walks, roadways and other paved surfaces;

   if an abrupt collapse is caused by a cause of loss listed in **2.a.** through **2.d.**, we will pay for loss or damage to that property only if:

      (1) Such loss or damage is a direct result of the abrupt collapse of a building insured under this Coverage Form; and

      (2) The property is Covered Property under this Coverage Form.

5. If personal property abruptly falls down or caves in and such collapse is **not** the result of abrupt collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

   a. The collapse of personal property was caused by a cause of loss listed in **2.a.** through **2.d.;**

   b. The personal property which collapses is inside a building; and

   c. The property which collapses is not of a kind listed in **4.**, regardless of whether that kind of property is considered to be personal property or real property.

   The coverage stated in this Paragraph **5.** does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000081 of 000168

Filed 24-CI-00853 07/29/2024 Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT
AM

6. This Additional Coverage – Collapse does not apply to personal property that has not abruptly fallen down or caved in, even if the personal property shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

7. This Additional Coverage – Collapse will not increase the Limits of Insurance provided in this Coverage Part.

8. The term Covered Cause of Loss includes the Additional Coverage – Collapse as described and limited in **D.1.** through **D.7.**

E. **Additional Coverage – Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria**

1. The coverage described in **E.2.** and **E.6.** only applies when the "fungus", wet or dry rot or bacteria is the result of one or more of the following causes that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence.

   a. A "specified cause of loss" other than fire or lightning; or

   b. Flood, if the Flood Coverage Endorsement applies to the affected premises.

2. We will pay for loss or damage by "fungus", wet or dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

   a. Direct physical loss or damage to Covered Property caused by "fungus", wet or dry rot or bacteria, including the cost of removal of the "fungus", wet or dry rot or bacteria;

   b. The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet or dry rot or bacteria; and

   c. The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungus", wet or dry rot or bacteria are present.

3. The coverage described under **E.2.** of this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) and Flood which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus", wet or dry rot or bacteria, we will not pay more than a total of $15,000 even if the "fungus", wet or dry rot or bacteria continues to be present or active, or recurs, in a later policy period.

4. The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungus", wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

   If there is covered loss or damage to Covered Property, not caused by "fungus", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungus", wet or dry rot or bacteria causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

5. The terms of this Limited Coverage do not increase or reduce the coverage provided under Paragraph **F.2.** (Water Damage, Other Liquids, Powder Or Molten Material Damage) of this Causes Of Loss Form or under the Additional Coverage – Collapse.

6. The following, **6.a.** or **6.b.**, applies only if Business Income and/or Extra Expense Coverage applies to the described premises and only if the "suspension" of "operations" satisfies all terms and conditions of the applicable Business Income and/or Extra Expense Coverage Form.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000082 of 000168

Filed          24-CI-00853      07/29/2024      Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL

DOCUMENT

AM

**a.** If the loss which resulted in "fungus", wet or dry rot or bacteria does not in itself necessitate a "suspension" of "operations", but such "suspension" is necessary due to loss or damage to property caused by "fungus", wet or dry rot or bacteria, then our payment under Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

**b.** If a covered "suspension" of "operations" was caused by loss or damage other than "fungus", wet or dry rot or bacteria but remediation of "fungus", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

**F. Additional Coverage Extensions**

**1. Property In Transit**

This Extension applies only to your personal property to which this form applies.

**a.** You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 100 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

**b.** Loss or damage must be caused by or result from one of the following causes of loss:

**(1)** Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism.

**(2)** Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the roadbed.

**(3)** Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.

**c.** The most we will pay for loss or damage under this Extension is $5,000.

This Coverage Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

**2. Water Damage, Other Liquids, Powder Or Molten Material Damage**

If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes. This Coverage Extension does not increase the Limit of Insurance.

**3. Glass**

**a.** We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

**b.** We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

This Coverage Extension, **F.3.,** does not increase the Limit of Insurance.

**G. Definitions**

**1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.** "Specified causes of loss" means the following: fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire-extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

**a.** Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

**(1)** The cost of filling sinkholes; or

**(2)** Sinking or collapse of land into man-made underground cavities.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000083 of 000168

NOT ORIGINAL

**b.** Falling objects does not include loss or damage to:

**(1)** Personal property in the open; or

**(2)** The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

**c.** Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of a plumbing, heating, air conditioning or other system or appliance (other than a sump system including its related equipment and parts), that is located on the described premises and contains water or steam.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000084 of 000168

© ISO Properties, Inc., 2007          **CP 10 30 06 07**   ◻

Filed          24-CI-00853     07/29/2024          Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT
AM

COMMERCIAL PROPERTY
CP 10 32 08 08

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# WATER EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** The exclusion in Paragraph **B.** replaces the **Water** Exclusion in this Coverage Part or Policy.

**B. Water**

1. Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

2. Mudslide or mudflow;

3. Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

4. Water under the ground surface pressing on, or flowing or seeping through:

   **a.** Foundations, walls, floors or paved surfaces;

   **b.** Basements, whether paved or not; or

   **c.** Doors, windows or other openings; or

5. Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **1.**, **3.** or **4.**, or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs **1.** through **5.**, is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

But if any of the above, in Paragraphs **1.** through **5.**, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage (if sprinkler leakage is a Covered Cause of Loss).

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000085 of 000168

Filed          24-CI-00853     07/29/2024        Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT

AM

COMMERCIAL PROPERTY
CP 10 40 08 99

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EARTHQUAKE AND VOLCANIC ERUPTION ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** When this endorsement is attached to the Standard Property Policy, the terms Coverage Part and Coverage Form in this endorsement are replaced by the term Policy.

**B.** This endorsement applies to the Covered Property and Coverages for which an Earthquake – Volcanic Eruption Limit of Insurance is shown in the Declarations.

**C. Additional Covered Causes Of Loss**

**1.** The following are added to the Covered Causes Of Loss:

  **a.** Earthquake.

  **b.** Volcanic Eruption, meaning the eruption, explosion or effusion of a volcano.

  All Earthquake shocks or Volcanic Eruptions that occur within any 168-hour period will constitute a single Earthquake or Volcanic Eruption. The expiration of this policy will not reduce the 168-hour period.

**2.** If the Declarations indicate that this endorsement covers Earthquake - Sprinkler Leakage Only, then the Covered Causes of Loss in Paragraph **C.1.** of this endorsement do not apply, and the following apply instead:

  **a.** Sprinkler Leakage resulting from Earthquake.

  **b.** Sprinkler Leakage resulting from Volcanic Eruption. Volcanic Eruption means the eruption, explosion or effusion of a volcano.

  All Earthquake shocks or Volcanic Eruptions that occur within any 168-hour period will constitute a single Earthquake or Volcanic Eruption. The expiration of this policy will not reduce the 168-hour period.

**D. Exclusions, Limitations And Related Provisions**

**1.** The Exclusions and Limitation(s) sections of the Causes Of Loss Form (and the Exclusions section of the Mortgageholders Errors And Omissions Coverage Form and the Standard Property Policy) apply to coverage provided under this endorsement, except as provided in **D.2.** and **D.3.** below.

**2.** To the extent that the Earth Movement Exclusion might conflict with coverage provided under this endorsement, the Earth Movement Exclusion does not apply.

**3.** The exclusion of collapse, in the Causes Of Loss – Special Form and Mortgageholders Errors And Omissions Coverage Form, does not apply to collapse caused by Earthquake or Volcanic Eruption.

**4.** The Additional Coverage – Collapse, in the Causes Of Loss – Broad Form, Causes Of Loss – Special Form and Mortgageholders Errors And Omissions Coverage Form, does not apply to the coverage provided under this endorsement. This endorsement includes coverage for collapse caused by Earthquake or Volcanic Eruption.

**5.** We will not pay for loss or damage caused directly or indirectly by tidal wave or tsunami, even if attributable to an Earthquake or Volcanic Eruption.

**6.** We will not pay for loss or damage caused by or resulting from any Earthquake or Volcanic Eruption that begins before the inception of this insurance.

**7.** The Ordinance Or Law Exclusion in this Coverage Part continues to apply with respect to any loss under this Coverage Part including any loss under this endorsement, unless Ordinance Or Law Coverage is added by endorsement.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000086 of 000168

Filed                    24-CI-00853        07/29/2024        Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL

DOCUMENT

AM                                                                                                09:27:35

**8.** We will not pay for loss of or damage to exterior or masonry veneer (except stucco) on wood frame walls caused by or resulting from Earthquake or Volcanic Eruption. The value of such veneer will not be included in the value of Covered Property or the amount of loss when applying the Property Damage Deductible applicable to this endorsement.

This limitation, **D.8.,** does not apply if:

**a.** The Declarations indicate that the "Including Masonry Veneer" option applies or the premises description in the Declarations specifically states "Including Masonry Veneer"; or

**b.** Less than 10% of the total outside wall area is faced with masonry veneer (excluding stucco).

**9.** Under this Coverage Part, as set forth under Property Not Covered in the Coverage Form to which this endorsement is attached, land is not covered property, nor is the cost of excavations, grading, backfilling or filling. Therefore, coverage under this endorsement does not include the cost of restoring or remediating land.

**E. Property Damage Deductible**

**1.** The provisions of Section **E.2.** of this endorsement are applicable to all Coverage Forms except:

**a.** Business Income (And Extra Expense) Coverage Form;

**b.** Business Income (Without Extra Expense) Coverage Form;

**c.** Extra Expense Coverage Form.

**2.** The Deductible, if any, in this Coverage Part is replaced by the following with respect to Earthquake and Volcanic Eruption:

**a. All Policies**

**(1)** The Deductible provisions apply to each Earthquake or Volcanic Eruption.

**(2)** Separate Deductibles are calculated for, and apply to, each building, personal property at each building and personal property in the open. Deductibles are separately calculated and applied even if:

**(a)** Two or more buildings sustain loss or damage;

**(b)** Personal property at two or more buildings sustains loss or damage; and/or

**(c)** A building and the personal property in that building sustain loss or damage.

**(3)** We will not pay for loss or damage until the amount of loss or damage exceeds the applicable Deductible. We will then pay the amount of loss or damage in excess of that Deductible, up to the applicable Limit of Insurance, after any reduction required by any of the following: Coinsurance Condition, Agreed Value Optional Coverage, Additional Condition – Need for Adequate Insurance or Additional Condition – Need for Full Reports.

**(4)** When property is covered under the Coverage Extension for Newly Acquired or Constructed Property: In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to a percentage of the value of the property at time of loss. The applicable percentage for Newly Acquired or Constructed Property is the highest percentage shown in the Declarations for any described premises.

**(5)** If there is loss or damage caused by Earthquake or Volcanic Eruption, and loss or damage caused by a Cause of Loss (e.g., fire) that is covered by means of an exception to the Earth Movement Exclusion, then the only applicable Deductible provisions are those stated in this endorsement.

**b. Calculation Of The Deductible – Specific Insurance Other Than Builders Risk**

**(1) Property Not Subject To Value Reporting Forms**

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to a percentage (as shown in the Declarations, concerning the Earthquake – Volcanic Eruption Deductible) of the Limit of Insurance applicable to the property that has sustained loss or damage.

**(2) Property Subject To Value Reporting Forms**

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to a percentage (as shown in the Declarations, concerning the Earthquake – Volcanic Eruption Deductible) of the value of the property that has sustained loss or damage. The value to be used is the latest value shown in the most recent Report of Values on file with us.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000087 of 000168

Filed          24-CI-00853    07/29/2024        Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT

AM

However:

**(a)** If the most recent Report of Values shows less than the full value of the property on the report dates, we will determine the deductible amount as a percentage of the full value as of the report dates.

**(b)** If the first Report of Values is not filed with us prior to loss or damage, we will determine the deductible amount as a percentage of the applicable Limit of Insurance.

**c. Calculation Of The Deductible – Blanket Insurance Other Than Builders Risk**

**(1) Property Not Subject To Value Reporting Forms**

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to a percentage (as shown in the Declarations, concerning the Earthquake – Volcanic Eruption Deductible) of the value of the property that has sustained loss or damage. The value to be used is that shown in the most recent Statement of Values on file with us.

**(2) Property Subject To Value Reporting Forms**

In determining the amount, if any, that we will pay for property that has sustained loss or damage, we will deduct an amount equal to a percentage (as shown in the Declarations, concerning the Earthquake – Volcanic Eruption Deductible) of the value of that property as of the time of loss or damage.

**d. Calculation Of The Deductible – Builders Risk Insurance**

**(1) Builders Risk Other Than Reporting Form**

In determining the amount, if any, that we will pay for property that has sustained loss or damage, we will deduct an amount equal to a percentage (as shown in the Declarations, concerning the Earthquake – Volcanic Eruption Deductible) of the actual cash value of that property as of the time of loss or damage.

**(2) Builders Risk Reporting Form**

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to a percentage (as shown in the Declarations, concerning the Earthquake – Volcanic Eruption Deductible) of the value of the property that has sustained loss or damage. The value to be used is the actual cash value shown in the most recent Report of Values on file with us.

However:

**(a)** If the most recent Report of Values shows less than the actual cash value of the property on the report date, we will determine the deductible amount as a percentage of the actual cash value as of the report date.

**(b)** If the first Report of Values is not filed with us prior to loss or damage, we will determine the deductible amount as a percentage of the actual cash value of the property as of the time of loss or damage.

**F. Examples – Application Of Deductible In E.2.:**

**EXAMPLE #1 – SPECIFIC INSURANCE (E.2.b.(1))**

The amount of loss to the damaged building is $60,000.

The value of the damaged building at time of loss is $100,000. The Coinsurance percentage shown in the Declarations is 80%; the minimum Limit of Insurance needed to meet the coinsurance requirement is $80,000 (80% of $100,000).

The **actual** Limit of Insurance on the damaged building is $70,000.

The Deductible is 5%.

Step **(1)**:  $70,000 ÷ $80,000 = .875
Step **(2)**:  $60,000 X .875 = $52,500
Step **(3)**:  $70,000 X 5% = $3,500
Step **(4)**:  $52,500 – $3,500 = $49,000

The most we will pay is $49,000. The remainder of the loss, $11,000, is not covered due to the Coinsurance penalty for inadequate insurance (steps **(1)** and **(2)**) and the application of the Deductible (steps **(3)** and **(4)**).

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000088 of 000168

Filed          24-CI-00853      07/29/2024        Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL

DOCUMENT

AM

08/01/2024 09:27:35

87453-1

## EXAMPLE #2 – SPECIFIC INSURANCE (E.2.b.(1))

The amounts of loss to the damaged property are $60,000 (building) and $40,000 (business personal property in building).

The value of the damaged building at time of loss is $100,000. The value of the business personal property in that building is $80,000. The Coinsurance percentage shown in the Declarations is 80%; the minimum Limits of Insurance needed to meet the coinsurance requirement are $80,000 (80% of $100,000) for the building and $64,000 (80% of $80,000) for the business personal property.

The **actual** Limits of Insurance on the damaged property are $80,000 on the building and $64,000 on the business personal property (therefore no Coinsurance penalty).

The Deductible is 10%.

### Building

Step **(1):** $80,000 X 10% = $8,000
Step **(2):** $60,000 – $8,000 = $52,000

### Business Personal Property

Step **(1):** $64,000 X 10% = $6,400
Step **(2):** $40,000 – $6,400 = $33,600

The most we will pay is $85,600. That portion of the total loss not covered due to application of the Deductible is $14,400.

## EXAMPLE #3 – BLANKET INSURANCE (E.2.c.(1))

The sum of the values of Building #1 ($500,000), Building #2 ($500,000) and Building #3 ($1,000,000), as shown in the most recent Statement of Values on file with us, is $2,000,000.

The Coinsurance percentage shown in the Declarations is 90%; the minimum Blanket Limit of Insurance needed to meet the coinsurance requirement is $1,800,000 (90% of $2,000,000).

The **actual** Blanket Limit of Insurance covering Buildings #1, #2, and #3, shown in the Declarations, is $1,800,000 (therefore no Coinsurance penalty).

Buildings #1 and #2 have sustained damage; the amounts of loss to these buildings are $40,000 (Building #1) and $60,000 (Building #2).

The Deductible is 5%.

### Building #1

Step **(1):** $500,000 X 5% = $25,000
Step **(2):** $40,000 – $25,000 = $15,000

### Building #2

Step **(1):** $500,000 X 5% = $25,000
Step **(2):** $60,000 – $25,000 = $35,000

The most we will pay is $50,000. That portion of the total loss not covered due to application of the Deductible is $50,000.

## EXAMPLE #4 – BLANKET INSURANCE (E.2.c.(1))

The sum of the values of Building #1 ($500,000), Building #2 ($500,000), Business Personal Property at Building #1 ($250,000) and Business Personal Property at Building #2 ($250,000), as shown in the most recent Statement of Values on file with us, is $1,500,000.

The Coinsurance percentage shown in the Declarations is 90%; the minimum Blanket Limit of Insurance needed to meet the coinsurance requirement is $1,350,000 (90% of $1,500,000).

The **actual** Blanket Limit of Insurance covering Buildings #1 and #2 and Business Personal Property at Buildings #1 and #2, shown in the Declarations, is $1,350,000. Therefore there is no Coinsurance penalty.

Building #1 and Business Personal Property at Building #1 have sustained damage; the amounts of loss are $95,000 (Building) and $5,000 (Business Personal Property).

The Deductible is 10%.

### Building

Step **(1):** $500,000 X 10% = $50,000
Step **(2):** $95,000 – $50,000 = $45,000

### Business Personal Property

Step **(1):** $250,000 X 10% = $25,000
The loss, $5,000, does not exceed the deductible.

The most we will pay is $45,000. The remainder of the building loss, $50,000, is not covered due to application of the Deductible. There is no loss payment for the business personal property.

## G. Business Income And Extra Expense Period Of Restoration

This Section **G.,** is applicable only to the Coverage Forms specified below:

1. Business Income (And Extra Expense) Coverage Form;

2. Business Income (Without Extra Expense) Coverage Form;

3. Extra Expense Coverage Form.

The "period of restoration" definition stated in the Coverage Form, or in any endorsement amending the beginning of the "period of restoration", applies to each Earthquake or Volcanic Eruption. A single Earthquake or Volcanic Eruption is defined in Section **C.** of this endorsement.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000089 of 000168

Filed          24-CI-00853      07/29/2024      Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT
08/01/2024 09:27:35
AM

87453-1

THIS ENDORSEMENT CHANGES YOUR POLICY. PLEASE READ IT CAREFULLY

# COMPUTER AMENDATORY

This coverage form applies only to those premises described in the Declarations where the CAUSES OF LOSS – SPECIAL FORM applies.

This Endorsement modifies insurance provided under the following:
BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CAUSES OF LOSS – SPECIAL FORM
When added to the policy:
BUSINESS INCOME AND EXTRA EXPENSE COVERAGE FORM

With respect to coverage provided by this Endorsement, the provisions of the Coverage Form apply unless modified by this Endorsement.

## SCHEDULE

| COVERAGE | LIMIT | DEDUCTIBLE |
|---|---|---|
| I.A. Computers | Included in Business Personal Property Limit | As shown on Covered Property |
| I.B. Electronic Data (Not Cyber Incident) | $25,000 | $500 |
|     Virus, Harmful Code Or Similar Instruction | Excluded – CPE 1075 Exclusion Cyber Incidents Property applies. | Excluded |
| I.C. Electronic Data -- Integrated Building Controls | Covered Property | As shown on Covered Property |
|     Virus, Harmful Code Or Similar Instruction Sublimit | $ 2,500 | $ 1,000 |
| I.D. Off-Premises Computer (includes Transit) | Included in Off-Premises Property Extension Limit | As shown on Covered Property |
| II.A. Interruption of Computer Operations (Not Cyber Incident) | $25,000 | 24 hour waiting period |
|     Virus, Harmful Code Or Similar Instruction | Excluded – CPE 1075 Exclusion Cyber Incidents Property applies. | Excluded |
| II.B. Interruption of Computer Operations – Integrated Building Controls | Limit Of Insurance shown in the Declarations when Business Income Coverage applies | Waiting Period as shown in the Declarations when Business Income Coverage applies |
|     Virus, Harmful Code Or Similar Instruction Sublimit | $2500 | 8 hour waiting period |
| III.A. False Pretense Computer | $1,000 | $500 |

(If no entry appears above, information required to complete this Endorsement will be shown in the Endorsement Schedule of Coverages as applicable to this Endorsement.)

The most we will pay under any of the extensions provided by this form is the limit shown in the SCHEDULE. Each of these extensions is additional insurance unless otherwise indicated.

**COORDINATION OF LIMITS**– The following Condition applies in addition to the Common Policy Conditions and the Commercial Property Conditions.

If other specific Computer Coverage insurance is written by us covering the same loss or damage provided by this form, then the broadest coverage is primary. Each coverage form written by us, whether primary or excess, is subject to its own terms and conditions including deductibles.   We will not pay more than the actual loss, or applicable combined limits of insurance, whichever is less.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000090 of 000168

CPE 0100
2105

Includes copyrighted materials of Insurance Services Office, Inc., with its permission.
© 2021 [SECURA Insurance Company]

Filed          24-CI-00853   07/29/2024        Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL

DOCUMENT

08/01/2024 09:27:35

AM

## I.    BUILDING AND PERSONAL PROPERTY FORM Revisions

References throughout this form to the BUILDING AND PERSONAL PROPERTY COVERAGE FORM also include reference to the CONDOMINIUM ASSOCIATION COVERAGE FORM, unless a more specific reference is provided.

