IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

---

**WEST LOUISVILLE**
**PRESERVATION HALL, LLC,**

    **Plaintiff,**

v.                                                No: 4:24CV-80-RGJ-HBB
                                                           JURY DEMANDED

**SECURA INSURANCE COMPANY,**

    **Defendant.**

---

### AGREED ORDER

---

Based on the Parties' agreements set forth below and the Court being in all ways sufficiently advised and informed, it is hereby **ORDERED** as follows:

1. The deadline for Defendant to serve its written discovery responses and document production shall be March 28, 2025;

2. The deadline for Plaintiff's expert disclosures shall be extended to April 28, 2025;

3. The deadline for Defendant's expert disclosures shall be extended to May 28, 2025;

4. Except as otherwise provided herein, all other provisions and deadlines set forth in the Court's Scheduling Order (DE 11) shall remain in full force and effect; and

5. In light of the Parties' agreements, the Telephonic Discovery Hearing currently set for March 17, 2025 at 1:30 P.M. (CDT) (*see* DE 13) is **REMANDED**.

March 17, 2025

*H. Brent Brennenstuhl*
**H. Brent Brennenstuhl**
**United States Magistrate Judge**

Approved for Entry,

McWHERTER SCOTT & BOBBITT, PLC

*s/Baker G. Evans*
BAKER G. EVANS (KYBN #100187)
baker@msb.law
CLINTON H. SCOTT (KYBN #95862)
clint@msb.law
54 Exeter Road, Suite D
Jackson, Tennessee 38305
Telephone: (731) 664-1340
Facsimile: (731) 664-1540

*Attorneys for Plaintiff*

BARNES MALONEY PLLC

*s/Deanna M. Tucker, signed w/ perm. by BGE*
DEANNA M. MARZIAN TUCKER
dtucker@sbmkylaw.com
401 W. Main Street, Suite 1600
Louisville, KY 40202
Telephone: (502) 583-4777
Facsimile: (502) 583-4780

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

      I, the undersigned, do hereby certify that a true and exact copy of the foregoing has been mailed electronically via the Court's electronic filing system, to the following on this the 17th day of March, 2025:

Deanna M. Marzian Tucker
dtucker@sbmkylaw.com
BARNES MALONEY PLLC
401 W. Main Street, Suite 1600
Louisville, KY 40202

                                                  *s/Baker G. Evans*