UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

WEST LOUISVILLE PRESERVATION HALL, LLC,     Plaintiff,

v.     Civil Action No. 4:24-cv-80-RGJ

SECURA INSURANCE COMPANIES,     Defendant

\* \* \* \* \*

**ORDER**

Defendant Secura Insurance Companies has filed numerous discovery notices in the record of this matter. [DE 19–25]. Pursuant to Federal Rule of Civil Procedure 5(d)(1)(A), "disclosures under Rule 26(a)(1) or (2) and the following discovery requests and responses must not be filed until they are used in the proceeding or the court orders filing: depositions, interrogatories, requests for documents or tangible things or to permit entry onto land, and requests for admission." For purposes of this rule, "'[d]iscovery requests' includes deposition notices." Fed. R. Civ. P. 5 advisory committee's note to 2000 amendment; *see also* LR 26.1(b) (recognizing that discovery "disclosures, notices, interrogatories, requests[,] and answers or responses thereto" are "not filed of record pursuant to [Rule] 5(d)"). Accordingly, it is

**ORDERED** that the parties shall refrain from further filing of discovery documents except as appropriate under the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that the Clerk shall strike the following docket entries from the record: [DE 19–25].

July 9, 2025

Rebecca Grady Jennings, District Judge
United States District Court

1