### A.    Computer

**1.**    Item A. Coverage; 1. Covered Property; b. Your Business Personal Property is amended to add:

Computer

As used in Covered Property – Your Business Personal Property computer means:

**a.**    Programmable electronic equipment that is used to store, retrieve and process data; and

**b.**    Associated peripheral equipment that provides communication, including input and output functions such as printing and auxiliary functions such as data transmission.

Computer does not include those used to operate production type machinery or equipment.

**2.**    Item A. Coverage; 2. Property Not Covered is amended to add:

Covered Property does not include:

Computer(s) which are permanently installed or designed to be permanently installed in any aircraft, watercraft, motor truck or other vehicle subject to motor vehicle registration. This paragraph does not apply to computer(s) while held as "stock".

**3.**    Item C. Limits of Insurance is amended to add:

Computer is included within the Limit of Insurance shown in the Declarations as applicable to the covered business personal property. Computer does not increase the Limit of Insurance.

### B.    Electronic Data (Not Cyber Incident)

**1.**    Causes of Loss

**a.** Item A. Coverage; 4. Additional Coverages; f. Electronic Data (3)(a) is deleted and replaced by:

**(a)**    If the Causes Of Loss – Special Form applies, coverage under this Additional Coverage, I.B. Electronic Data (Not Cyber Incident), includes Collapse as set forth in that form, and includes the III. Causes of Loss - Special Form Revisions provided in this form.

**b.**    Item A. Coverage; 4. Additional Coverages; f. Electronic Data (3)(d) is deleted from CP 00 10 by Exclusion – Cyber Incident Property form CPE 1075. Virus, harmful code or similar instruction causes of loss do not apply.

**2.**    Increased Limit

**a.**    The most we will pay in any one policy year under Item A. Coverage; 4. Additional Coverages; f. Electronic Data (4) is increased to the limit shown in the Computer Amendatory Schedule for this coverage I.B. Electronic Data (Not Cyber Incident).

**b.**    Any applicable CPT9099 Universal WRAP Coverage Form or CPT7999 Elite Universal WRAP Coverage Form showing limit changes for Additional Coverage Electronic Data within Flex Coverage Limit of Insurance provisions will also apply to I.B. Electronic Data (Not Cyber Incident).

**3.**    Deductible

Regardless of the amount of the Deductible for Covered Property the most we will deduct in any one occurrence is the amount shown in the Computer Amendatory Schedule for this coverage I.B. Electronic Data (Not Cyber Incident).

### C.    Electronic Data -- Integrated Building Controls

**1.**    Throughout this form integrated building controls mean systems which are integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000091 of 000168

CPE 0100          Includes copyrighted materials of Insurance Services Office, Inc., with its permission.          Page 2 of 6
2105                            © 2021 [SECURA Insurance Company]

Filed                    24-CI-00853    07/29/2024        Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT
08/01/2024 09:27:35
AM

2. Item A. Coverage; 2. Property Not Covered; n. Electronic Data is modified by adding:

This paragraph n., does not apply to electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system.

3. Item A. Coverage; 4. Additional Coverages; f. Electronic Data (1) is replaced by:

**(1)** Under this Additional Coverage, electronic data has the meaning described under Property Not Covered, Electronic Data. This Additional Coverage does not apply to your "stock" of prepackaged software, or to electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system.

4. Virus, Harmful Code Or Similar Instruction Sublimit

Exclusion – Cyber Incident Property form CPE 1075 applies; except with respect to I.C. Electronic Data – Integrated Building Controls Virus, Harmful Code Or Similar Instruction Sublimit as follows:

**a.** The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on integrated building control electronic data, designed to damage or destroy any part of the integrated building control or disrupt its normal operation.

**b.** The most we will pay under this Additional Coverage, I.C. Electronic Data -- Integrated Building Controls for Virus, Harmful Code Or Similar Instruction is the limit shown in the Computer Amendatory Schedule for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or integrated building controls involved. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in but not after that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

**c.** Any applicable CPT9099 Universal WRAP Coverage Form or CPT7999 Elite Universal WRAP Coverage Form showing limit changes for Additional Coverage Electronic Data within Flex Coverage Limit of Insurance provisions does not apply to this I.C. Electronic Data -- Integrated Building Controls Virus, Harmful Code Or Similar Instruction Sublimit

**d.** Regardless of the amount of the Deductible for Covered Property the most we will deduct in any one occurrence is the amount shown in the Computer Amendatory Schedule for this additional coverage I.C. Electronic Data -- Integrated Building Controls for Virus, Harmful Code Or Similar Instruction.

**D. Off-Premises Computer**

1. Item A. Coverage; 5. Coverage Extensions; d. Property Off-Premises (1) is amended to add:

This extension will also apply to your computer(s)off-premise while at your residence; or the residence of your officers, your partners or members, your managers or your employees; and while in transit between a residence, temporary premises or the described premises.

2. Any coverage for Property In Transit (Any Vehicle) provided in this Coverage Part will apply to this I.D.Off-Premises Computer extension.

3. Item A. Coverage; 5. Coverage Extensions; d. Property Off-premises (2) limitations (a) in transit and (b) custody of salesperson are deleted with respect to this I.D.Off-PremisesComputer extension.

4. I.D.Off-Premise Property Computer is included within the Limit of Insurance applicable to the off-premise property extension provided in this coverage part. I.D.Off-Premises Property Computer does not increase theapplicable Off-Premises Property Extension Limit.

## II.   BUSINESS INCOME AND EXTRA EXPENSE COVERAGE FORM Revisions

The following changes apply when the BUSINESS INCOME AND EXTRA EXPENSE COVERAGE FORM is added to this policy:

**A. Interruption of Computer Operations (Not Cyber Incidents)**

1. **Causes of Loss**

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000092 of 000168

Jennifer Besecker, Daviess Circuit Clerk

Filed          24-CI-00853    07/29/2024          Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT
08/01/2024 09:27:35
AM

a. Item A. Coverage;5. Additional Coverages;d. Interruption of Computer Operations(3)(a) is deleted and replaced by:

    **(a)** If the Causes Of Loss – Special Form applies, coverage under this Additional Coverage, Electronic Data, includes Collapse as set forth in that form, and includes the All Causes of Loss – Special Form Revisions provided in this form.

b. Additional Coverages, d. Interruption of Computer Operations, sub-paragraph (3)(d) Covered Cause of Loss include virus, harmful code or similar instruction is deleted from CP 00 30 by Exclusion – Cyber Incident Property form CPE 1075. Virus, harmful code or similar instruction causes of loss do not apply.

**2.    Increased Limit**

The most we will pay in any one policy year under Item A. Coverage;5. Additional Coverages;d. Interruption of Computer Operations (4) is increased to the limit shown in the Computer Amendatory Schedule for this coverageII.A. Interruption of Computer Operations (Not Cyber Incident).

**3.    Waiting Period**

The following is added to ItemA. Coverage; 5. Additional Coverages; d. Interruption of Computer Operations:

The "period of restoration" for II.A. Interruption Of Computer Operations (Not Cyber Incidents)coverage begins 24 hours after thetime of such loss, as shown in the Computer Amendatory Schedule for this coverageII.A. Interruption of Computer Operations (Not Cyber Incident).Any provision in any form or endorsement in this Coverage Part relating to or modifying business income coverage waiting period does not apply to this 24-hour waiting period.

**B. Interruption of Computer Operations – Integrated Building Controls**

**1.    **Item A. Coverages; 4. Additional Limitation – Interruption of Computer Operations is amended by adding:

This Additional Limitation does not apply when loss or damage to electronic data involves only electronic data which is integrated in and operates or controls a building's elevator, lighting, heating, ventilation, air conditioning or security system.

**2.    **Item A. Coverage;5. Additional Coverages;d. Interruption of Computer Operations (2) is amended by adding:

However, we will not provide coverage under this Additional Coverage when the Additional Limitation - Interruption Of Computer Operations does not apply based on paragraph II.B.1. herein. The most we will pay is the applicable BUSINESS INCOME AND EXTRA EXPENSE Limits Of Insurance shown in the Declarations to the extent a loss is not otherwise excluded.

**3.    **Virus, Harmful Code Or Similar Instruction Sublimit

a. Exclusion – Cyber Incident Property form CPE 1075 applies; except with respect to thisII.B. Electronic Data – Integrated Building Controls Virus, Harmful Code Or Similar Instruction Sublimit as follows:

    (1) The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on integrated building control electronic data, designed to damage or destroy any part of the integrated building control or disrupt its normal operation; however we will not pay for "suspension" of your "operations" caused by or resulting from complete or substantial failure, disablement or shut-down of the entire Internet, regardless of the cause.

    (2) The most we will pay under this Additional Coverage, II.B. Interruption of Computer Operations – Integrated Building Controls for Virus, Harmful Code Or Similar Instruction is the limit shown in the Computer Amendatory Schedule for all loss or expense sustained or incurred in any one policy year, regardless of the number of interruptions or the number of premises, locations or integrated building controls involved. If loss payment relating to the first interruption does not exhaust this amount, then the balance is available for loss or expense sustained or incurred as a result of subsequent interruptions in that policy year. A balance remaining at the end of a policy year does not increase the amount of insurance in the next policy year. With respect to any interruption which begins in one policy year and

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000093 of 000168

Filed          24-CI-00853    07/29/2024          Jennifer Besecker, Daviess Circuit Clerk

Filed          24-CI-00853      07/29/2024      Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT

AM                                                                                                    08/01/2024 09:27:35

continues or results in additional loss or expense in a subsequent policy year(s), all loss and expense is deemed to be sustained or incurred in the policy year in which the interruption began.

87453-1

(3) Waiting period

The following is added to Item A. Coverage; 5. Additional Coverages; d. Interruption of Computer Operations:

The "period of restoration" for II.B. Interruption Of Computer Operations – Integrated Building ControlsVirus, Harmful Code Or Similar Instruction Sublimit coverage begins 8 hours after the time of such loss, as shown in the Computer Amendatory Schedule for this coverage II.B. Interruption of Computer Operations – Integrated Building ControlsVirus, Harmful Code Or Similar Instruction Sublimit. Any provision in any form or endorsement in this Coverage Part relating to or modifying business income coverage waiting period does not apply to this 8 hour waiting period.

## III.    CAUSES OF LOSS – SPECIAL FORMCP 10 30 Revisions

The provisions of this endorsement do not supersede or in any way affect the application of the Exclusion Of Certain ComputerRelated Losses if such exclusion is endorsed to or otherwise made part of the Commercial Property Coverage Part. The exclusion addresses the inability of a computer system to correctly recognize, process, distinguish, interpret or accept one or more dates or times.

### A.  Additional Coverage – False Pretense Computer

We will pay for loss or damage to computer caused by or resulting from voluntarily parting with any computer by you or anyone else to whom you have entrusted the computer if induced to do so by any fraudulent scheme, trick, device or false pretense.

Item B. Exclusions; 2. i. Voluntary Parting; does not apply to the extent coverage is provided by this additional coverage.

The most we will pay for III.A. False Pretense Computer is the limit of insurance shown in the Computer Amendatory Schedule for this coverage in any one occurrence. Regardless of the amount of the Deductible for Covered Property the most we will deduct in any oneoccurrence is the amount shown in the Computer Amendatory Schedule for this coverage.

### B.  Exclusion Revisions – Computers, Electronic Data and Interruption of Computer Operations

**1.**    The following is added to Item B. Exclusions; e. Utility Services

This exclusion does not apply to loss or damage to I.A. Computers;I.B.Electronic Data (Not Cyber Incident); I.C. - Electronic Data – Integrated Building Controls;II.A. Interruption of Computer Operations (Not Cyber Incident);and II.B. Interruption Of Computer Operations – Integrated Building Controls.

**2.**    The following is added to Item B. Exclusions 2; a. Electrical Apparatus related exclusion:

We will pay for loss or damage to I.A. –Computers;I.B.Electronic Data (Not Cyber Incident); I.C. - Electronic Data – Integrated Building Controls;II.A.Interruption of Computer Operations (Not Cyber Incident); and II.B. Interruption Of Computer Operations – Integrated Building Controls,due toartificially generated electrical, magnetic orelectromagnetic energy including electrical arcing if such loss or damage is caused by or results from:

**a.**    An occurrence that took place within 500 feet of the described premises; or

**b.**    Interruption of electric power supply, power surge, blackout or brownout if the cause of such occurrence took place within 500 feet of the described premises. This 500 foot limitation does not apply when HSB 5000 Equipment Breakdown Wrap applies.

**3.**    The following is added to Item B. Exclusions; 2. c. (6) Mechanical Breakdown:

This exclusion does not apply with respect to the breakdown ofI.A. –Computers;I.B.Electronic Data (Not Cyber Incident); I.C. - Electronic Data – Integrated Building Controls;II.A. Interruption of Computer Operations (Not Cyber Incident); and II.B. Interruption Of Computer Operations – Integrated Building Controls.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000094 of 000168

    Includes copyrighted materials of Insurance Services Office, Inc., with its permission.
© 2021 [SECURA Insurance Company]    Page 5 of 6

Filed          24-CI-00853    07/29/2024          Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT
08/01/2024 09:27:35
AM
87453-1

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000095 of 000168

## C. Additional Computer Related Exclusions

The following are added to Item B. Exclusions; 5. Additional Exclusions:

We will not pay for loss, damage to computers, or interruption of computer operations caused by or resulting from any of the following:

**1.** Errors Or Omissions

Errors Or Omissions in programming, processing or storing data, as described under electronic data or in any computer operations.  However, we will pay for direct physical loss or damage caused by resulting fire or explosion if these causes of loss would be covered by this coverage part.

**2.** Installation, Testing, Repair

Errors or deficiency in design, installation, testing, maintenance, modification or repair of your computer system including electronic data. However, we will pay for direct physical loss or damage caused by resulting fire or explosion if these causes of loss would be covered by this coverage part.

**3.** Electrical Disturbance

Electrical or magnetic injury, disturbance or erasure of electronic data, except as provided for under III.B.2. Electrical Apparatus in this form. However, we will pay for direct loss or damage caused by lightning.

All other terms and conditions of this policy not in conflict with the terms and conditions of this Endorsement shall continue to apply.

CPE 0100
2105
Includes copyrighted materials of Insurance Services Office, Inc., with its permission.
© 2021 [SECURA Insurance Company]

Filed          24-CI-00853   07/29/2024          Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT
AM                                                                          08/01/2024 09:27:35

87453-1

THIS ENDORSEMENT CHANGES YOUR POLICY. PLEASE READ IT CAREFULLY.

# Water Back-up And Sump Overflow
## (Not Flood-Related)

This coverage form applies only to those premises described in the Declarations where the CAUSES OF LOSS – SPECIAL FORM applies.

This Endorsement modifies insurance provided under the following:
    BUILDING AND PERSONAL PROPERTY COVERAGE FORM
    CONDOMINIUM ASSOCIATION COVERAGE FORM
    BUSINESS INCOME AND EXTRA EXPENSE COVERAGE FORM
    CAUSES OF LOSS - SPECIAL FORM
    WATER EXCLUSION ENDORSEMENT

With respect to coverage provided by this Endorsement, the provisions of the Coverage Form apply unless modified by the Endorsement.

### SCHEDULE

Property Damage Limit:    $ 15,000

Business Interruption Limit:    $

Premises / Limit Type:    ☑   All Locations Combined – Policy Aggregate

                   ☐   Each Location – Per Occurrence

(If no entry appears above, information required to complete this Endorsement will be shown in the Endorsement Schedule of the Declarations as applicable to this Endorsement.)

**A.  Property Damage**

If a limit of insurance is shown for Property Damage in the schedule, we will pay for direct physical loss of or damage to Covered Property caused by or resulting from:

1.  Water or waterborne material which backs up through, overflows, or is otherwise discharged from  an interior sewer, septic system, drain on the described premises; or

2.  Water or waterborne material which backs up through, overflows, or is otherwise discharged from a sump, sump pump, or related equipment, even if the back up or overflow results from mechanical breakdown of a sump pump or its related equipment on the described premises.

However, with respect to paragraph 2. above, this coverage does not apply to the cost of repairing or replacing a sump pump or its related equipment in the event of mechanical breakdown.

**B.  Business Interruption**

If a limit of insurance is shown for Business Interruption in the Schedule and CP 0030 BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM is attached to your policy, we will pay for business income loss and/or extra expense in accordance with the terms of the CP 0030 BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM applicable to such premises under your policy, when such loss or expense arises out of the direct physical loss or damage described in A. above.

**C.  Exclusions Modified**

With respect to this Extension only:

1.  Item B. Exclusions; 1.g. Water; paragraph (3) water that backs up or overflows from a sewer, drain or pump on the CAUSES OF LOSS – SPECIAL FORM is deleted.

2.  Paragraph B.3. of CP 1032 WATER EXCLUSION ENDORSEMENT is deleted.

3.  Item B. Exclusions; 1.e. Utility Services on the CAUSES OF LOSS – SPECIAL FORM is deleted.

4.  The following additional Exclusions apply:

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000096 of 000168

Filed          24-CI-00853     07/29/2024        Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT
08/01/2024 09:27:35
AM
87453-1

(a) The coverage described in paragraph A. Property Damage of this Extension does not apply to loss or damage resulting from an insured's failure to:

    **(1)** Keep a sump pump or its related equipment in proper working condition; or

    **(2)** Perform the routine maintenance or repair necessary to keep a sewer or drain free from obstructions.

(b) This coverage does not apply for any loss or damage whereby the proximate cause of the loss is a flood or flood-related conditions no matter what distance the flood is from the Covered Property. Flood includes surface water, waves (including tidal wave and tsunami), tides, tidal water, and overflow from any body of water, including storm surge.

**D. Limits Of Insurance**

    **1.** If the Premises/ Limit Type is shown in the Schedule as All Locations Combined – Policy Aggregate, the most we will pay for the total of all covered losses and expenses caused in a 12-month policy period (starting with the beginning of the present annual policy period), regardless of the number of locations, or number of occurrences during that time period, are the amounts shown in the Schedule for Property Damage or Business Interruption.

    **2.** If the Premises/ Limit Type is shown in the Schedule as Each Location – Per Occurrence, the most we will pay for each location, in any one occurrence of physical loss or damage are the amounts shown in the schedule for Property Damage or Business Interruption.

This coverage is part of, not in addition to, the Limit of Insurance applicable to the covered property, business income or extra expense.

All other terms and conditions of this policy not in conflict with the terms and conditions of this Endorsement shall continue to apply.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000097 of 000168

CPE 0696     Includes copyrighted material of Insurance Services Office, Inc., with its permission
1301                                   © 2013 SECURA Insurance Company

Filed 24-CI-00853 07/29/2024 Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL DOCUMENT

08/01/2024 09:27:35 AM

87453-1

THIS ENDORSEMENT CHANGES YOUR POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION – CYBER INCIDENTS PROPERTY

This Endorsement modifies insurance provided under the following:
COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

With respect to coverage provided by this Endorsement, the provisions of the Coverage PART apply unless modified by this Endorsement. This endorsement supersedes and, replaces any other wording in this PART or any endorsement thereto having a bearing on Cyber Incidents. The exclusion set forth in this form applies to all coverage under all forms and endorsements that comprise this Coverage PART, including but not limited to forms or endorsements that cover property damage to buildings or personal property and forms or endorsements that cover business income, extra expense or action of civil authority.

**A. Additional Exclusion**

The following exclusion is added to Exclusions:

We will not pay for loss or damage caused directly or indirectly by the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

1. Cyber Incident

   a. Unauthorized access to or use of any computer system (including electronic data).

   b. Malicious code, virus, harmful code or any other similar instruction that is directed at, enacted upon or introduced into any computer system (including electronic data) and is designed to access, alter, corrupt, damage, delete, destroy, disrupt, encrypt, exploit, use or prevent or restrict access to or the use of any part of any computer system (including electronic data) or otherwise disrupt its normal functioning or operation.

   c. Denial of service attack which disrupts, prevents or restricts access to or use of any computer system, or otherwise disrupts its normal functioning or operation.

**B. Exceptions And Limitations**

1. **Fire Or Explosion**

   If a cyber incident as described in Paragraphs **A.1.** of this exclusion results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

2. **Additional Coverage**

   The following optional coverage are modified when added to this Coverage Part:

   a. The exclusion in Paragraph **A.1.** does not apply to the extent that Power Outage coverage is provided in:

      (1) Spoilage Coverage endorsementCP0440; or

      (2) Spoilage Coverage in the Expanded Coverage part of HSB5000 Equipment Breakdown WRAP; or

      (3) Spoilage Coverage in the Trade Coverage part of any Property Wrap including but not limited to CPT3500Human Services Property WRAP.

   b. The exclusion in Paragraph **A.1.a.** unauthorized access does not apply to fraudulent entry related to anyComputer And Funds Transfer Fraud coverage part of CPT9099 Universal WRAP Coverage Form and CPT7999 Elite Universal WRAP Coverage Form.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 00098 of 000168

Filed 24-CI-00853 07/29/2024 Jennifer Besecker, Daviess Circuit Clerk Page 1 of 2

Includes copyrighted materials of Insurance Services Office, Inc., with its permission.
© 2021, [SECURA Insurance Company]

Filed          24-CI-00853   07/29/2024          Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT
08/01/2024 09:27:35
AM

87453-1

3. **Modified Additional Coverages**

The following are modified:

a.   Additional Coverage - Electronic Data

The Building And Personal Property Coverage Form CP 00 10, and Condominium Association Coverage Form CP 00 17, are modified as follows:

Additional Coverages, f. Electronic Data, sub-paragraph (3)(d) Covered Causes of Loss include a virus, harmful code or similar instruction is deleted and does not apply; except to the extent I.C. Electronic Data – Integrated Building Controls Virus, Harmful Code Or Similar Instruction sublimit additional coverage is provided in CPE0100 Computer Amendatory.

b.   Additional Coverage - Interruption Of Computer Operations

The Business Income (And Extra Expense) Coverage Form CP 00 30, Business Income (Without Extra Expense) Coverage Form CP 00 32 and Extra Expense Coverage Form CP 00 50 are modified as follows:

Additional Coverages, d. Interruption of Computer Operations , sub-paragraph (3)(d) Covered Cause of Loss include a virus, harmful code or similar instruction is deleted and does not apply;except to the extent II.B. Interruption of Computer Operations – Integrated Building Controls Virus, Harmful Code Or Similar Instruction sublimit additional coverage is provided in CPE0100 Computer Amendatory.

C.   **Vandalism**

The following is added to Vandalism, if Vandalism coverage is not otherwise excluded under the Standard Property Policy or the Causes Of Loss - Basic, Broad or Special Forms and if applicable to the premises described in the Declarations:

Vandalism does not include a cyber incident as described in Paragraph **A.1.**

All other terms and conditions of this policy not in conflict with the terms and conditions of this Endorsement shall continue to apply.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 00099 of 000168

CPE 1075
2105
Includes copyrighted materials of Insurance Services Office, Inc., with its permission.
© 2021, [SECURA Insurance Company]

Filed          24-CI-00853    07/29/2024    Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT

08/01/2024 09:27:35
AM

THIS ENDORSEMENT CHANGES YOUR POLICY. PLEASE READ IT CAREFULLY.

# RESTAURANT WRAP

87453-1

This Endorsement modifies insurance provided under the following:
BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CAUSES OF LOSS - SPECIAL FORM

With respect to coverage provided by this Endorsement, the provisions of the Coverage Form apply unless modified by the Endorsement.

The following is a summary of the coverage provided in this Endorsement. This Schedule and Endorsement are applicable only to those premises described in the Declarations where the CAUSES OF LOSS – SPECIAL FORM applies.

## SCHEDULE

| Coverage Extension Provision | Page | Limit |
|---|---|---|
| **COORDINATION OF LIMITS** | 1 | |
| **I. RESTAURANT TRADE COVERAGES** | | |
|    **A.** Accidental Discharge Clean-Up Expense | 2 | $2,500 |
|    **B.** Restaurant Broadened Business Income | 2 | $10,000 |
|       **1.** Accidental Discharge | | |
|       **2.** Food Contamination | | |
|       **3.** Off Premise Special Event Cancellation | | |
|       **4.** Water Boil Order | | |
|    **C.** Client Property – Theft By Employee | 2 | $10,000 |
|    **D.** Credit Card Slips | 3 | $5,000 |
|       **1.** Forgery | | |
|       **2.** Theft, Disappearance or Destruction | | |

**II. RESTAURANT DEDUCTIBLE PROVISIONS**
  **A.** Deductible Provisions
    **1.** Selected Coverage Deductible - $500
    Regardless of the amount of the Deductible for Covered Property the most we will deduct in any one occurrence is $500 for the following selected coverages provided by this policy:

      I.C   Client Property – Theft By Employee      I.D.   Credit Card Slips

    **2.** No Deductible
    No deductible or waiting period applies to the following additional coverages provided by this policy:

      I.B.   Restaurant Broadened Business Income
        **1.** Accidental Discharge
        **3.** Off Premises Special Event Cancellation

    **3.** Covered Property Deductible
    The deductibles as shown in the policy apply to all remaining coverages

**REFERENCED FORMS**
  The following forms are included and made part of this RESTAURANT WRAP:
    UNIVERSAL WRAP SCHEDULE      CPT 9000
    UNIVERSAL WRAP COVERAGE FORM    CPT 9099

The most we will pay under any of these extensions provided by this form is the limit shown on the Schedule. Each of these extensions is additional insurance unless otherwise indicated.  The Coinsurance Condition does not apply to these extensions.

**COORDINATION OF LIMITS** – The following Condition applies in addition to the Common Policy Conditions and the Commercial Property Conditions.

If other specific insurance is written by us covering the same loss or damage provided by this form, then the broadest coverage is primary.  Each coverage form written by us, whether primary or excess, is subject to its own

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000100 of 000168

Filed          24-CI-00853    07/29/2024    © 2013 [Company Name] Besecker, Daviess Circuit Clerk

Filed          24-CI-00853     07/29/2024     Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT
08/01/2024 09:27:35
AM

terms and conditions including deductibles.   We will not pay more than the actual loss, or applicable combined limits of insurance, whichever is less.

## I.   RESTAURANT TRADE COVERAGES

### A.   Accidental Discharge Clean-Up Expense

87453-1

We will pay your expenses to clean up and restore the described premises to its original condition prior to an accidental discharge of the fire extinguishing system.  The most we will pay for loss under this Extension is shown in the Schedule.

### B.   Restaurant Broadened Business Income

#### 1.   Accidental Discharge

We will pay for the actual loss of Business Income you sustain due to a suspension of operations during the period of restoration as a result of the accidental discharge of your fire extinguishing systems at the described premises. No waiting period applies.

#### 2.   Food Contamination

We will pay for the actual loss of Business Income you sustain due to a suspension of operations during the period of restoration as a result of the described premises being closed by order of governmental authority, ordinance, or law due to an occurrence of food poisoning or alleged food poisoning. We will only pay for loss you sustain after the first 24 hours following the order to close. Any provision in any form or endorsement in this Coverage Part relating to or modifying business income coverage waiting period does not apply to this 24-hour waiting period

#### 3.   Off Premises Special Event Cancellation

**a.**   We will pay the actual loss of Business Income you sustain if an off premises "special event" is cancelled. Such cancellation must be caused by direct physical loss of or damage to property at an off premises "special event" location.  The loss or damage must be caused by or result from a covered cause of loss. No waiting period applies.

**b.**   "Special event" means:

**(1)**   any convention, conference, banquet, seminar, wedding, part or other public or private event, gathering or group meeting for which you have reserved space, and/or contracted for food, equipment or other supporting material or services away from your premises, but within the coverage territory; and

**(2)**   a location that accepts your products or services.

**c.**   The amount we pay will be reduced by any income you receive from the use, in whole or in part, of any space reserved for a special event that has been cancelled.

#### 4.   Water Boil Order

**a.**   We will pay the actual loss of Business Income you sustain due to the suspension of your operations caused by a "boil-water order". This coverage will begin 24 hours after you receive notice of the "boil-water order" and will apply for a period of seven consecutive days after coverage begins.

**b.**   This Extension does not apply to any "boil-water order" at a described premise which occurs while access to the premise is prohibited by civil authority.

**c.**   "Boil-water order" means an advisory, notice, order or other communication issued by governmental, health or water authority, providing that water at the described premises should be boiled before consumption or use due to actual or potential contamination.

The most we will pay under this Extension for coverages 1. - 4. above combined in any one occurrence is the limit shown in the Schedule.

### C.   Client Property – Theft By Employee

**1.**   We will pay for loss of or damage to money, securities and property other than money and securities sustained by your client resulting directly from theft committed by an identified employee, acting alone or in collusion with other persons. The property covered under this coverage is limited to property that

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000101 of 000168

Filed          24-CI-00853     07/29/2024     Jennifer Besecker, Daviess Circuit Clerk

Filed          24-CI-00853     07/29/2024     Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT
08/01/2024 09:27:35
AM
87453-1

your client owns or leases; or that your client holds for others; while at your premises, at your client's premises, or in transit between your premises and your client's premises.

2. Item B. Exclusions; 2.h. of the CAUSES OF LOSS – SPECIAL FORM does not apply to this Extension.

3. With regard to this Extension, we do not pay for:

   a. Loss caused by any employee for whom similar prior insurance has been canceled and not reinstated since the last such cancellation.

   b. Expenses related to any legal action.

   c. Loss to client property discovered later than one year from the end of the policy period.

   d. Loss that is indirect to a covered direct loss.

4. This Extension is canceled as to any employee immediately upon discovery of any dishonest act committed by that employee; whether before or after becoming employed by you.

5. We will not pay more than the limit shown on the Schedule in any one occurrence. All loss caused by, or involving, one or more employee, whether the result of a single act or series of acts is considered one occurrence.

6. With regard to this Extension, client means any person or entity for which you perform services; and employee shall have same meaning provided by Employee Theft Coverage provided in this coverage part.

7. This insurance is for your benefit only. It provides no rights or benefits to any other person or organization, including your client. Any claim for loss that is covered under this coverage must be presented by you. We may adjust losses with the owners of lost or damaged client property, and such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest at actual cash value as of the time of loss in the Covered Property. The value of client property does not include sentimental value.

8. When any terms or conditions of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM, or CAUSES OF LOSS SPECIAL FORM are in conflict with this additional coverage, the provisions of this additional coverage shall supersede.

This coverage is in addition to similar coverage in the Crime Section of this policy, if provided. This additional coverage does not nullify any similar coverage in the Crime Section of this policy.

D. **Credit Card Slips**

1. **Forgery**

   a. We will pay for loss involving written instruments required in conjunction with your customers' credit, debit or charge card resulting directly from forgery or alteration of such written instruments by your customers.

   b. We will not pay for loss arising from any credit, debit, or charge card transaction if you have not complied fully with the provisions, conditions or other terms of the card issuer.

   c. Item B. Exclusions; 2.i. of the CAUSES OF LOSS – SPECIAL FORM does not apply to this Extension.

2. **Theft, Disappearance, or Destruction**

   a. We will pay for loss caused directly by theft, disappearance or destruction of written instruments required in conjunction with any of your customers' credit, debit, or charge card at the described premises.

   b. We will not pay for loss:

      (1) Resulting from accounting or arithmetical errors or omissions; or

      (2) Due to the giving or surrendering or property in any exchanged or purchase.

   c. You must keep records of all written instruments so we can verify the amount of any loss or damage.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000102 of 000168

Filed     1301     24-CI-00853     07/29/2024     Jennifer Besecker, Daviess Circuit Clerk

Item A. Coverage; 2.a. Property Not Covered of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM does not apply to this Extension.

The most we will pay under this Extension for coverages 1. and 2. above combined for any one occurrence is the limit shown in the Schedule. All loss caused by one or more persons or involving a single act or series of related acts, is considered one occurrence.

This coverage is in addition to similar coverage in the Crime Section of this policy, if provided. This additional coverage does not nullify any similar coverage in the Crime Section of this policy.

## II. RESTAURANT DEDUCTIBLE PROVISIONS

### A. Deductible Provisions

Item D. Deductible on the BUILDING AND PERSONAL PROPERTY COVERAGE FORM is amended by adding:

When an occurrence involves loss to more than one item of Covered Property and separate Limits of Insurance apply, the losses will not be combined in determining application of the Deductible; however, the Deductible will be applied only once per occurrence.

Refer to Section II. RESTAURANT DEDUCTIBLE PROVISIONS on the Schedule for applicable deductibles.

All other terms and conditions of this policy not in conflict with the terms and conditions of this Endorsement shall continue to apply.

Filed 24-CI-00853 07/29/2024 Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT

AM

08/01/2024 09:27:35

87452-1

THIS ENDORSEMENT CHANGES YOUR POLICY. PLEASE READ IT CAREFULLY.

# UNIVERSAL WRAP SCHEDULE

The following is a summary of the coverage provided in the CPT 9099 UNIVERSAL WRAP COVERAGE FORM. This coverage form applies only to those premises described in the Declarations where the CAUSES OF LOSS – SPECIAL FORM applies.

## SCHEDULE

| Coverage Extension Provision | | Page | Limit |
|---|---|---|---|
| **COORDINATION OF LIMITS** | | 1 | |
| | | | |
| **I. FLEX COVERAGE EXTENSIONS** | | | |
| A. Flex Coverage Limit Of Insurance | | 1 | $125,000 |
| Applies To The Following Coverage Options: | | | |
| 1. Debris Removal | 5. Personal Property Of Others | | |
| 2. Electronic Data | (excluding employee tools) | | |
| 3. Fine Arts At Described Premises | 6. Public Safety Service Charges | | |
| 4. Fire Extinguisher Recharge | | | |
| | | | |
| **II. COVERAGE FEATURES** | | | |
| A. Accounts Receivable (Other Than Electronic Data): On Premise | | 2 | $25,000 |
| Off Premise | | | $5,000 |
| B. Additional Covered Property | | 3 | |
| 1. Additional Covered Property | | | $50,000 |
| 2. Business Personal Property On Structures Or In Portable Storage Units | | | Included in BPP Limit |
| C. Broadened Business Income (Including Civil Authority, Lost Lease Protection, and Dependent/Secondary Property Income) | | 3 | $25,000 |
| Extended Period Of Indemnity | | | 60 days |
| D. Broadened Premises | | 6 | 1,000 feet |
| E. Business Personal Property – Seasonal Increase | | 6 | 25% or $100,000 Whichever is Less |
| F. Computer And Funds Transfer Fraud | | 6 | $5,000 |
| G. Employee Theft | | 8 | $10,000 |
| H. Forgery Or Alteration | | 9 | $25,000 |
| I. Landlord Furnishings | | 10 | Included in Building Limit |
| J. Lock Replacement Due To Theft Of Keys Or Transmitters | | 10 | $1,000 |
| K. Money And Securities: Inside | | 10 | $10,000 |
| Outside | | | $10,000 |
| L. Money Orders And Counterfeit Money | | 11 | $5,000 |
| M. Newly Acquired Or Constructed Property | | 11 | $1,500,000 |
| (Building, Your Business Personal Property, Broadened Business Income, and Flex Coverage Extensions combined) | | | |
| N. Ordinance Or Law | | 12 | |
| Undamaged Portion: Building | | | Included in Building Limit |
| Tenant Improvements and Betterments | | | Included in BPP Limit |
| Demolition Cost Coverage and Increased Cost Of Construction Combined | | | $100,000 |
| Increased Period of Restoration | | | Included in Broadened Business Income |
| O. Outdoor Property | | 13 | |
| 1. Trees, Shrubs, and Plants (Limited to $1,000 per tree, shrub, or plant) | | | $10,000 |
| 2. Fences And Antennas | | | $10,000 |
| P. Outdoor Signs | | 13 | $10,000 Per Sign |
| Q. Personal Effects (Excluding Employee Tools) | | 14 | $10,000 |
| R. Personal Property Away From Premises | | 14 | |
| 1. Property Off Premises | | | |
| a. Property at any Fair, Trade Show or Exhibition | | | $15,000 |
| b. Property in a Non-Owned Location | | | $15,000 |
| c. Property in the Care, Custody, or Control of a Salesperson | | | $10,000 |

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000104 of 000168

Filed 24-CI-00853 07/29/2024 Jennifer Besecker, Daviess Circuit Clerk

| Coverage Extension Provision | | | Page | Limit |
|---|---|---|---|---|
| | **2.** | Property In Transit (Any Vehicle) | 14 | $15,000 |
| **S.** | | Photographic Or Scientific Instrument Lenses | 15 | Included in BPP Limit |
| **T.** | | Pollutant Clean-up And Removal | 15 | $25,000 |
| **U.** | | Tenant Building – Required By Lease | 15 | $10,000 |
| **V.** | | Tenant Glass Breakage | 16 | $50,000 |
| **W.** | | Theft Of Building Materials | 16 | $50,000 |
| **X.** | | Unscheduled Structures | 16 | Building Limit or $25,000 Whichever is Less |
| **Y.** | | Valuable Papers And Records (Other Than Electronic Data): On Premises / Off Premises | 16 | $25,000 / $5,000 |

**III. CLAIM FRIENDLY SUPPORT**

| | | | Page | Limit |
|---|---|---|---|---|
| **A.** | Coinsurance Waiver On Losses Under $10,000 | | 16 | Included |
| **B.** | Covered Crime Reward | | 17 | $5,000 |
| **C.** | Removal Of Property To Prevent A Loss | | 17 | $1,000 |
| **D.** | Deductible Provisions | | 17 | |

    **1.** Selected Coverage Deductible - $500
Regardless of the amount of the Deductible for Covered Property the most we will deduct in any one occurrence is $500 for the following selected coverages provided by this policy:

| | | | |
|---|---|---|---|
| I.A.2. | Electronic Data | II.L. | Money Orders And Counterfeit Money |
| I.A.3. | Fine Arts At Described Premises | II.O. | Outdoor Property |
| I.A.5. | Personal Property Of Others | II.P. | Outdoor Signs |
| II.A. | Accounts Receivable (Other Than Electronic Data) | II.Q. | Personal Effects (Excluding Employee Tools) |
| II.F. | Computer Fraud Coverage | II.V. | Tenant Glass Breakage |
| II.G. | Employee Theft | II.Y. | Valuable Papers And Records (Other Than Electronic Data) |
| II.H. | Forgery Or Alteration | | |
| II.K. | Money And Securities | | |

    **2.** No Deductible
No deductible applies to the following additional coverages provided by this policy:

| | | | |
|---|---|---|---|
| I.A.4. | Fire Extinguisher Recharge | II.J. | Lock Replacement Due To Theft Of Keys Or Transmitters |
| I.A.6. | Public Safety Service Charges | III.B. | Covered Crime Reward |
| II.C. | Broadened Business Income | | |

    **3.** Covered Property Deductible
The deductibles as shown in the policy apply to all remaining coverages.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000105 of 000168

Includes copyrighted material of Insurance Services Offices, Inc., with its permission.
© 2013 SECURA Insurance Company

Filed 24-CI-00853 07/29/2024 Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT
08/01/2024 09:27:35
AM
97451 1

THIS ENDORSEMENT CHANGES YOUR POLICY. PLEASE READ IT CAREFULLY.

# UNIVERSAL WRAP COVERAGE FORM

This coverage form applies only to those premises described in the Declarations where the CAUSES OF LOSS – SPECIAL FORM applies.

This Endorsement modifies insurance provided under the following:
BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CAUSES OF LOSS - SPECIAL FORM
WATER EXCLUSION ENDORSEMENT

References throughout this form to the BUILDING AND PERSONAL PROPERTY COVERAGE FORM also include reference to the CONDOMINIUM ASSOCIATION COVERAGE FORM, unless a more specific reference is provided.

The provisions of the Coverage Forms above apply unless modified by this form. Coverage provided by this form is also subject to any mandatory state change endorsement in this coverage part; and the WRAP SCHEDULE. With respect to this coverage form, WRAP SCHEDULE means any applicable WRAP SCHEDULE which references this coverage form.

The most we will pay under any of the extensions provided by this form is the limit shown on the WRAP SCHEDULE which references this coverage form. Each of these extensions is additional insurance unless otherwise indicated. The Coinsurance Condition does not apply to these extensions.

**COORDINATION OF LIMITS** – The following Condition applies in addition to the Common Policy Conditions and the Commercial Property Conditions.

If other specific insurance is written by us covering the same loss or damage provided by this form, then the broadest coverage is primary. Each coverage form written by us, whether primary or excess, is subject to its own terms and conditions including deductibles. We will not pay more than the actual loss, or applicable combined limits of insurance, whichever is less.

## I. FLEX COVERAGE EXTENSIONS

### A. Flex Coverage Limit Of Insurance

We will pay up to the amount shown on the WRAP SCHEDULE at each location described in the Declarations to apply to the sum of all covered losses under the coverages listed in items 1. through 6. below. You may apply the Flex Coverage Limit Of Insurance to one or more of these coverages at your discretion; however, the total amount paid for any one occurrence will not exceed the Flex Coverage Limit Of Insurance shown on the WRAP SCHEDULE. The Flex Coverage Limit Of Insurance is in addition to any other applicable coverage limit purchased separately from this Endorsement.

#### 1. Debris Removal

Item A. Coverage; 4. Additional Coverages; a. Debris Removal on the BUILDING AND PERSONAL PROPERTY COVERAGE FORM is included within the Flex Coverage Limit Of Insurance on the WRAP SCHEDULE.

#### 2. Electronic Data

Item A. Coverage; 4. Additional Coverages; f. Electronic Data on the BUILDING AND PERSONAL PROPERTY COVERAGE FORM is amended as follows:

This Extension is included within the Flex Coverage Limit Of Insurance on the WRAP SCHEDULE for all loss or damage in any one occurrence. There is not a policy year aggregate limit with regards to the electronic data additional coverage.

#### 3. Fine Arts At Described Premises

Item A. Coverage; 1. Covered Property; b. Your Business Personal Property on the BUILDING AND PERSONAL PROPERTY COVERAGE FORM is amended to add:

Fine Arts, meaning paintings, etchings, pictures, sculptures, tapestries, valuable rugs, bric-a-brac,

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000106 of 000168

Filed 24-CI-00853 07/29/2024 Jennifer Besecker, Daviess Circuit Clerk

Filed          24-CI-00853     07/29/2024     Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT
08/01/2024 09:27:35
AM
87453-1

rare or art glass, art glass windows, antique jewelry and similar property of rarity, historical value or artistic merit.

Item C. Limitations; 2.b. of the CAUSES OF LOSS – SPECIAL FORM is amended to add:

Fragile articles such as statuary, marbles, chinaware and porcelains are covered for loss or damage by a Covered Cause of Loss, but only up to the Flex Coverage Limit Of Insurance on the WRAP SCHEDULE at each described premises. Loss caused by "specified causes of loss" or building glass breakage is not subject to this limitation.

**4.  Fire Extinguisher Recharge**

The cost of recharging or replacing, whichever is less, your fire extinguishers and fire extinguishing systems (including hydrostatic testing if needed); if they are discharged as intended to control a loss, or if discharged accidentally.

The most we will pay for Fire Extinguisher Recharge is included within the Flex Coverage Limit Of Insurance on the WRAP SCHEDULE for any one occurrence.

No coverage will apply if the fire extinguishing system is discharged during installation or testing.

**5.  Personal Property Of Others**

Item A. Coverage; 5. Coverage Extensions; b. Personal Effects And Property Of Others on the BUILDING AND PERSONAL PROPERTY COVERAGE FORM is amended as follows:

The most we will pay for loss under paragraph (2) Personal property of others in your care, custody or control is included within the Flex Coverage Limit Of Insurance on the  WRAP SCHEDULE at each described premises.

Item G. Optional Coverages; 3. Replacement Cost; b.(1) Personal property of others on the BUILDING AND PERSONAL PROPERTY COVERAGE FORM is deleted subject to the limits of this Extension.

We will not pay for tools owned by you, your officers, your partners or members, your managers or your employees under this Extension.

**6.  Public Safety Service Charges**

Item A. Coverage; 4. Additional Coverages; c. Fire Department Service Charge on the BUILDING AND PERSONAL PROPERTY COVERAGE FORM is deleted and replaced with the following:

**c.  Public Safety Service Charges**

When the fire department or any other municipal public safety service is called to protect Covered Property from a Covered Cause of Loss, you may be assessed a service charge. We will pay all service charges up to the Flex Coverage Limit Of Insurance on the WRAP SCHEDULE that you have assumed by contract or agreement prior to loss or required by local ordinance.

## II.  COVERAGE FEATURES

### A.  Accounts Receivable (Other Than Electronic Data)

You may extend the insurance that applies to Covered Property to cover the following loss and expenses, which are the direct result of loss or damage by a Covered Cause of Loss to accounts receivable records including credit card invoices:

**1.**  All sums due you from customers, provided you are unable to affect collection;

**2.**  Interest charges on any loan to offset impaired collections pending repayment of such sums made uncollectible by loss or damage;

**3.**  Collection expenses in excess of normal collection cost made necessary because of loss or damage; and

**4.**  Other reasonable expenses incurred by you in reestablishing records of accounts receivable following such loss or damage.

**5.**  We will not pay for:

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000107 of 000168

Filed          24-CI-00853     07/29/2024     Jennifer Besecker, Daviess Circuit Clerk

Filed          24-CI-00853    07/29/2024          Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL

DOCUMENT

AM

08/01/2024 09:27:35

87453-1

**a.** Loss or damage caused by or resulting from alteration, falsification, concealment or destruction of records of accounts receivable done to conceal the wrongful giving, taking or withholding of money, securities or other property. This exclusion applies only to the extent of the wrongful giving, taking or withholding.

**b.** Loss or damage caused by or resulting from bookkeeping, accounting or billing errors or omissions.

**c.** Any loss or damage that requires any audit of records or any inventory computation to prove its factual existence.

The following Exclusions do not apply to this Extension:

**(i)** Item B. Exclusions; 1.b. Earth Movement on the CAUSES OF LOSS – SPECIAL FORM;

**(ii)** Item B. Exclusions; 1.g. Water on the CAUSES OF LOSS – SPECIAL FORM;

**(iii)** Item B. Exclusions; 2.h. Dishonest or Criminal Act but only as it relates to carriers for hire; and

**(iv)** CP 1032 WATER EXCLUSION ENDORSEMENT.

This Extension does not apply to accounts receivable records that exist as electronic data. Electronic data has the meaning described under Property Not Covered, Electronic Data.

The most we will pay for loss or damage under this Extension on or away from the described premises is shown on the WRAP SCHEDULE.

**B. Additional Covered Property**

The BUILDING AND PERSONAL PROPERTY COVERAGE FORM is amended to add:

**1. Additional Covered Property**

The following is withdrawn from Property Not Covered and added to Covered Property:

**a.** Bridges, roadways, walks, patios or other paved surfaces;

**b.** The cost of excavations, grading, backfilling or filling;

**c.** Foundations of buildings, structures, machinery or boilers if their foundations are below:

**(1)** The lowest basement floor, or

**(2)** The surface of the ground if there is no basement;

**d.** Personal property while airborne or waterborne;

**e.** Bulkheads, pilings, piers, wharves or docks;

**f.** Retaining walls that are not part of a building; and

**g.** Underground pipes, flues or drains;

The most we will pay for loss or damage under this Extension for all types of Additional Covered Property above combined is shown on the WRAP SCHEDULE.

**2. Business Personal Property On Structures Or In Portable Storage Units**

Item A. Coverage; 1. Covered Property; b. Your Business Personal Property includes Business Personal Property in or on structures at the described premises; or while stored in a portable storage unit (including a detached trailer) located within 1,000 feet of the building or structure described in the Declarations.

**C. Broadened Business Income**

**1. "Business Income" And "Extra Expense"**

**a.** You may extend the insurance provided for direct loss of, or damage to, property to apply to:

**(1)** The actual loss of "business income" you sustain due to the necessary suspension of your operations at the described premises as a result of such covered direct loss or damage; and

**(2)** Necessary "extra expense" you incur that you would not have incurred if there had been no

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000108 of 000168

Filed          24-CI-00853    07/29/2024          Jennifer Besecker, Daviess Circuit Clerk

Filed        24-CI-00853    07/29/2024      Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT
08/01/2024 09:27:35
AM

87453-1

such covered direct loss or damage.

**b.** Coverage applies only to the amount of loss incurred beginning the date of direct physical loss or damage by a Covered Cause of Loss to:

**(1)** Property at premises described in the Declarations;

**(2)** Personal property in the open; or

**(3)** Personal property in a vehicle

within 1,000 feet of the described premises.

**c.** Coverage ends 60 consecutive days after the date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality, even if this is after the expiration date of this policy.

**d.** We will reduce the amount of your "business income" loss to the extent you can resume operations in whole, or in part, by using any other available facilities, sources, or products.

**e.** Coverage for "business Income" or "extra expense" does not apply when a suspension of operations is caused by destruction or corruption of electronic data, or any loss or damage to electronic data. Electronic data has the meaning described under Property Not Covered, Electronic Data.

**2. Civil Authority**

This Extension will cover actual loss of "business income" as a result of the described premises being closed by order of governmental authority due to an occurrence of a public health hazard. The order to close must follow damage caused by a Covered Cause of Loss to property within one mile of the described premises. We will pay only for loss you sustain after the first 24 hours following the order to close.

**3. Lost Lease Protection**

"Business Income" And "Extra Expense" coverage provided in paragraph 1. above is extended by adding:

**a.** We will pay for costs you incur for "lost lease interest" when due to the cancellation of lease contracts by your tenants. Such cancellation must result from a direct physical loss by a Covered Cause of Loss to covered real property during the policy period.

**b.** "Lost lease interest" means the difference between the rent payments you were collecting prior to a covered loss and the total anticipated rental income including any tenant obligations you may be responsible for after loss or damage has been repaired or rebuilt.

**c.** "Lost lease interest" does not include refunds or rebates for prepaid rent payments made on your behalf by tenants, or deposits of any kind made by tenants to a landlord or lessor of other premises.

**d.** Coverage under this Extension begins on the date of a covered loss and ends on the date when the property should be repaired, rebuilt or replaced with reasonable speed and similar quality.

**4. Dependent Property Income**

We will pay if the necessary suspension of your operations at the described premises is the result of loss or damage at the premises of a dependent property or secondary dependent property, caused by or resulting from a Covered Cause of Loss.

Dependent property means a property operated by others whom you depend on to:

**a.** Deliver materials or services to you (Contributing Locations), but services does not mean water supply services, wastewater removal services, communication supply services or power supply services;

**b.** Accept your products or services (Recipient Locations);

**c.** Manufacture products of your customers under contract of sale (Manufacturing Locations), or

**d.** Attract customers to your business (Leader Locations).

Secondary dependent property means an entity which is not owned or operated by a dependent

© 2013 SECURA Insurance Company

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000109 of 000168

Filed        24-CI-00853    07/29/2024      Jennifer Besecker, Daviess Circuit Clerk

property and which:

**(1)** Delivers materials or services to a dependent property, which in turn are used by the dependent property in providing materials or services to you, but services does not mean water supply services, wastewater removal services, communication supply services or power supply services; or

**(2)** Accepts materials or services from a dependent property, which in turn accepts your materials or services.

A road, bridge, tunnel, waterway, airfield, pipeline or any other similar area or structure is not a secondary dependent property.

The dependent property or secondary dependent property must be located in the coverage territory as shown in this coverage part.

This Extension only applies to the amount of loss incurred beginning on the date of direct physical loss or damage caused by or resulting from a Covered Cause of Loss at the premises of a dependent property or secondary dependent property, and ends on the date when the property at the premises of the dependent property or secondary dependent property should be repaired, rebuilt or replaced with reasonable speed and similar quality.

This Extension does not apply when the only loss to dependent property or secondary dependent property is loss or damage to electronic data, including destruction or corruption of electronic data. Electronic data has the meaning described under Property Not Covered, Electronic Data. If the dependent property or secondary dependent property sustains loss or damage to electronic data and other property, coverage under this Extension will not continue once the other property is repaired, rebuilt or replaced.

**5. Additional Exclusions**

The following Exclusions apply to the Broadened Business Income Extension:

**a.** This Extension does not include any increased time needed due to enforcement of any ordinance or law regulating:

**(1)** Building or land usage, demolition, or construction, or

**(2)** Environmental damage or restoration.

This exclusion does not apply to the extent coverage is provided in II. COVERAGE FEATURES; J. Ordinance or Law; 1. d. Increased Period of Restoration.

**b.** If lost or damaged Covered Property is not repaired or replaced, no coverage is provided under this Extension.

**c.** Item B. Exclusions; 4. Special Exclusions; paragraphs a.(1) through (5) on the CAUSES OF LOSS – SPECIAL FORM apply to this Extension.

**6. Limits And Waiting Period**

**a.** The most we will pay under the Broadened Business Income Extension for all coverages combined is the amount shown on the WRAP SCHEDULE. This is additional insurance and does not reduce the coverage or limits on Covered Property.

**b.** No deductible or waiting period applies, except as shown above in paragraph 2. Civil Authority.

**7. Additional Definitions**

"Business income" means:

**a.** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred; and

**b.** Continuing normal operating expenses necessarily incurred, including payroll.

"Extra Expense" means expense incurred:

**a.** To avoid or minimize the suspension of business and to continue your operations at any location;

**b.** To minimize the suspension of business if you cannot continue your operations; or

Includes copyrighted material of Insurance Services Offices, Inc., with its permission.
© 2013 SECURA Insurance Company

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000110 of 000168

Filed          24-CI-00853     07/29/2024        Jennifer Besecker, Daviess Circuit Clerk

c. To repair or replace any property; to research, replace, or restore the information on damaged valuable papers and records, but only if those expenses reduce the amounts otherwise payable in this Endorsement.

### D. Broadened Premises

Throughout the BUILDING AND PERSONAL PROPERTY COVERAGE FORM and the CAUSES OF LOSS – SPECIAL FORM the phrase "within 100 feet" is amended to "within 1,000 feet".

### E. Business Personal Property – Seasonal Increase

The Limit of Insurance for Business Personal Property will automatically increase by the amount shown on the WRAP SCHEDULE to provide for peak season periods. Our limit of liability will be no greater than the percentage shown on the WRAP SCHEDULE of the Business Personal Property limit; or the dollar limit shown on the WRAP SCHEDULE, whichever is less.  The peak season period is determined when the average monthly values during any 60 day period exceeds the average monthly values of the 12 months immediately preceding the date loss or damage occurs. We will pay for no more than two peak season periods in any policy period.

### F. Computer And Funds Transfer Fraud

1. We will pay for:

   a. loss of and loss from damage to money, securities and property other than money and securities resulting directly from a fraudulent:

      (1) Entry of electronic data or computer program into; or

      (2) Change of electronic data or computer program within;

      any "computer system" owned, leased or operated by you, provided the fraudulent entry or fraudulent change causes, with regard to  F.1.a.(1) and (2) above:

      (a) Money, securities or property other than money and securities to be transferred, paid or delivered; or

      (b) Your account at a "financial institution" to be debited or deleted.

   b. loss resulting directly from a "fraudulent instruction" directing a "financial institution" to debit your "transfer account" and transfer, pay or deliver money or securities from that account.

2. As used in paragraph F.1.a. above, fraudulent entry or fraudulent change of electronic data or computer program shall include such entry or change made by an employee acting, in good faith, upon a "fraudulent instruction" received from a computer software contractor who has a written agreement with you to design, implement or service computer programs for a "computer system" covered under this extension.

3. The most we will pay for loss in any one "occurrence" is shown on the WRAP SCHEDULE.

4. Additional Exclusions, Conditions and Definitions

   a. Additional Exclusions – We will not pay for loss as specified below:

      (1) Acts of Employees, Directors, Trustees or Representatives - Loss resulting from any dishonest or criminal act committed by any of your employees, directors, trustees or authorized representatives:

         (a) Acting alone or in collusion with other persons; or

         (b) While performing services for you or otherwise.

      (2) Authorized Access -- Loss resulting from a fraudulent:

         (a) Entry of electronic data or computer program into; or

         (b) Change of electronic data or computer program within;

         any "computer system" owned, leased or operated by you by a person or organization with authorized access to that "computer system", except when covered under paragraph F.2.

      (3) Credit Card Transactions -- Loss resulting from the use or purported use of credit, debit,

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000111 of 000168

Includes copyrighted material of Insurance Services Offices, Inc., with its permission.
© 2013 SECURA Insurance Company

Page 6 of 17

Filed          24-CI-00853     07/29/2024        Jennifer Besecker, Daviess Circuit Clerk

Filed          24-CI-00853     07/29/2024     Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT

AM

08/01/2024 09:27:35

87453-1

charge, access, convenience, identification, stored-value or other cards or the information contained on such cards.

**(4)** Exchanges Or Purchases -- Loss resulting from the giving or surrendering of property in any exchange or purchase.

**(5)** Fraudulent Instructions -- Loss resulting from an employee or "financial institution" acting upon any instruction to:

**(a)** Transfer, pay or deliver money, securities or property other than money and securities; or

**(b)** Debit or delete your account;

which instruction proves to be fraudulent, except when covered under Insuring Agreement F.1.b. or F.2.

**(6)** Inventory Shortages - Loss, or that part of any loss, the proof of which as to its existence or amount is dependent upon:

**(a)** An inventory computation; or

**(b)** A profit and loss computation.

**b.** Additional Definitions

"Computer system" means:

**(1)** Computers, including Personal Digital Assistants (PDAs) and other transportable or handheld devices, electronic storage devices and related peripheral components;

**(2)** Systems and applications software; and

**(3)** Related communications networks;

by which electronic data is collected, transmitted, processed, stored or retrieved.

"Financial institution" means:

**(1)** A bank, savings bank, savings and loan association, trust company, credit union or similar depository institution;

**(2)** An insurance company; or

**(3)** A stock brokerage firm or investment company.

"Fraudulent instruction" means a computer, telegraphic, cable, teletype, telefacsimile, telephone or other electronic, written or voice instruction directing an employee to enter or change electronic data or computer programs within a "computer system" covered under the Insuring Agreement, which instruction in fact was fraudulently issued by your computer software contractor.

"Occurrence" means an:

**(1)** Act or series of related acts involving one or more persons; or

**(2)** Act or event, or a series of related acts or events not involving any person.

"Transfer account" means an account maintained by you at a "financial institution" from which you can initiate the transfer, payment or delivery of money or securities:

**(1)** By means of computer, telegraphic, cable, teletype, telefacsimile, telephone or other electronic instructions; or

**(2)** By means of written instructions (other than those covered under H. Forgery Or Alteration) establishing the conditions under which such transfers are to be initiated by such "financial institution" through an electronic funds transfer system.

This coverage is in addition to similar coverage in the Crime Section of this policy, if provided. This additional coverage does not nullify any similar coverage in the Crime Section of this policy.

**G. Employee Theft**

**1.** We will pay for direct loss of or damage to money and securities and property other than money and securities resulting from dishonest acts committed by any of your employees acting alone or in collusion with other persons (except you or your partner) with the manifest intent to:

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000112 of 000168

Filed          24-CI-00853     07/29/2024      Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL

DOCUMENT

AM

08/01/2024 09:27:35

87453-1

   a.  Cause you to sustain loss or damage; and also

   b.  Obtain financial benefit (other than salaries, commissions, fees, bonuses, promotions, awards, profit sharing, pensions or other employee benefits earned in the normal course of employment) for:

     (1) Any employee; or

     (2) Any other person or organization.

We will pay for loss caused by any employee while temporarily outside the coverage territory for a period not more than 90 days.

**2.** We will not pay for loss or damage:

   a.  Resulting from any dishonest or criminal act that you or any of your partners or members commit whether acting alone or in collusion with other persons.

   b.  Resulting from any dishonest act committed by any of your employees (except as provided in G.1. above, managers or directors:

     (1) Whether acting alone or in collusion with other persons; or

     (2) While performing services for you or otherwise.

   c.  The only proof of which as to its existence or amount is:

     (1) An inventory computation; or

     (2) A profit and loss computation.

**3.** The most we will pay for loss or damage in any one occurrence is the Limit of Insurance for Employee Theft shown on the WRAP SCHEDULE.

**4.** All loss or damage:

   a.  Caused by one or more persons; or

   b.  Involving a single act or series of acts;

is considered one occurrence.

**5.** If any loss is covered:

   a.  Partly by this insurance; and

   b.  Partly by any prior cancelled or terminated insurance that we or any affiliate had issued to you or any predecessor in interest;

the most we will pay is the larger of the amount recoverable under this insurance or the prior insurance.

We will pay only for loss or damage you sustain through acts committed or events occurring during the policy period. Regardless of the number of years this policy remains in force or the number of premiums paid, no Limit of Insurance cumulates from year to year or period to period.

**6.** This coverage is cancelled as to any employee immediately upon discovery by:

   a.  You; or

   b.  Any of your partners, members, managers, officers, or directors not in collusion with the employee;

of any dishonest act committed by that employee before or after being hired by you.

**7.** We will pay only for covered loss or damage sustained during the policy period and discovered no later than one year from the end of the policy period.

**8.** If you (or any predecessor in interest) sustained loss or damage during the policy period of any prior insurance that you could have recovered under that insurance except that the time within which to discover loss or damage had expired, we will pay for it under this coverage, provided:

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000113 of 000168

Filed          24-CI-00853     07/29/2024      Jennifer Besecker, Daviess Circuit Clerk

Includes copyrighted material of Insurance Services Offices, Inc. with its permission.
© 2013 SECURA Insurance Company

Page 8 of 17

NOT ORIGINAL

a. This coverage became effective at the time of cancellation or termination of the prior insurance; and

b. The loss or damage would have been covered by this coverage had it been in effect when the acts or events causing the loss or damage were committed or occurred.

9. The insurance under paragraph 8. above is part of, not in addition to, the Limit of Insurance applying to this coverage and is limited to the lesser of the amount recoverable under:

   a. This coverage as of its effective date; or

   b. The prior insurance had it remained in effect.

10. With respect to the Employee Theft Coverage, employee means:

    a. Any natural person:

       (1) While in your service and for the first 30 days immediately after termination of service, unless such termination is due to theft or any dishonest act committed by the employee;

       (2) Who you compensate directly by salary, wages or commissions; and

       (3) Who you have the right to direct and control while performing services for you;

    b. Any natural person who is furnished temporarily to you:

       (1) To substitute for a permanent employee as defined in paragraph a. above, who is on leave; or

       (2) To meet seasonal or short-term workload conditions;

    c. Any natural person who is leased to you under a written agreement between you and a labor leasing firm, to perform duties related to the conduct of your business, but does not mean a temporary employee as defined in paragraph b. above;

    d. Any natural person who is a former employee, director, partner, member, manager, representative or trustee retained as a consultant while performing services for you; or

    e. Any natural person who is a guest student or intern pursuing studies or duties, excluding, however, any such person while having care and custody of property outside any building you occupy in conducting your business.

    But employee does not mean:

    a. Any agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character; or

    b. Any manager, director or trustee except while performing acts coming within the usual duties of an employee.

11. When any terms or conditions of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM, or CAUSES OF LOSS SPECIAL FORM are in conflict with this additional coverage, the provisions of this additional coverage shall supersede.

This coverage is in addition to similar coverage in the Crime Section of this policy, if provided. This additional coverage does not nullify any similar coverage in the Crime Section of this policy.

## H. Forgery Or Alteration

1. We will pay for loss resulting directly from forgery or alteration of, any check, draft, promissory note, bill of exchange or similar written promise of payment in money, that you or your agent has issued, or that was issued by someone who impersonates you or your agent.

2. If you are sued for refusing to pay the check, draft, promissory note, bill of exchange or similar written promise of payment in money, on the basis that it has been forged or altered, and you have our written consent to defend against the suit, we will pay for any reasonable legal expenses that you incur in that defense.

3. For the purpose of this coverage, check includes a substitute check as defined in the Check Clearing for the 21st Century Act, and will be treated the same as the original it replaced.

Includes copyrighted material of Insurance Services Offices, Inc., with its permission.
© 2013 SECURA Insurance Company

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000114 of 000168

NOT ORIGINAL
DOCUMENT
08/01/2024 09:27:35
AM
87453-1

4.  The most we will pay for any loss, including legal expenses, is the Limit of Insurance for Forgery Or Alteration shown on the WRAP SCHEDULE.

This coverage is in addition to similar coverage in the Crime Section of this policy, if provided. This additional coverage does not nullify any similar coverage in the Crime Section of this policy.

## I.  Landlord Furnishings

Item A. Coverage; 1. Covered Property; a. Building on the BUILDING AND PERSONAL PROPERTY COVERAGE FORM is amended to add:

Your personal property in apartments, rooms or common areas furnished by you as landlord;

If your Covered Property is provided on a Blanket Summary basis, the most we will pay under this Extension is 25% above the building value at the location of the loss as shown in the latest Statement of Values reported to us.

Coverage for Landlord Furnishings does not increase the Limit of Insurance for Building Coverage.

## J.  Lock Replacement Due To Theft Of Keys Or Transmitters

We will pay up to the limit shown on the WRAP SCHEDULE in any one occurrence for the cost to repair or replace the door locks or tumblers or overhead door transmitters of your described premises due to theft of your door keys, including electronic magnetic keys, or overhead door transmitters.

## K.  Money And Securities

1.  We will pay for loss of money and securities used in your business while at a bank or savings institution, within your living quarters or the living quarters of your partners or any employee having use and custody of the property, at the described premises, or in transit between any of these places, resulting from:

    a.  Theft, meaning any act of stealing;

    b.  Disappearance; or

    c.  Destruction.

2.  In addition to the Limitations and Exclusions applicable to property coverage, we will not pay for loss:

    a.  Resulting from accounting or arithmetical errors or omissions;

    b.  Due to the giving or surrendering of property in any exchange or purchase; or

    c.  Of property contained in any money-operated device unless the amount of money deposited in it is recorded by a continuous recording instrument in the device.

3.  The most we will pay for loss in any one occurrence is:

    a.  The Inside Limit shown on the WRAP SCHEDULE for money and securities while:

        (1)  In or on the described premises; or

        (2)  Within a bank or savings institution; and

    b.  The Outside Limit shown on the WRAP SCHEDULE for money and securities while anywhere else.

4.  All loss:

    a.  Caused by one or more persons; or

    b.  Involving a single act or series of related acts;

    is considered one occurrence.

5.  You must keep records of all money and securities so we can verify the amount of any loss or damage.

6.  In the event of loss or damage, we will determine the value as follows:

    a.  Money at its face value; and

    b.  Securities at their value at the close of business on the day the loss is discovered.

CPT 9099           Includes copyrighted material of Insurance Services Offices, Inc. with its permission.           Page 10 of 17
1301                                    © 2013 SECURA Insurance Company

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000115 of 000168

This coverage is in addition to similar coverage in the Crime Section of this policy, if provided. This additional coverage does not nullify any similar coverage in the Crime Section of this policy.

**L.   Money Orders And Counterfeit Money**

We will pay for loss resulting directly from your having accepted in good faith, in exchange for merchandise, money or services:

**1.**   Money orders issued by any post office, express company or bank that are not paid upon presentation; or

**2.**   Counterfeit money that is acquired during the regular course of business. Counterfeit money means an imitation of money that is intended to deceive and to be taken as genuine.

The most we will pay for loss under this Extension is shown on the WRAP SCHEDULE.

This coverage is in addition to similar coverage in the Crime Section of this policy, if provided. This additional coverage does not nullify any similar coverage in the Crime Section of this policy.

**M.   Newly Acquired Or Constructed Property**

Item A. Coverage; 5. Coverage Extensions; a. Newly Acquired Or Constructed Property on the BUILDING AND PERSONAL PROPERTY COVERAGE FORM is deleted and replaced as follows:

**a.   Newly Acquired Or Constructed Property**

**(1)   Coverage**

You may extend Building, Business Personal Property, Broadened Business Income and Flex Coverage Extensions to apply to the following Covered Property:

**(a)**   Your new buildings during and after construction on the described premises;

**(b)**   Buildings you acquire at locations, other than the described premises, intended for:

**(i)**   Similar use as the building described in the Declarations; or

**(ii)**   Use as a warehouse;

**(c)**   Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions;

**(d)**   Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations; and

**(e)**   Business personal property that you newly acquire, located at the described premises.

This Extension does not apply to:

**(i)**   Personal property of others that is temporarily in your possession in the course of installing or performing work on such property;

**(ii)**   Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities; or

**(iii)**   Broadened Business Income at fairs, trade shows or exhibitions.

**(2)   Limit Of Insurance**

The most we will pay for loss under Newly Acquired Or Constructed Property for combined coverages that would qualify as Covered Property in paragraph (1) above for any one occurrence is shown on the WRAP SCHEDULE

Subject to this Newly Acquired or Constructed Property combined limit, the most we will pay for

**(a)**   Section I. FLEX COVERAGE EXTENSIONS; and

**(b)**   Section II. COVERAGE FEATURES; C. Broadened Business Income

of this Endorsement are their respective limits shown on the WRAP SCHEDULE.

**(3)   Period Of Coverage**

Includes copyrighted material of Insurance Services Offices, Inc., with its permission.
© 2013 SECURA Insurance Company

Filed          24-CI-00653    07/29/2024          Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL

DOCUMENT

AM

08/01/2024 09:27:35

87453-1

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000117 of 000168

With respect to insurance on or at each newly acquired or constructed property, coverage will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** 180 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

**(c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

**N. Ordinance Or Law**

This Extension applies only to buildings to which the Replacement Cost Optional Coverage applies.

**1.** If a Covered Cause of Loss occurs to covered Building property, we will pay:

**a.** Coverage A – Coverage for Loss to the Undamaged Portion of the Building

With respect to the building that has sustained covered direct physical damage, we will pay under Coverage A for the loss in value of the undamaged portion of the building as a consequence of the enforcement of an ordinance or law that requires demolition of undamaged parts of the same building. Coverage A is included in the Building Limit. If your Covered Property is provided on a Blanket Summary basis, the most we will pay under this Extension is 25% above the value of the damaged building as shown in the latest Statement of Values reported to us.

If you are a tenant, we will pay for the loss in value of your improvements and betterments as a consequence of the enforcement of an ordinance or law that requires demolition of undamaged parts of the same building. Coverage A is included in the Business Personal Property Limit. If your Covered Property is provided on a Blanket Summary basis, the most we will pay under this Extension is 25% above the value of the business personal property at the location of the loss as shown in the latest Statement of Values reported to us.

Coverage A does not increase the Limit of Insurance for Building or Business Personal Property Coverage.

**b.** Coverage B – Demolition Cost Coverage

With respect to the building or business personal property for your use interest as tenant in improvements and betterments only that has sustained covered direct physical damage, we will pay the cost to demolish and clear the site of undamaged parts of the same covered property, as a consequence of enforcement of an ordinance or law that requires demolition of such undamaged property.

The most we will pay for loss under Coverage B is the amount you actually spend to demolish and clear the site of the described premises, subject to the limit shown in paragraph c. below.

**c.** Coverage C – Increased Cost Of Construction

Item A. Coverages; 4. Additional Coverages; e. Increased Cost Of Construction; paragraph (6) on the BUILDING AND PERSONAL PROPERTY COVERAGE FORM is deleted and replaced with the following:

**(6)** The most we will pay under Coverages B and C combined, for loss or damage to any building or business personal property for your use interest as tenant in improvements and betterments only, is shown on the WRAP SCHEDULE. This limit is in addition to the Limit of Insurance for Building Coverage.

**d.** Increased Period of Restoration

If a Covered Cause of Loss occurs to property at the premises described in the Declarations, Broadened Business Income coverage is extended to also include the amount of actual and necessary loss you sustain during the increased period of suspension of operations caused by or resulting from the enforcement of any ordinance or law that:

**(1)** Regulates the construction or repair of any property;

CBT 9099
1301

Includes copyrighted material of Insurance Services Offices, Inc. with its permission.
© 2013 SECURA Insurance Company

Filed 24-CI-00853 07/29/2024 Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT
08/01/2024 09:27:35
AM

87453-1

(2) Requires the tearing down of parts of any property not damaged by a Covered Cause of Loss; and

(3) Is in force at the time of loss.

However, coverage is not extended under this endorsement to include loss caused by or resulting from the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

Coverage for increased period of restoration does not increase the Limit of Insurance for Broadened Business Income Coverage.

**O. Outdoor Property**

Item A. Coverage; 5. Coverage Extensions; e. Outdoor Property on the BUILDING AND PERSONAL PROPERTY COVERAGE FORM is deleted and replaced with the following:

**e. Outdoor Property**

You may extend the insurance provided by this Endorsement to apply to:

(1) Outdoor trees, shrubs and plants (other than "stock" of trees, shrubs or plants) including Debris Removal expenses.

The most we will pay for loss or damage by a Covered Cause of Loss is shown on the WRAP SCHEDULE. We will not pay for loss or damage to outdoor trees, shrubs, and plants (other than "stock" of trees, shrubs or plants) resulting from the following causes of loss: windstorm or hail; vehicles; vandalism or disease.

Subject to all aforementioned terms and limitations of coverage, this Coverage Extension includes the expense of removing from the described premises the debris of trees, shrubs and plants which are the property of others, except in the situation in which you are a tenant and such property is owned by the landlord of the described premises.

(2) Fences and Antennas

We will pay for a loss to fences, radio and television antennas (including lead-in wiring, masts, towers or satellite dishes) for any Covered Cause of Loss.

The following Exclusions do not apply to the Fences and Antennas Extension:

(i) Item B. Exclusions; 1.b. Earth Movement on the CAUSES OF LOSS – SPECIAL FORM;

(ii) Item B. Exclusions; 1.g. Water on the CAUSES OF LOSS – SPECIAL FORM; and

(iii) CP 1032 WATER EXCLUSION ENDORSEMENT.

The most we will pay for loss under this Extension is shown on the WRAP SCHEDULE.

**P. Outdoor Signs**

Item C. Limits Of Insurance; the second paragraph starting with "The most we will pay for loss or damage to outdoor signs" on the BUILDING AND PERSONAL PROPERTY COVERAGE FORM is deleted and replaced with the following:

The most we will pay for loss or damage to outdoor signs, whether or not the sign is attached to a building, is shown on the WRAP SCHEDULE. This limit applies per sign in any one occurrence.

The following Exclusions do not apply to outdoor signs not attached to your covered building:

(i) Item B. Exclusions; 1.b. Earth Movement on the CAUSES OF LOSS – SPECIAL FORM;

(ii) Item B. Exclusions; 1.g. Water on the CAUSES OF LOSS – SPECIAL FORM; and

(iii) CP 1032 WATER EXCLUSION ENDORSEMENT.

**Q. Personal Effects (Excluding Employee Tools)**

Item A. Coverages; 5. Coverage Extensions; b. Personal Effects And Property Of Others; paragraph (1) on the BUILDING AND PERSONAL PROPERTY COVERAGE FORM is amended as follows:

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000118 of 000168

Includes copyrighted material of Insurance Services Offices, Inc., with its permission.
© 2013 SECURA Insurance Company

Filed 24-CI-00853 07/29/2024 Jennifer Besecker, Daviess Circuit Clerk

Filed        24-CI-00853     07/29/2024        Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL

DOCUMENT

AM

08/01/2024 09:27:35

87453-1

The most we will pay at each described premises for loss under paragraph (1), Personal effects owned by you, your officers, your partners or members, your managers or your employees, is shown on the WRAP SCHEDULE. The theft limitation is deleted.

We will not pay for tools owned by you, your officers, your partners or members, your managers or your employees under this Extension.

This Personal Effects extension will also apply away from the described premises while performing duties in the course of your business operations. We will not pay for loss or damage to household or personal effects while at your residence or the residence of your officers, directors, partners, members, managers or your employees.

**R.  Personal Property Away From Premises**

**1.  Property Off-Premises**

Item A. Coverage; 5. Coverage Extensions; d. Property Off-Premises on the BUILDING AND PERSONAL PROPERTY COVERAGE FORM is amended as follows:

Paragraph (1)(a) is deleted and replaced with the following:

**(1)(a)**  At a location you do not own, lease or operate, including but not limited to property while at your residence; or the residence of your officers, your partners or members, your managers or your employees;

Paragraph (2)(b) property in the care, custody or control of your salespersons is deleted.

Paragraph (3) is deleted and replaced with the following:

**(3)**  The most we will pay for loss or damage under this Extension for:

**(a)**  Property at any fair, trade show or exhibition;

**(b)**  Property in a non-owned location; and

**(c)**  Property in the care, custody or control of a salesperson;

is shown on the WRAP SCHEDULE.

**2.  Property In Transit (Any Vehicle)**

Item F. Additional Coverage Extensions; 1. Property In Transit on the CAUSES OF LOSS – SPECIAL FORM is deleted and replaced with the following:

**1.  Property In Transit (Any Vehicle)**

This Extension applies only to your personal property to which this Endorsement applies.

**a.**  You may extend the insurance provided by this Coverage Part to apply to your personal property (including property in the care custody or control of your salespersons) in transit in or on any vehicle more than 1,000 feet from the described premises. Property must be between points in the coverage territory.

**b.**  Coverage for property in the possession of a carrier for hire is excess of any other applicable insurance, whether collectible or not.

**c.**  Loss or damage must be caused by or result from a Covered Cause of Loss or one of the following additional causes of loss:

**(1)**  Collapse of bridges, culverts, docks, or wharves.

**(2)**  Earth Movement. Item B. Exclusions; 1.b. Earth Movement on the CAUSES OF LOSS – SPECIAL FORM does not apply to the Property In Transit Extension.

**(3)**  Item A. Coverage; 1. Covered Property; 2.i. Property Not Covered Airborne/Waterborne Personal Property on the BUILDING AND PERSONAL PROPERTY COVERAGE FORM does not apply to the Property In Transit Extension.

**(4)**  Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the roadbed.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000119 of 000168

Filed                24-CI-00853     07/29/2024        Jennifer Besecker, Daviess Circuit Clerk

Includes copyrighted material of Insurance Services Offices, Inc. with its permission.
© 2013 SECURA Insurance Company

Filed          24-CI-00853      07/29/2024      Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT
08/01/2021 09:27:35
AM

(5) Water. Item B. Exclusions; 1.g. Water on the CAUSES OF LOSS – SPECIAL FORM and CP 1032 WATER EXCLUSION ENDORSEMENT do not apply to the Property In Transit Extension.

**d.** The most we will pay in any one occurrence for loss or damage under this Extension is shown on the WRAP SCHEDULE.

This Extension is additional insurance. Item F. Additional Conditions; 1. Coinsurance on the BUILDING AND PERSONAL PROPERTY COVERAGE FORM does not apply to this Extension.

**3. Builders Definition**

With respect to Personal Property Away From Premises, Items 1. Property Off-Premises and 2. Property In Transit (Any Vehicle) above; the limitation 2.c. Builders' machinery, tools and equipment on the CAUSES OF LOSS – SPECIAL FORM; builders means the following:

**1.** Builders include general contractors and any specialized subcontractor in the building construction trade. Specialized subcontractors include, but are not limited to electricians, carpenters, plumbers, heating system installers, landscape or land grading or other similar construction operations requiring specific expertise. A builder does not include construction operations that are incidental to the insured's primary non-construction operations. Examples include but are not limited to:

**a.** Installation work related to manufacturing or distribution operations;

**b.** Services arising out of building maintenance or upkeep, such as janitorial operations with secondary fix-it services; or

**c.** Any similar secondary operations which could be considered within this meaning of builders if such operation were principle to the insured's operation.

**S. Photographic Or Scientific Instrument Lenses**

Item C. Limitations; paragraph 2.b. on the CAUSES OF LOSS – SPECIAL FORM is amended to add:

This restriction does not apply to photographic or scientific instrument lenses.

Coverage for photographic or scientific instrument lenses does not increase the Limit of Insurance for Business Personal Property Coverage.

**T. Pollutant Clean-up And Removal**

The most we will pay under item A. Coverages; 4. Additional Coverages; d. Pollutant Clean-up And Removal on the BUILDING AND PERSONAL PROPERTY COVERAGE FORM is increased to the limit shown on the WRAP SCHEDULE during each separate 12 month period of this policy.

**U. Tenant Building – Required By Lease**

We will pay for direct physical loss of or damage to the building at the locations scheduled on the Declarations resulting from a Covered Cause of Loss provided that:

**a.** You are a tenant of the building shown in the Schedule; and

**b.** You have a contractual responsibility in your lease to insure the building, or a contractual responsibility in your lease to pay for loss or damage to that property.

Building includes building fixtures, including outdoor fixtures, and permanently installed machinery and equipment.

The most we will pay for loss under this Extension is shown on the WRAP SCHEDULE.

**V. Tenant Glass Breakage**

**1.** We will pay for direct physical loss of or damage to building glass at the locations scheduled on the Declarations resulting from a Covered Cause of Loss provided that:

**a.** You are a tenant of the building shown in the Schedule; and

**b.** You have a contractual responsibility to insure the building glass, or a contractual responsibility to pay for loss or damage to that property.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000120 of 000168

Filed          24-CI-00853      07/29/2024 © 2013 SECURA Insurance Company Besecker, Daviess Circuit Clerk

Filed          24-CI-00853     07/29/2024          Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL

DOCUMENT

AM

2.  The value of property covered under this Endorsement will be determined in accordance with item F. Loss Conditions; 7. Valuation on the BUILDING AND PERSONAL PROPERTY COVERAGE FORM, or at the amount for which you are liable under contract, whichever is less. If required by law, glass is covered at the cost of replacement with safety glazing material. The most we will pay under this Extension is shown on the WRAP SCHEDULE.

### W. Theft Of Building Materials

Item C. Limitations; paragraph 1.d. on the CAUSES OF LOSS – SPECIAL FORM is amended to add:

The most we will pay for loss or damage by theft or attempted theft of building materials and supplies not attached as part of the building or structure located either on or off premises owned by you is shown on the WRAP SCHEDULE.

### X. Unscheduled Structures

If this policy covers Building at the described premises, you may extend that insurance to apply to garages, storage buildings and structures that pertain to your business at the premises described in the declarations.

The most we will pay for all unscheduled structures under this Extension is the Limit of Insurance for Building Coverage or the limit shown on the WRAP SCHEDULE; whichever is less.

### Y. Valuable Papers And Records (Other Than Electronic Data)

Items 1. and 2. of A. Coverage; 5. Coverage Extensions; c. Valuable Papers And Records (Other Than Electronic Data) on the BUILDING AND PERSONAL PROPERTY COVERAGE FORM are deleted and replaced with the following:

1.  You may extend the insurance that applies to Your Business Personal Property to apply to the cost to replace or restore the lost information on your valuable papers and records; or property of others in your care, custody, or control for which duplicates do not exist. But this Extension does not apply to valuable papers and records which exist as electronic data. Electronic data has the meaning described under Property Not Covered, Electronic Data.

2.  If the Causes Of Loss – Special Form applies, coverage under this Extension includes all Covered Causes of Loss within that coverage form.

The following Exclusions do not apply to this Extension:

(i)   Item B. Exclusions; 1.b. Earth Movement on the CAUSES OF LOSS – SPECIAL FORM;

(ii)  Item B. Exclusions; 1.g. Water on the CAUSES OF LOSS – SPECIAL FORM;

(iii) Item B. Exclusions; 2.h. Dishonest or Criminal Acts but only as it relates to carriers for hire; and

(iv)  CP 1032 WATER EXCLUSION ENDORSEMENT.

The most we will pay for item A. Coverage; 5. Coverage Extensions; c. Valuable Papers And Records (Other Than Electronic Data) on the BUILDING AND PERSONAL PROPERTY COVERAGE FORM on or away from the described premises is shown on the WRAP SCHEDULE.

To the extent that the contents of the valuable papers and records are not restored, the valuable papers and records will be valued at the cost of replacement with blank materials of substantially identical type.

## III. CLAIM FRIENDLY SUPPORT

### A. Coinsurance Waiver On Losses Under $10,000

Item F. Additional Conditions; 1. Coinsurance on the BUILDING AND PERSONAL PROPERTY COVERAGE FORM does not apply if:

1.  The covered loss is less than $10,000; or

2.  Agreed Value Optional Coverage applies.

This provision will not apply to subsequent losses if we have notified you that a penalty would have applied and proper limits of insurance were not obtained within 30 days of such notice.

### B. Covered Crime Reward

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000121 of 000168

Includes copyrighted material of Insurance Services Offices, Inc., with its permission.
© 2013 SECURA Insurance Company

Filed          24-CI-00853     07/29/2024          Jennifer Besecker, Daviess Circuit Clerk

We will pay up to the Covered Crime Reward limit shown on the WRAP SCHEDULE for information that leads to a conviction in connection with a covered loss under this policy. Regardless of the number of persons involved in providing information, our liability under this Extension will not be increased. The amount of reward to be paid will be determined by us and must be disclosed prior to the information leading to conviction provided by informant is disclosed, but shall in no event be more than the Covered Crime Reward limit described above.

**C.   Removal Of Property To Prevent A Loss**

Item A. Coverage; 4. Additional Coverages; b. Preservation Of Property on the BUILDING AND PERSONAL PROPERTY COVERAGE FORM is amended to add:

We will also pay costs or expenses to remove or protect Covered Property at locations endangered by a Covered Cause of Loss that would have caused direct physical loss of or damage to such Covered Property.

The limit shown on the WRAP SCHEDULE is an additional amount we will pay for these costs or expenses.

**D.   Deductible Provisions**

Item D. Deductible on the BUILDING AND PERSONAL PROPERTY COVERAGE FORM is amended by adding:

When an occurrence involves loss to more than one item of Covered Property and separate Limits of Insurance apply, the losses will not be combined in determining application of the Deductible; however, the Deductible will be applied only once per occurrence.

Refer to Section III.D. Deductible Provisions on the WRAP SCHEDULE for applicable deductibles.

All other terms and conditions of this policy not in conflict with the terms and conditions of this Endorsement shall continue to apply.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000122 of 000168

Filed          24-CI-00853   07/29/2024          Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT
08/01/2024 09:27:35
AM
87453-1

THIS ENDORSEMENT CHANGES YOUR POLICY. PLEASE READ IT CAREFULLY.

# EQUIPMENT BREAKDOWN WRAP
# CAUSES OF LOSS - BREAKDOWN

### Equipment Breakdown Coverages Plus Expanded Coverages

This Endorsement modifies insurance provided under the following:
BUILDING AND PERSONAL PROPERTY COVERAGE FORM
COMPUTER AMENDATORY
CAUSES OF LOSS - SPECIAL FORM
WATER EXCLUSION ENDORSEMENT
When added to the policy:
BUSINESS INCOME (AND EXTRA EXPENSE)
BUSINESS INCOME (WITHOUT EXTRA EXPENSE)

This Coverage Form applies only to the premises in the Declarations where the CAUSES OF LOSS-SPECIAL FORM is shown.

## SCHEDULE

| Coverages | Limit |
|---|---|
| **I.   Additional Covered Causes of Loss Section** | |
| A.  Equipment Breakdown | Included |
| B.  Limited Additional Breakdown Coverages | |
| 1.   Expediting Expenses | $25,000 * |
| 2.   Hazardous Substances | $25,000 * |
| 3.   CFC Refrigerants | Included |
| 4.   Business Income and Extra Expense | Included ** |

Deductible: $500, or as shown on the Covered Property and Income Coverages; whichever is greatest. *

### II.   Expanded Coverage Section

The most we will pay for any of the expanded coverages is the limit of insurance shown in this Schedule.

| | |
|---|---|
| A.  SPOILAGE COVERAGE (includes temperature and humidity change) | |
| 1.   "Perishable Stock" | $25,000 |
| 2.   Deductible | $500 * |
| 3.   Breakdown or Contamination | Included |
| 4.   Power Outage | Included |
| 5.   Selling Price | Included |
| B.  UTILITY SERVICES – DIRECT DAMAGE and TIME ELEMENT COVERAGE ** | |
| 1.   Building, Business Personal Property, and if applicable Business Income and Extra Expense combined | $25,000 |
| 2.   Water Supply Property | Included |
| 3.   Wastewater Removal Property | Included |
| 4.   Communication Supply Property (including overhead transmission lines) | Included |
| 5.   Power Supply Property (including overhead transmission lines) | Included |
| 6.   Covered Causes of Loss applicable | Special, and Equipment Breakdown |
| 7.   Time Element | 24 Hour Waiting Period |

\*      Unless otherwise shown on a Breakdown Coverage Modification Endorsement

\*\*    When Business Income Forms are added to the policy.

(If no entry appears above, information required to complete this endorsement will be shown in the Endorsement Schedule of the Declarations as applicable to this endorsement.)

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000123 of 000168

Filed 24-CI-00853 07/29/2024 Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT
08/01/2024 09:27:35
AM

**I.** **Additional Covered Causes Of Loss**

The following is added as an Additional Coverage on the CAUSES OF LOSS—SPECIAL FORM:

**A.** **Additional Coverage – Equipment Breakdown**

87453-1

The term Covered Cause of Loss includes the Additional Coverage Equipment Breakdown as described and limited below.

**1.** We will pay for direct physical damage to Covered Property that is the direct result of an "accident". As used in this Additional Coverage, "accident" means a fortuitous event that causes direct physical damage to "covered equipment". The event must be one of the following:

**a.** Mechanical breakdown, including rupture or bursting caused by centrifugal force;

**b.** Artificially generated electrical, magnetic or electromagnetic energy, including electric arcing, that damages, disturbs, disrupts or otherwise interferes with any electrical or electronic wire, device, appliance, system or network;

**c.** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control;

**d.** Loss or damage to steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment; or

**e.** Loss or damage to hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment.

**B.** **Limited Additional Breakdown Coverages**

Unless otherwise shown in a Breakdown Coverage Modification Endorsement or Schedule, the following coverages also apply to the direct result of an "accident". These coverages do not provide additional amounts of insurance.

**1.** **Expediting Expenses**

With respect to your damaged Covered Property, we will pay the reasonable extra cost to:

**a.** Make temporary repairs; and

**b.** Expedite permanent repairs or permanent replacement.

The most we will pay for loss or expense under this coverage is $25,000 unless otherwise shown in a Breakdown Coverage Modification Endorsement or Schedule.

**2.** **Hazardous Substances**

We will pay for the additional cost to repair or replace Covered Property because of contamination by a "hazardous substance". This includes the additional costs to clean up or dispose of such property.

As used in this coverage, additional costs mean those beyond what would have been payable under this Equipment Breakdown coverage had no "hazardous substance" been involved.

The most we will pay for loss, damage or expense under this coverage, including actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered, is $25,000 unless otherwise shown in a Breakdown Coverage Modification Endorsement or Schedule.

**5.** **CFC Refrigerants**

We will pay for the additional cost to repair or replace Covered Property because of the use or presence of a refrigerant containing CFC (chlorofluorocarbon) substances. This means the additional cost to do the least expensive of the following:

**a.** Repair the damaged property and replace any lost CFC refrigerant;

**b.** Repair the damaged property, retrofit the system to accept a non-CFC refrigerant and charge the system with a non-CFC refrigerant; or

**c.** Replace the system with one using a non-CFC refrigerant.

Additional costs mean those beyond what would have been required had no CFC refrigerant been involved.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000124 of 000168

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© 2013 SECURA Insurance Company

Filed            24-CI-00853      07/29/2024      Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL

DOCUMENT

08/01/2024 09:27:35

AM

The most we will pay under this coverage is the applicable Limit of Insurance for Covered Property.

**6. Business Income and Extra Expense**

Any insurance provided under this coverage part for Business Income or Extra Expense is extended to the coverage provided by this Endorsement. However, if a deductible is shown in a Breakdown Coverage Modification Endorsement, then as respects Equipment Breakdown coverage, the "period of restoration" will begin immediately after the "accident", and the deductible shown in the Breakdown Coverage Modification Endorsement will apply.

The most we will pay for loss or expense under this coverage is the applicable limit for Business Income and Extra Expense, unless otherwise shown in a Breakdown Coverage Modification Endorsement.

**C. Conditions**

The following Conditions are added to item F. Additional Conditions on the BUILDING AND PERSONAL PROPERTY COVERAGE FORM, the Commercial Property Conditions and the Common Policy Conditions.

**1. Suspension**

Whenever "covered equipment" is found to be in, or exposed to, a dangerous condition, any of our representatives may immediately suspend the insurance against loss from an "accident" to that "covered equipment". This can be done by mailing or delivering a written notice of suspension to:

**a.** Your last known address; or

**b.** The address where the "covered equipment" is located.

Once suspended in this way, your insurance can be reinstated only by an Endorsement for that "covered equipment". If we suspend your insurance, you will get a pro rata refund of premium for that "covered equipment". But the suspension will be effective even if we have not yet made or offered a refund.

**2. Jurisdictional Inspections**

If any property that is "covered equipment" under this Endorsement requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspection on your behalf. We do not warrant that conditions are safe or healthful.

**3. Environmental, Safety and Efficiency Improvements**

If "covered equipment" requires replacement due to an "accident", we will pay your additional cost to replace with equipment that is better for the environment, safer or more efficient than the equipment being replaced.

However, we will not pay more than 125% of what the cost would have been to repair or replace with like kind and quality. This condition does not increase any of the applicable limits. This condition does not apply to any property to which Actual Cash Value applies.

**4. Coinsurance**

If a coinsurance percentage is shown in a Breakdown Coverage Modification Endorsement for specified coverages, the following condition applies.

We will not pay for the full amount of your loss if the applicable limit is less than the product of the specified coinsurance percentage times the value of the property subject to the coverage at the time of the loss. Instead, we will determine what percentage this calculated product is compared to the applicable limit and apply that percentage to the gross amount of loss. We will then subtract the applicable deductible. The resulting amount, or the applicable limit, is the most we will pay. We will not pay for the remainder of the loss. Coinsurance applies separately to each insured location.

**D. Deductible**

The deductible in the Schedule applies to this Equipment Breakdown, unless modified on a Breakdown Coverage Modification Endorsement. If a separate Equipment Breakdown deductible is shown, the following applies.

Filed            24-CI-00853      07/29/2024      Jennifer Besecker, Daviess Circuit Clerk

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© 2013 SECURA Insurance Company

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000125 of 000168

Filed          24-CI-00853   07/29/2024          Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL

DOCUMENT

AM

08/01/2024 09:27:35

87453-1

Only as regards Equipment Breakdown Coverage, item D. Deductible on the BUILDING AND PERSONAL PROPERTY COVERAGE FORM is deleted and replaced with the following:

1. **Deductibles for Each Coverage**

   a. Unless a Breakdown Coverage Modification Endorsement or Schedule indicates that your deductible is combined for all coverage, multiple deductibles may apply to any "one accident".

   b. We will not pay for loss, damage or expense under any coverage until the amount of the covered loss, damage or expense exceeds the deductible amount indicated for that coverage in a Breakdown Coverage Modification Endorsement or Schedule. We will then pay the amount of loss, damage or expense in excess of the applicable deductible amount, subject to the applicable limit.

   c. If deductibles vary by type of "covered equipment" and more than one type of "covered equipment" is involved in any "one accident", only the highest deductible for each coverage will apply.

2. **Direct and Indirect Coverages**

   a. Direct Coverages Deductibles and Indirect Coverages Deductibles may be indicated in a Breakdown Coverage Modification Endorsement.

   b. Unless more specifically indicated in a Breakdown Coverage Modification Endorsement:

      (1) Indirect Coverages Deductibles apply to Business Income and Extra Expense loss; and.

      (2) Direct Coverages Deductibles apply to all remaining loss, damage or expense covered by this Endorsement.

3. **Application of Deductibles**

   a. **Dollar Deductibles**

      We will not pay for loss, damage or expense resulting from any "one accident" until the amount of loss, damage or expense exceeds the applicable Deductible shown in a Breakdown Coverage Modification endorsement or Schedule. We will then pay the amount of loss or damage in excess of the applicable Deductible or Deductibles, up to the applicable Limit of Insurance.

   b. **Time Deductible**

      If a time deductible is shown in a Breakdown Coverage Modification Endorsement or Schedule, we will not be liable for any loss occurring during the specified number of hours or days immediately following the "accident". If a time deductible is expressed in days, each day shall mean 24 consecutive hours.

   c. **Multiple of Average Daily Value (ADV)**

      If a deductible is expressed as a number times Average Daily Value (ADV), that amount will be calculated as follows:

      The ADV will be the Business Income (as defined in any Business Income coverage that is part of this policy) that would have been earned during the period of interruption of business had no "accident" occurred, divided by the number of working days in that period. No reduction shall be made for the Business Income not being earned, or in the number of working days, because of the "accident" or any other scheduled or unscheduled shutdowns during the period of interruption. The ADV applies to the Business Income value of the entire location, whether or not the loss affects the entire location. If more than one location is included in the valuation of the loss, the ADV will be the combined value of all affected locations. For purposes of this calculation, the period of interruption may not extend beyond the "period of restoration".

      The number indicated in a Breakdown Coverage Modification Endorsement shall be multiplied by the ADV as determined above. The result shall be used as the applicable deductible.

   d. **Percentage of Loss Deductibles**

      If a deductible is expressed as a percentage of loss, we will not be liable for the indicated percentage of the gross amount of loss, damage or expense (prior to any applicable deductible or coinsurance) insured under the applicable coverage. If the dollar amount of such percentage is

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000126 of 000168

Filed          24-CI-00853   07/29/2024          Jennifer Besecker, Daviess Circuit Clerk

Filed          24-CI-00853   07/29/2024          Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT
08/01/2024 09:27:35
AM
87453-1

less than the indicated minimum deductible, the minimum deductible will be the applicable deductible.

All Exclusions in the CAUSES OF LOSS – SPECIAL FORM apply except as modified below and to the extent that coverage is specifically provided by this Endorsement.

1. **Modified Exclusions**

   The Exclusions are modified as follows:

   **a.** Item B. Exclusions; 1.g. on the CAUSES OF LOSS – SPECIAL FORM and item B. Water; paragraph 1. on CP 1032 WATER EXCLUSION ENDORSEMENT are amended to add:

   However, if electrical "covered equipment" requires drying out because of Water as described in g.(1) through g.(3) on the CAUSES OF LOSS – SPECIAL FORM or 1. through 3. on CP 1032 WATER EXCLUSION ENDORSEMENT, we will pay for the direct expenses of such drying out subject to the applicable Limit of Insurance and deductible for Building or Business Personal Property, whichever applies.

   **b.** As respects this Endorsement only, the last paragraph of item B. Exclusions; 2.d. on the CAUSES OF LOSS – SPECIAL FORM is deleted and replaced with the following:

   But if an excluded cause of loss that is listed in 2.d.(1) through (7) results in an "accident", we will pay for the loss or damage caused by that "accident".

2. **Additional Exclusions**

   The following Exclusions are added:

   **a.** We will not pay under this Endorsement for loss, damage or expense caused by or resulting from:

   **(1)** A hydrostatic, pneumatic or gas pressure test of any boiler or pressure vessel or an electrical insulation breakdown test of any type of electrical equipment; or

   **(2)** Any of the following:

   **(a)** Defect, programming error, programming limitation, computer virus, malicious code, loss of "data", loss of access, loss of use, loss of functionality or any other condition within or involving "data" or "media" of any kind; or

   **(b)** Misalignment, miscalibration, tripping off-line, or any condition which can be corrected by resetting, tightening, adjusting or cleaning, or by the performance of maintenance.

   However, if an "accident" results, we will pay for the resulting loss, damage or expense caused by that "accident".

   **b.** With respect to Service Interruption coverage, we will also not pay for an "accident" caused by or resulting from: fire; lightning; windstorm or hail; explosion (except as specifically provided in 1.c. under Additional Coverage Equipment Breakdown above); smoke; aircraft or vehicles; riot or civil commotion; vandalism; sprinkler leakage; falling objects; weight of snow, ice or sleet; freezing; collapse; flood or earth movement.

   **c.** With respect to this Equipment Breakdown coverage only, we will not pay for penalty costs resulting from the suspension, lapse or cancellation of a contract that is directly caused by an "accident" to "covered equipment".

   **d.** We will not pay under Section I., Additional Covered Causes of Loss of this Endorsement, for Spoilage loss or damage caused by or resulting from an "accident" when Breakdown or Contamination coverage is provided in Section II., Expanded Coverage of this Endorsement.

All provisions in the BUSINESS AND PERSONAL PROPERTY COVERAGE FORM apply except as modified below and to the extent that coverage is specifically provided by this Endorsement.

1. **Limit**

   The most we will pay for loss, damage or expense arising from any "one accident" is the applicable Limit of Insurance shown in the Declarations unless otherwise shown in a Breakdown Coverage Modification Endorsement. Coverage provided under this Endorsement does not provide an additional amount of insurance.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000127 of 000168

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© 2013 SECURA Insurance Company

Filed          24-CI-00853     07/29/2024          Jennifer Besecker, Daviess Circuit Clerk

DOCUMENT

AM

NOT ORIGINAL

08/01/2024 09:27:35

87453-1

**2. Additional Definitions**

**a.** "Boilers and Vessels" means:

**(1)** Any boiler, including attached steam, condensate and feedwater piping; and

**(2)** Any fired or unfired pressure vessel subject to vacuum or internal pressure other than the static pressure of its contents.

This term does not appear elsewhere in this Equipment Breakdown coverage, but may appear in a Breakdown Coverage Modification Endorsement.

**b.** **"Covered equipment"**

**(1)** "Covered equipment" means, unless otherwise specified in a Breakdown Coverage Modification Endorsement, Covered Property:

**(a)** That generates, transmits or utilizes energy, including electronic communications and data processing equipment; or

**(b)** Which, during normal usage, operates under vacuum or pressure, other than the weight of its contents.

**(2)** None of the following is "covered equipment":

**(a)** Structure, foundation, cabinet, compartment or air supported structure or building;

**(b)** Insulating or refractory material;

**(c)** Sewer piping, buried vessels or piping, or piping forming a part of a sprinkler or fire suppression system;

**(d)** Water piping other than boiler feedwater piping, boiler condensate return piping or water piping forming a part of a refrigerating or air conditioning system;

**(e)** "Vehicle", or any equipment mounted on a "vehicle";

**(f)** Satellite, spacecraft or any equipment mounted on a satellite or spacecraft;

**(g)** Dragline, excavation or construction equipment;

**(h)** Equipment manufactured by you for sale; or

**(i)** Patterns, dies, molds and forms.

**c.** "Data" means information or instructions stored in digital code capable of being processed by machinery.

**d.** "Hazardous substance" means any substance that is hazardous to health or has been declared to be hazardous to health by a governmental agency.

**e.** "Media" means material on which "data" is recorded, such as magnetic tapes, hard disks, optical disks or floppy disks.

**f.** "One accident" means: If an initial "accident" causes other "accidents", all will be considered "one accident". All "accidents" that are the result of the same event will be considered "one accident".

**g.** "Production Machinery" means any machine or apparatus that processes or produces a product intended for eventual sale. However, "production machinery" does not mean any fired or unfired pressure vessel other than a cylinder containing a movable plunger or piston.

This term does not appear elsewhere in this Equipment Breakdown coverage, but may appear in a Breakdown Coverage Modification Endorsement.

**h.** "Vehicle" means, as respects this Endorsement only, any machine or apparatus that is used for transportation or moves under its own power. "Vehicle" includes, but is not limited to, car, truck, bus, trailer, train, aircraft, watercraft, forklift, bulldozer, tractor or harvester.

However, any property that is stationary, permanently installed at a covered location and that receives electrical power from an external power source will not be considered a "vehicle".

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000128 of 000168

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© 2013 SECURA Insurance Company

Filed        24-CI-00853    07/29/2024    Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT
08/01/2024 09:27:35
AM
87453-1

## II. Expanded Coverages

**COORDINATION OF LIMITS** – The following Condition applies in addition to the Common Policy Conditions and the Commercial Property Conditions.

If other specific insurance is written by us covering the same loss or damage provided by this form, then the broadest coverage is primary.  Each coverage form written by us, whether primary or excess, is subject to its own terms and conditions including deductibles.   We will not pay more than the actual loss, or applicable combined limits of insurance, whichever is less.

### A. Spoilage Coverage (includes temperature and humidity change)

The BUILDING AND PERSONAL PROPERTY COVERGE FORM is extended to insure against direct physical loss or damage by the Covered Causes of Loss, but only with respect to this Spoilage Coverage.

1. Paragraph A.1., Covered Property, is replaced by the following:

   **1. Covered Property**

   Covered Property means "perishable stock" at the described premises owned by you or by others that is in your care, custody or control.

2. With respect to the coverage provided by this endorsement, property located on buildings or in the open or in vehicles is considered to be Property Not Covered.

3. Paragraph A.3., Covered Causes Of Loss, is replaced by the following:

   **3. Covered Causes Of Loss**

   Covered Causes of Loss means the following:

   **a.** Breakdown or Contamination, meaning:

   **(1)** Change in temperature or humidity resulting from mechanical breakdown or mechanical failure of refrigerating, cooling or humidity control apparatus or equipment, only while such equipment or apparatus is at the described premises; and

   **(2)** Contamination by the refrigerant.

   **b.** Power Outage, meaning change in temperature or humidity resulting from complete or partial interruption of electrical power, either on or off the described premises, due to conditions beyond your control.

4. **Selling Price**

   The following is added to the Valuation Loss Condition:

   We will determine the value of finished "perishable stock" in the event of loss or damage at:

   **a.** The selling price, as if no loss or damage had occurred;

   **b.** Less discounts and expenses you otherwise would have had.

5. Paragraph A.5., Coverage Extensions, does not apply.

6. Paragraph B., Exclusions, is replaced by the following:

   **B. Exclusions**

   1. Only the following Exclusions contained in Paragraph B.1. of the Causes of Loss Form applicable to this Coverage Part apply to Spoilage Coverage:

      **a.** Earth Movement;

      **b.** Governmental Action;

      **c.** Nuclear Hazard;

      **d.** War And Military Action; and

      **e.** Water.

   2. The following Exclusions are added:

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000129 of 000168

HSB 5000        Includes copyrighted material of Insurance Services Office, Inc., with its permission.
1301                        © 2013 SECURA Insurance Company

Filed        24-CI-00853   07/29/2024        Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT
08/01/2024 09:27:35
AM
87453-1

We will not pay for loss or damage caused by or resulting from:

a. The disconnection of any refrigerating, cooling or humidity control system from the source of power.

b. The deactivation of electrical power caused by the manipulation of any switch or other device used to control the flow of electrical power or current.

c. The inability of an Electrical Utility Company or other power source to provide sufficient power due to:

(1) Lack of fuel; or

(2) Governmental order.

d. The inability of a power source at the described premises to provide sufficient power due to lack of generating capacity to meet demand.

e. Breaking of any glass that is a permanent part of any refrigerating, cooling or humidity control unit.

7. Paragraph D., Deductible, is replaced by the following:

We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Schedule for this Spoilage Coverage. We will then pay the amount of loss or damage in excess of that Deductible, up to the applicable Limit of Insurance. No other deductible in this policy applies to the coverage provided by this endorsement.

8. Paragraph G., Optional Coverages, does not apply.

9. The following is added to the Definitions:

"Perishable stock" means personal property:

a. Maintained under controlled conditions for its preservation; and

b. Susceptible to loss or damage if the controlled conditions change.

**B. Utility Services**

**1. Direct Damage and Time Element Coverage**

We will pay for loss of or damage to Covered Property described in the Schedule, caused by an interruption in utility service to the described premises.   Your coverage for Business Income and/or Extra Expense, as provided and limited in the applicable Coverage Form, is also extended to apply to a "suspension" of "operations" at the described premises caused by an interruption in utility service to that premises.

The interruption in utility service must result from direct physical loss or damage by a Covered Cause of Loss (as indicated in the Schedule) to the property described in Paragraph **3.**

**2. Exception**

Coverage under this Utility Services Coverage  for loss or damage to Covered Property does not apply to loss or damage to electronic data, including destruction or corruption of electronic data. The term electronic data has the meaning set forth in the Coverage Form to which this endorsement applies.

**3. Utility Services**

a. Water Supply Property, meaning the following types of property supplying water to the described premises:

(1) Pumping stations; and

(2) Water mains.

b. Wastewater Removal Property, meaning a utility system for removing wastewater and sewage from the described premises, other than a system designed primarily for draining storm water. The utility property includes sewer mains, pumping stations and similar equipment for moving the effluent to a holding, treatment or disposal facility, and includes such facilities.

Coverage under this endorsement does not apply to interruption in service caused by or resulting from a discharge of water or sewage due to heavy rainfall or flooding.

Filed        24-CI-00853   07/29/2024        Jennifer Besecker, Daviess Circuit Clerk

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000130 of 000168

NOT ORIGINAL
DOCUMENT
AM

c. Communication Supply Property, meaning property supplying communication services, including telephone, radio, microwave or television services to the described premises, such as:

(1) Communication transmission lines, including optic fiber transmission lines;

(2) Coaxial cables; and

(3) Microwave radio relays except satellites.

d. Power Supply Property, meaning the following types of property supplying electricity, steam or gas to the described premises:

(1) Utility generating plants;

(2) Switching stations;

(3) Substations;

(4) Transformers; and

(5) Transmission lines.

**4. Definition**

As used in this endorsement, the term transmission lines includes all lines which serve to transmit communication service or power, including lines which may be identified as distribution lines.

**5. Coinsurance Waiver**

The Coinsurance Additional Condition does not apply to this endorsement.

**6. Limit Of Insurance**

The limit of insurance shown in the schedule is the most we will pay for Building, Business Personal Property, and Business Income and Extra Expense combined.

**7. Deductible**

Unless otherwise shown in a Breakdown Coverage Modification Endorsement, this Utility Services-Time Element coverage will not apply unless the failure or disruption of service exceeds 24 hours immediately following the "accident". Once this waiting period is met, coverage will commence at the initial time of the interruption and will be subject to all applicable deductibles.

All other terms and conditions of this policy not in conflict with the terms and conditions of this Endorsement shall continue to apply.

Filed          24-CI-00853     07/29/2024      Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT

AM                                                                                   09:27:35

COMMERCIAL PROPERTY
CP 01 66 09 00

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# KENTUCKY CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** The following exclusion and related provisions are added to Paragraph **B.2. Exclusions** in the Causes Of Loss Forms and to any Coverage Form or policy to which a Causes Of Loss Form is not attached:

  **1.** We will not pay for loss or damage arising out of any act committed:

  **a.** By or at the direction of any insured; and

  **b.** With the intent to cause a loss.

  **2.** However, this exclusion will not apply to deny coverage to an innocent co-insured who did not cooperate in or contribute to the creation of the loss, provided the loss is otherwise covered under this Coverage Part and:

  **a.** The loss arose out of a pattern of domestic violence and abuse; and

  **b.** The perpetrator of the loss is criminally prosecuted for the act causing the loss.

  **3.** If we pay a claim pursuant to Paragraph **A.2.**, our payment to the insured is limited to that insured's ownership interest in the property less any payments we first made to a mortgagee or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

**B.** The **Transfer Of Rights Of Recovery Against Others To Us** Condition, in the Commercial Property Conditions, is amended by adding the following:

If we pay an innocent co-insured for loss described in Paragraph **A.2.**, the rights of the innocent co-insured to recover damages from the perpetrator are transferred to us to the extent of our payment. Following the loss, the innocent co-insured may not waive such rights to recover against the perpetrator of the domestic violence.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000132 of 000168

**CP 01 66 09 00**          Copyright, Insurance Services Office, Inc.,  2000          **Page 1 of 1**

Filed          24-CI-00853      07/29/2024        Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT

AM

COMMERCIAL GENERAL LIABILITY
CG 00 01 12 07

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **II** – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** – Definitions.

## SECTION I – COVERAGES

### COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

**(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000133 of 000168

Filed 24-CI-00853 07/29/2024 Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT
08/01/2024 09:27:35
AM

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

**2. Exclusions**

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000134 of 000168

Filed          24-CI-00853          07/29/2024          Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL

DOCUMENT

AM

**f. Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

(i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

(ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

(i) Any insured; or

(ii) Any person or organization for whom you may be legally responsible; or

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

(i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

(ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000135 of 000168

Filed          24-CI-00853      07/29/2024        Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT
08/01/2024 09:27:35
AM
87453-1

(2) Any loss, cost or expense arising out of any:

   (a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

   (b) Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

(1) A watercraft while ashore on premises you own or rent;

(2) A watercraft you do not own that is:

   (a) Less than 26 feet long; and

   (b) Not being used to carry persons or property for a charge;

(3) Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

(4) Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

(5) "Bodily injury" or "property damage" arising out of:

   (a) The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged; or

   (b) the operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

(1) The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

(2) The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

(1) Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

(2) Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

(3) Property loaned to you;

(4) Personal property in the care, custody or control of the insured;

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000136 of 000168

Filed          24-CI-00853     07/29/2024     Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT
08/01/2024 09:27:35
AM

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **III** – Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k.** **Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l.** **Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m.** **Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n.** **Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o.** **Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p.** **Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**q.** **Distribution Of Material In Violation Of Statutes**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

**(3)** Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000137 of 000168

Filed          24-CI-00853     07/29/2024          Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT
AM                                                                08/01/2024 09:27:35

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section III – Limits Of Insurance.

## COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY

### 1. Insuring Agreement

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B.**

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

### 2. Exclusions

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods – Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of websites for others; or

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000138 of 000168

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a.**, **b.** and **c.** of "personal and advertising injury" under the Definitions Section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-Related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o. War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**p. Distribution Of Material In Violation Of Statutes**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

**(3)** Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

**COVERAGE C MEDICAL PAYMENTS**

**1. Insuring Agreement**

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)** On premises you own or rent;

**(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations;

provided that:

**(a)** The accident takes place in the "coverage territory" and during the policy period;

**(b)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

**(1)** First aid administered at the time of an accident;

**(2)** Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

Presiding Judge: HON. LISA P. JONES (606394)

Filed                    24-CI-00853      07/29/2024        Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT

AM                                                                                      08/01/2024 09:27:35

**2. Exclusions**

We will not pay expenses for "bodily injury":

**a. Any Insured**

To any insured, except "volunteer workers".

**b. Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c. Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

**d. Workers Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e. Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

**f. Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

**g. Coverage A Exclusions**

Excluded under Coverage **A**.

**SUPPLEMENTARY PAYMENTS – COVERAGES A AND B**

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**a.** All expenses we incur.

**b.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**e.** All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

**f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**2.** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**f.** The indemnitee:

**(1)** Agrees in writing to:

**(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

**(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

**(c)** Notify any other insurer whose coverage is available to the indemnitee; and

**(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

**(2)** Provides us with written authorization to:

**(a)** Obtain records and other information related to the "suit"; and

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000140 of 000168

Filed            24-CI-00853      07/29/2024      Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT

AM

08/01/2024 09:27:35

**(b)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

## SECTION II – WHO IS AN INSURED

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**2.** Each of the following is also an insured:

**a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

**(1)** "Bodily injury" or "personal and advertising injury":

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs **(1)(a)** or **(b)** above; or

**(d)** Arising out of his or her providing or failing to provide professional health care services.

**(2)** "Property damage" to property:

**(a)** Owned, occupied or used by,

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000141 of 000168

Filed          24-CI-00853     07/29/2024     Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT
AM                                                              08/01/2024 09:27:35

**b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

   **(1)** With respect to liability arising out of the maintenance or use of that property; and

   **(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III – LIMITS OF INSURANCE

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**2.** The General Aggregate Limit is the most we will pay for the sum of:

**a.** Medical expenses under Coverage **C**;

**b.** Damages under Coverage **A**, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

**c.** Damages under Coverage **B**.

**3.** The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

**4.** Subject to Paragraph **2.** above, the Personal and Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

**5.** Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

**a.** Damages under Coverage **A**; and

**b.** Medical expenses under Coverage **C**

because of all "bodily injury" and "property damage" arising out of any one "occurrence".

**6.** Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

**7.** Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS

**1. Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

**2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

**a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

   **(1)** How, when and where the "occurrence" or offense took place;

   **(2)** The names and addresses of any injured persons and witnesses; and

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000142 of 000168

Filed          24-CI-00853      07/29/2024      Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT

AM                                                                                    08/01/2024 09:27:35

**(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.** If a claim is made or "suit" is brought against any insured, you must:

**(1)** Immediately record the specifics of the claim or "suit" and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b. Excess Insurance**

**(1)** This insurance is excess over:

**(a)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(i)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(ii)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(iii)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(iv)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section I – Coverage **A** – Bodily Injury And Property Damage Liability.

**(b)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured by attachment of an endorsement.

**(2)** When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000143 of 000168

Filed            24-CI-00853    07/29/2024        Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT

AM

08/01/2024 09:27:35

(3) When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

(a) The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

(b) The total of all deductible and self-insured amounts under all that other insurance.

(4) We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

a. We will compute all premiums for this Coverage Part in accordance with our rules and rates.

b. Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

c. The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

a. The statements in the Declarations are accurate and complete;

b. Those statements are based upon representations you made to us; and

c. We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

87453-1

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

a. As if each Named Insured were the only Named Insured; and

b. Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V – DEFINITIONS**

1. "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

a. Notices that are published include material placed on the Internet or on similar electronic means of communication; and

b. Regarding web-sites, only that part of a web-site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

2. "Auto" means:

a. A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

b. Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000144 of 000168

Filed          24-CI-00853     07/29/2024     Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT

AM

08/01/2024 09:27:35

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

**c.** All other parts of the world if the injury or damage arises out of:

**(1)** Goods or products made or sold by you in the territory described in Paragraph **a.** above;

**(2)** The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

**(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

**5.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**6.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

**7.** "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

**a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

**b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

**9.** "Insured contract" means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

**b.** A sidetrack agreement;

**c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000145 of 000168

CG 00 01 12 07          © ISO Properties, Inc., 2006          Page 13 of 16

Filed            24-CI-00853      07/29/2024      Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT

AM                                                                                          08/01/2024 09:27:35
                                                                                            87455-4

**10.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**11.** "Loading or unloading" means the handling of property:

  **a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

  **b.** While it is in or on an aircraft, watercraft or "auto"; or

  **c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

  but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**12.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

  **a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

  **b.** Vehicles maintained for use solely on or next to premises you own or rent;

  **c.** Vehicles that travel on crawler treads;

  **d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

   **(1)** Power cranes, shovels, loaders, diggers or drills; or

   **(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

  **e.** Vehicles not described in Paragraph **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

   **(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

   **(2)** Cherry pickers and similar devices used to raise or lower workers;

  **f.** Vehicles not described in Paragraph **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

  **(1)** Equipment designed primarily for:

   **(a)** Snow removal;

   **(b)** Road maintenance, but not construction or resurfacing; or

   **(c)** Street cleaning;

  **(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

  **(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

  **a.** False arrest, detention or imprisonment;

  **b.** Malicious prosecution;

  **c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

  **d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

  **e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

  **f.** The use of another's advertising idea in your "advertisement"; or

  **g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000146 of 000168

Filed          24-CI-00853       07/29/2024        Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT
AM

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

**(1)** Products that are still in your physical possession; or

**(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

**(a)** When all of the work called for in your contract has been completed.

**(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

**(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**b.** Does not include "bodily injury" or "property damage" arising out of:

**(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

**(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

**(3)** Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**19.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**21.** "Your product":
**a.** Means:

**(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

**(a)** You;

**(b)** Others trading under your name; or

**(c)** A person or organization whose business or assets you have acquired; and

**(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000147 of 000168

Filed          24-CI-00853    07/29/2024    Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL

08/01/2024 09:27:35

87453-1

DOCUMENT

AM

      **(2)** The providing of or failure to provide warnings or instructions.

  **c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**22.** "Your work":

  **a.** Means:

      **(1)** Work or operations performed by you or on your behalf; and

      **(2)** Materials, parts or equipment furnished in connection with such work or operations.

  **b.** Includes:

      **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work", and

      **(2)** The providing of or failure to provide warnings or instructions.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000148 of 000168

© ISO Properties, Inc., 2006                    **CG 00 01 12 07**    ☐

Filed          24-CI-00853      07/29/2024      Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT
AM                                                                    08/01/2024 09:27:35

**COMMERCIAL GENERAL LIABILITY**
CG 00 33 12 07

# LIQUOR LIABILITY COVERAGE FORM    87453-1

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the Company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V – Definitions.

## SECTION I – LIQUOR LIABILITY COVERAGE

### 1. Insuring Agreement

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "injury" to which this insurance applies if liability for such "injury" is imposed on the insured by reason of the selling, serving or furnishing of any alcoholic beverage. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "injury" to which this insurance does not apply. We may, at our discretion, investigate any "injury" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

**b.** This insurance applies to "injury" only if:

**(1)** The "injury" occurs during the policy period in the "coverage territory"; and

**(2)** Prior to the policy period, no insured listed under Paragraph **1.** of Section II – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "injury" or claim, knew that the "injury" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "injury" occurred, then any continuation, change or resumption of such "injury" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Injury" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "injury" or claim, includes any continuation, change or resumption of that "injury" after the end of the policy period.

**d.** "Injury" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "injury" or claim:

**(1)** Reports all, or any part, of the "injury" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "injury"; or

**(3)** Becomes aware by any other means that "injury" has occurred or has begun to occur.

### 2. Exclusions

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Injury" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000149 of 000168

CG 00 33 12 07            © ISO Properties, Inc., 2006                    **Page 1 of 6**    □

Filed          24-CI-00853     07/29/2024     Jennifer Besecker, Daviess Circuit Clerk

DOCUMENT

AM

NOT ORIGINAL

08/01/2024 09:27:35

**c. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

    **(a)** Employment by the insured; or

    **(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages or to repay someone else who must pay damages because of the "injury".

**d. Liquor License Not In Effect**

"Injury" arising out of any alcoholic beverage sold, served or furnished while any required license is not in effect.

**e. Your Product**

"Injury" arising out of "your product". This exclusion does not apply to "injury" for which the insured or the insured's indemnitees may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

**f. Other Insurance**

Any "injury" with respect to which other insurance is afforded, or would be afforded but for the exhaustion of the limits of insurance.

This exclusion does not apply if the other insurance responds to liability for "injury" imposed on the insured by reason of the selling, serving or furnishing of any alcoholic beverage.

**g. War**

"Injury", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**SUPPLEMENTARY PAYMENTS**

We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**1.** All expenses we incur.

**2.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**3.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**4.** All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

**5.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**6.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

**7.** Expenses incurred by the insured for first aid administered to others at the time of an event to which this insurance applies.

These payments will not reduce the limits of insurance.

**SECTION II – WHO IS AN INSURED**

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000150 of 000168

Filed          24-CI-00853     07/29/2024        Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT
08/01/2024 09:27:35
AM

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**2.** Each of the following is also an insured:

**a.** Your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within in the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" is an insured for:

**(1)** "Injury":

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), or to a co-"employee" while that co-"employee" is either in the course of his or her employment or performing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co-"employee" as a consequence of Paragraph **(a)** above; or

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs **(a)** or **(b)** above.

**(2)** "Property damage" to property:

**(a)** Owned or occupied by, or

**(b)** Rented or loaned

to that "employee", any of your other "employees", by any of your partners or members (if you are a partnership or joint venture), or by any of your members (if you are a limited liability company).

**b.** Any person or organization having proper temporary custody of your property if you die, but only:

**(1)** With respect to liability arising out of the maintenance or use of that property; and

**(2)** Until your legal representative has been appointed.

**c.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier; and

**b.** Coverage does not apply to "injury" that occurred before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**SECTION III – LIMITS OF INSURANCE**

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**2.** The Aggregate Limit is the most we will pay for all "injury" as the result of the selling, serving or furnishing of alcoholic beverages.

**3.** Subject to the Aggregate Limit, the Each Common Cause Limit is the most we will pay for all "injury" sustained by one or more persons or organizations as the result of the selling, serving or furnishing of any alcoholic beverage to any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**SECTION IV – LIQUOR LIABILITY CONDITIONS**

**1. Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000151 of 000168

Filed            24-CI-00853        07/29/2024        Jennifer Besecker, Daviess Circuit Clerk

DOCUMENT

AM

NOT ORIGINAL

08/01/2024 09:27:35

## 2. Duties In The Event Of Injury, Claim Or Suit

**a.** You must see to it that we are notified as soon as practicable of an "injury" which may result in a claim. To the extent possible, notice should include:

**(1)** How, when and where the "injury" took place;

**(2)** The names and addresses of any injured persons and witnesses; and

**(3)** The nature and location of any "injury".

**b.** If a claim is made or "suit" is brought against any insured, you must:

**(1)** Immediately record the specifics of the claim or "suit" and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of "injury" to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

## 3. Legal Action Against Us

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

## 4. Other Insurance

If other valid and collectible insurance is available to the insured for a loss we cover under this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary. Our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in **b.** below.

**b. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

## 5. Premium Audit

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000152 of 000168

Filed          24-CI-00853       07/29/2024          Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT
08/01/2024 09:27:35
AM
87453-1

c. The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

a. The statements in the Declarations are accurate and complete;

b. Those statements are based upon representations you made to us; and

c. We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

a. As if each Named Insured were the only Named Insured; and

b. Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V – DEFINITIONS**

1. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

2. "Coverage territory" means:

a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

b. International waters or airspace, but only if the "injury" occurs in the course of travel or transportation between any places included in Paragraph a. above; or

c. All other parts of the world if the "injury" arises out of:

(1) Goods or products made or sold by you in the territory described in Paragraph a. above; or

(2) The activities of a person whose home is in the territory described in Paragraph a. above, but is away for a short time on your business

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph a. above or in a settlement we agree to.

3. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

4. "Executive Officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

5. "Injury" means damages because of "bodily injury" and "property damage", including damages for care, loss of services or loss of support.

6. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

7. "Property damage" means:

a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the occurrence that caused it.

8. "Suit" means a civil proceeding in which damages because of "injury" to which this insurance applies are alleged. "Suit" includes:

a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

9. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000153 of 000168

Filed          24-CI-00853    07/29/2024        Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT
08/01/2024 09:27:35
AM

**10.** "Your product":

   **a.** Means:

     **(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

       **(a)** You;

       **(b)** Others trading under your name; or

       **(c)** A person or organization whose business or assets you have acquired; and

     **(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

   **b.** Includes:

     **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product", and

     **(2)** The providing of or failure to provide warnings or instructions.

   **c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000154 of 000168

Filed          24-CI-00853     07/29/2024        Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT
AM

COMMERCIAL GENERAL LIABILITY
CG 00 68 05 09

# RECORDING AND DISTRIBUTION OF MATERIAL OR INFORMATION IN VIOLATION OF LAW EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **q.** of Paragraph **2. Exclusions** of Section **I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**q. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

**B.** Exclusion **p.** of Paragraph **2. Exclusions** of Section **I – Coverage B – Personal And Advertising Injury Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**p. Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000155 of 000168

Filed          24-CI-00853      07/29/2024      Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT

AM

COMMERCIAL GENERAL LIABILITY
CG 21 32 05 09

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# COMMUNICABLE DISEASE EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of Section **I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Communicable Disease**

"Bodily injury" or "property damage" arising out of the actual or alleged transmission of a communicable disease.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the:

**a.** Supervising, hiring, employing, training or monitoring of others that may be infected with and spread a communicable disease;

**b.** Testing for a communicable disease;

**c.** Failure to prevent the spread of the disease; or

**d.** Failure to report the disease to authorities.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of Section **I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Communicable Disease**

"Personal and advertising injury" arising out of the actual or alleged transmission of a communicable disease.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the:

**a.** Supervising, hiring, employing, training or monitoring of others that may be infected with and spread a communicable disease;

**b.** Testing for a communicable disease;

**c.** Failure to prevent the spread of the disease; or

**d.** Failure to report the disease to authorities.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000156 of 000168

Filed 24-CI-00853 07/29/2024 Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL DOCUMENT

08/07/2024 09:27:35 AM

COMMERCIAL GENERAL LIABILITY
CG 21 47 12 07

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I – Coverage A – Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

**(1)** A person arising out of any:

  **(a)** Refusal to employ that person;

  **(b)** Termination of that person's employment; or

  **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a)**, **(b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

**(1)** A person arising out of any:

  **(a)** Refusal to employ that person;

  **(b)** Termination of that person's employment; or

  **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a)**, **(b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000157 of 000168

Filed            24-CI-00853     07/29/2024     Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT

POLICY NUMBER: 20-CP-003215597-11

COMMERCIAL GENERAL LIABILITY
CG 21 62 09 98

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – YEAR 2000 COMPUTER-RELATED AND OTHER ELECTRONIC PROBLEMS – WITH EXCEPTION FOR BODILY INJURY ON YOUR PREMISES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2.**, **Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2.**, **Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to "bodily injury", "property damage", "personal injury" or "advertising injury" (or "personal and advertising injury" if defined as such in your policy) arising directly or indirectly out of:

**a.** Any actual or alleged failure, malfunction or inadequacy of:

**(1)** Any of the following, whether belonging to any insured or to others:

**(a)** Computer hardware, including microprocessors;

**(b)** Computer application software;

**(c)** Computer operating systems and related software;

**(d)** Computer networks;

**(e)** Microprocessors (computer chips) not part of any computer system; or

**(f)** Any other computerized or electronic equipment or components; or

**(2)** Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **2.a.(1)** of this endorsement

due to the inability to correctly recognize, process, distinguish, interpret or accept the year 2000 and beyond.

**b.** Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **2.a.** of this endorsement.

This exclusion does not apply to "bodily injury" occurring on any premises owned by or rented to you.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000158 of 000168

**CG 21 62 09 98**     Copyright, Insurance Services Office, Inc., 1998     **Page 1 of 1**     □

Case 4:24-cv-00080-RGJ-HBB   Document 1-2   Filed 08/15/24   Page 166 of 175 PageID #: 173

COMMERCIAL GENERAL LIABILITY
CG 21 67 12 04

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi Or Bacteria**

**a.** "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**b.** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi Or Bacteria**

**a.** "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

**b.** Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**C.** The following definition is added to the **Definitions** Section:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000159 of 000168

Filed          24-CI-00853   07/29/2024      Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT

POLICY NUMBER: 20-CP-003215597-11

COMMERCIAL GENERAL LIABILITY
CG 24 07 01 96

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PRODUCTS/COMPLETED OPERATIONS HAZARD REDEFINED

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Description of Premises and Operations:**
Restaurant

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

With respect to "bodily injury" or "property damage" arising out of "your products" manufactured, sold, handled or distributed:

1. On, from or in connection with the use of any premises described in the Schedule, or

2. In connection with the conduct of any operation described in the Schedule, when conducted by you or on your behalf,

Paragraph **a.** of the definition of "Products-completed operations hazard" in the DEFINITIONS Section is replaced by the following:

"Products-completed operations hazard":

a. Includes all "bodily injury" and "property damage" that arises out of "your products" if the "bodily injury" or "property damage" occurs after you have relinquished possession of those products.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000160 of 000168

Filed          24-CI-00853     07/29/2024     Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT
07/29/2024 09:27:35
AM

POLICY NUMBER: 20-CP-003215597-11

COMMERCIAL GENERAL LIABILITY
CG 24 26 07 04

87453-1

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF INSURED CONTRACT DEFINITION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Paragraph **9.** of the **Definitions** Section is replaced by the following:

9. "Insured contract" means:

a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

b. A sidetrack agreement;

c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

e. An elevator maintenance agreement;

f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization, provided the "bodily injury" or "property damage" is caused, in whole or in part, by you or by those acting on your behalf. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

(1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

(2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

(a) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

(b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

(3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000161 of 000168

**CG 24 26 07 04**          © ISO Properties, Inc., 2004          Page 1 of 1

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# HIRED AUTO AND NONOWNED AUTO LIABILITY

This endorsement modifies insurance provided under the following:
COMMERCIAL GENERAL LIABILITY COVERAGE PART

With respect to coverage provided by this Endorsement, the provisions of the Coverage Part apply unless modified by the Endorsement.

## SCHEDULE

**LIMITS OF INSURANCE**

$ 1,000,000                    **Each Occurrence**

(If no entry appears above, information required to complete this Endorsement will be shown in the Endorsement Schedule of the Declarations as applicable to this Endorsement)

This endorsement is subject to all of the provisions of the Commercial General Liability Coverage Part, except as otherwise provided in this endorsement. All numbers and letters used to designate paragraphs in this endorsement are specific to this endorsement only. They do not reference paragraphs in the Commercial General Liability Coverage Part. Insurance is provided only with respect to those coverages for which a specific Limit of Insurance is shown in the Schedule of this endorsement.

**A. Hired Auto Liability**

The insurance provided under SECTION I – COVERAGES, Coverage A. Bodily Injury And Property Damage Liability applies to "bodily injury" or "property damage" arising out of the maintenance or use of a "hired auto" by you or your "employees" in the course of your business.

**B. Non-owned Auto Liability**

The insurance provided under SECTION I – COVERAGES, Coverage A. Bodily Injury And Property Damage Liability applies to "bodily injury" or "property damage" arising out of the use of a "non-owned auto" by any person in the course of your business.

**C. Changes In Exclusions**

With respect to the insurance provided by this endorsement:

1. The following exclusions in Coverage A. Bodily Injury And Property Damage Liability, 2. Exclusions do not apply:

   a.  Contractual Liability;

   b.  Liquor Liability;

   c.  Employer's Liability;

   d.  Aircraft, Auto Or Watercraft;

   e.  Mobile Equipment;

   f.  Damage To Property;

   g.  Damage To Your Product;

   h.  Damage To Your Work;

   i.  Damage To Impaired Property Or Property Not Physically Injured; and

   j.  Recall Of Products, Work Or Impaired Property.

2. The following exclusions are added to Coverage A. Bodily Injury And Property Damage Liability, 2. Exclusions:

   This insurance does not apply to:

Filed            24-CI-00853      07/29/2024        Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT
07/30/2024 09:27:35
AM

87453-1

a.  "Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

    (1) That the insured would have in the absence of the contract or agreement; or

    (2) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement.

b.  "Bodily injury" to:

    (1) An "employee" of the insured arising out of and in the course of:

        (a) Employment by the insured; or
        (b) Performing duties related to the conduct of the insured's business; or

    (2) The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph (1) above.

    This exclusion applies:

    (1) Whether the insured may be liable as an employer or in any other capacity; and

    (2) To any obligation to share damages with or repay someone else who must pay the damages because of the injury.

    This exclusion does not apply to:

    (1) Liability assumed by the insured under an "insured contract"; or

    (2) "Bodily injury" to domestic "employees" not entitled to workers' compensation benefits.

c.  "Property damage" to:

    (1) Property owned or being transported by, or rented or loaned to, the insured; or

    (2) Property in the care, custody or control of the insured.

**D. Who Is An Insured**

For the purposes of this endorsement only, SECTION II -- WHO IS AN INSURED is replaced by the following:

WHO IS AN INSURED

1.  Each of the following is an insured under this insurance to the extent set forth below:

    a.  You.

    b.  Any other person using a "hired auto" with your permission.

    c.  With respect to a "non-owned auto", any partner or "executive officer" of yours, but only while such "non-owned auto" is being used in your business.

    d.  Any other person or organization, but only with respect to their liability because of acts or omissions of an insured under Paragraph a., b. or c. above.

2.  None of the following is an insured:

    a.  Any person engaged in the business of his or her employer with respect to "bodily injury" to any co-employee of such person injured in the course of employment;

    b.  Any partner or "executive officer" with respect to any "auto" owned by such partner or officer or a member of his or her household;

    c.  Any person while employed in or otherwise engaged in performing duties related to the conduct of an "auto business", other than an "auto business" you operate;

    d.  The owner or lessee (of whom you are a sublessee) of a "hired auto" or the owner of a "non-owned auto" or any agent or "employee" of any such owner or lessee;

    e.  Any person or organization with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000163 of 000168

Filed          24-CI-00853     07/29/2024     Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT
08/01/2024 09:27:35
AM

87453-1

**E. Limits Of Insurance**

For the purposes of this endorsement only, SECTION III – LIMITS OF INSURANCE is replaced by the following:

LIMITS OF INSURANCE

Regardless of the number of "hired autos", "nonowned autos", insureds, premiums paid, claims made or vehicles involved in the "occurrence", the most we will pay for all damages resulting from any one "occurrence" is the applicable Limit of Insurance shown in the Schedule of this endorsement or in the Declarations.

The General Aggregate Limit under SECTION III – LIMITS OF INSURANCE does not apply to insurance provided by this endorsement.

**F. Changes In Conditions**

For the purposes of this endorsement only, SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS, 4. Other Insurance provision is replaced by the following:

Other Insurance

This insurance is excess over any primary insurance covering the "hired auto" or "non-owned auto".

**G. Replaced Definitions**

For the purposes of this endorsement only, the definition of "insured contract" in SECTION V – DEFINITIONS is deleted and replaced by the following:

"Insured contract" means:

1. A lease of premises;

2. A sidetrack agreement;

3. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

4. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

5. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another to pay for "bodily injury" or "property damage" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement;

6. That part of any contract or agreement entered into, as part of your business, pertaining to the rental or lease, by you or any of your "employees", of any "auto". However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay for "property damage" to any "auto" rented or leased by you or any of your "employees".

**H. Additional Definitions**

For the purposes of this endorsement only, the following definitions are added to SECTION V – DEFINITIONS:

1. "Auto business" means the business or occupation of selling, repairing, servicing, storing or parking "autos".

2. "Hired auto" means any "auto" you lease, hire, rent or borrow. This does not include any

   a. "auto" you lease, hire or rent under a lease or rental agreement for a period of 180 days or more, or

   b. "auto" you lease, hire or borrow from any of your "employees", your partners or your "executive officers", or members of their households.

3. "Non-owned auto" means any "auto" you do not own, lease, hire, rent or borrow which is used in connection with your business. This includes "autos" owned by your "employees", your partners or your "executive officers", or members of their households, but only while used in your business or your personal affairs.

All other terms and conditions of this policy not in conflict with the terms and conditions of this Endorsement shall continue to apply.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000164 of 000168

Filed          24-CI-00853     07/29/2024     Jennifer Besecker, Daviess Circuit Clerk

Filed 24-CI-00853 07/29/2024 Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT
08/01/2024 09:27:35
AM
87453-1

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# GENERAL LIABILITY AMENDATORY

This endorsement modifies insurance provided under the following:
COMMERCIAL GENERAL LIABILITY COVERAGE PART

With respect to coverage provided by this Endorsement, the provisions of the Coverage Part apply unless modified by this Endorsement.

**A.** COMMERCIAL GENERAL LIABILITY COVERAGE FORM is amended as follows:

**1. SECTION I – COVERAGES**

**a. COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY CHANGES**

**(1)** Modified Exclusions

SECTION I – COVERAGES; COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY; 2. Exclusions is modified as follows:

**(a)** Item j. Damage To Property is amended to remove the limitation that the property be rented to you for a period of 7 or fewer days. Coverage applies when the premises is rented to you or temporarily occupied by you with the permission of the owner

**(b)** Item p. Electronic Data is amended by adding:

This exclusion does not apply to liability for damages because of "bodily injury".

**(c)** Item q. Distribution Of Material In Violation Of Statutes is amended by adding the following:

The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA).

**(2)** Additional Exclusions

SECTION I – COVERAGES; COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY; 2. Exclusions is modified by adding the following:

**Access Or Disclosure Of Confidential Or Personal Information**

Damages arising out of any access to or disclosure of any person's or organization's confidential or personal information, including, but not limited to, patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

**b. COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY EXCLUSION CHANGES**

**(1)** Modified Exclusions

SECTION I – COVERAGES; COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY; 2. Exclusions is amended as follows:

**(a)** Item i. Infringement Of Copyright, Patent, Trademark Or Trade Secret exclusion is deleted and replaced with the following:

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret, trade name, service mark, any designation of origin or authenticity, or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000165 of 000168

Includes copyrighted material of Insurance Services Offices, Inc., with its permission.
© 2018 SECURA Insurance Company

Filed          24-CI-00853    07/29/2024    Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT
AM                                                                              08/01/2024 09:27:35

87453-1

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**(b)** Item p. Distribution Of Material In Violation Of Statutes exclusion is modified by adding the following:

The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA).

**(2)** Additional Exclusions

SECTION 1 – COVERAGES; COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY; 2. Exclusions is modified by adding the following:

**(a) Access Or Disclosure Of Confidential Or Personal Information**

"Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal information, including, but not limited to, patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

**2. SECTION II – WHO IS AN INSURED** is amended as follows:

Paragraph 3.a. is modified by providing coverage until the 180th day after you acquire or form the organization or the end of the policy period, whichever is earlier.

**3. SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS** is amended as follows:

Paragraph 6. Representations is deleted and replaced by:

**6.     Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

You must notify us in writing, as soon as practicable, if any information to issue this policy has a material change.  This policy may be adjusted to reflect these changes in accordance with our forms, rules and rates in effect at the time of the change.

**B.** The following provisions apply to all Liquor Liability exclusions found within the Commercial General Liability Coverage Part:

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

**a.**     The supervision, hiring, employment, training or monitoring of others by that insured; or

**b.** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph (1), (2) or (3) of the Liquor Liability Exclusion found in SECTION I COVERAGES; COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY; 2. EXCLUSIONS; c. Liquor Liability.

For the purposes of the Liquor Liability exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

**C.** The following provisions apply to all Additional Insured extensions attached to the Commercial General Liability Coverage Part:

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000166 of 000168

CGE 1000          Includes copyrighted material of Insurance Services Offices, Inc., with its permission.     Page 2 of 3
1801                              © 2018 SECURA Insurance Company

Filed          24-CI-00853   07/29/2024     Jennifer Besecker, Daviess Circuit Clerk

NOT ORIGINAL
DOCUMENT
08/01/2024 09:27:35
AM
87453-1

1.  The insurance afforded to such additional insured only applies to the extent permitted by law and will not be broader than the most restrictive of the following:

    **a.**  Terms required to be provided to such additional insured through a written agreement with such additional insured; or

    **b.**  Terms and conditions included within the forms which make up the Commercial General Liability Coverage Part.

2.  The Limits of Insurance applicable to the additional insured are those specified in the written agreement or in the Declarations for this policy, whichever is less. These Limits of Insurance are inclusive and not in addition to the Limits of Insurance shown in the Declarations. If other insurance available to you and written by us is applicable to this additional insured, the maximum recovery under all coverage forms or policies combined may equal but not exceed the highest applicable limit under any one coverage form or policy providing coverage on either a primary or excess basis.

**D.**  The definition of "insured contract" as used in the Commercial General Liability Coverage Part is modified by adding the following:

However, such part of a contract or agreement shall only be considered an "insured contract" to the extent your assumption of the tort liability is permitted by law.

**E.**  The following provision is added to any Professional Services Exclusion or Errors and Omissions Exclusion found within the Commercial General Liability Coverage Part:

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved:

    **a.**  The rendering of or the failure to render any professional services by or for you; or

    **b.**  Any act, error or omission with respect to any professional services by or for you.

All other terms and conditions of this policy not in conflict with the terms and conditions of this Amendatory Endorsement shall continue to apply.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000167 of 000168

CGE 1000      Includes copyrighted material of Insurance Services Offices, Inc., with its permission.   Page 3 of 3
1801                        © 2018 SECURA Insurance Company

Filed        24-CI-00853    07/29/2024    Jennifer Besecker, Daviess Circuit Clerk

DOCUMENT

AM

NOT ORIGINAL

08/01/2024 09:27:35

THIS ENDORSEMENT CHANGES YOUR POLICY. PLEASE READ IT CAREFULLY.

## POLICYHOLDER IMPORTANT INFORMATION
## CYBER INCIDENT EXCLUSION AND OPTIONS    87453-1

*This summary is provided as a matter of information only. This summary does not affirmatively or negatively amend, extend or alter the coverage afforded by your policies.*

**Cyber Incident Exclusion**

Your policy with SECURA Insurance may provide Commercial Property, Commercial Inland Marine and/or Commercial Crime and Fidelity parts. Coverages are subject to various terms and conditions including exclusions. These coverages exclude any loss or damage caused directly or indirectly by a cyber incident regardless of any other cause or event that contributes concurrently or in any sequence to the loss. Cyber incident includes unauthorized access to computer systems (including electronic data); hacking; virus or malicious code that disrupts computer systems; or denial of service attacks which prevent or restrict access to or use of any computer system. We will not pay for any loss or damages resulting from a cyber event, except for resulting fire or explosion and limited extensions. Please read these Cyber Incident Exclusions and for Property, also read the Computer Amendatory carefully.

**Why Exclude Cyber Incident**

Exclusions in one area of insurance may be due to expectation to find coverage in another area of insurance. Property, Inland Marine and Crime coverages historically did not contemplate losses from cyber related incidents and may not have met full needs of protection. Recent trends show an increase in frequency and size of cyber related loss. SECURA does offer coverage known as Cyber Security which more specifically address your cyber related needs.

**Cyber Security Options**

Initially Cyber Security policies or coverages addressed exposure of loss to third parties due to data breach or compromise excluded by liability policies, including notification costs. SECURA Cyber Suite provides a comprehensive cyber insurance solution designed to help businesses respond to the wide range of cyber incidents, that reflect the rapidly changing cyber risks that small to medium sized businesses face including exposures to many of your first party needs due to computer attack, cyber extortion, misdirected payment fraud and other computer exposures. You may have selected a Cyber Security option on this policy; or this may be a new choice to consider. Please review this policy with your SECURA Agent for selection, level of coverage and limits of insurance to be sure the exposure to cyber related incidents is adequately addressed. Limit options up to $5 million which meet the requirements of most businesses. Coverage is subject to underwriting review.

**Cyber Incident And Terrorism**

If a cyber incident is determined to be certified as a terrorism event, the Cyber Incident Exclusion described above would continue to apply to Property, Crime and Inland Marine. Your selection to accept or reject terrorism coverage on the policy would relate to any Cyber Security options you have selected, but only to the extent coverage applies.

We hope this information is useful to understanding how your cyber related coverage works. This notice does not provide coverage. If there is any conflict between the policy and this notice, the provisions of the policy apply. We look forward to serving your full commercial insurance needs. Thank you for trusting SECURA to provide the insurance you depend on.

Presiding Judge: HON. LISA P. JONES (606394)

EXH : 000168 of 000168

Filed        24-CI-00853    07/29/2024    Besecker, Daviess Circuit Clerk